# MINUTES

```
                                    FILED IN THE
                               UNITED STATES DISTRICT COURT
                                   DISTRICT OF HAWAII

                                   12/20/2005 4:30 PM
                                   SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 04-00619BMK

**CASE NAME:** Kathy Tooze-Aguirre, and    vs.   Rachel Stevens-Vangorder,
David A. Aguirre                                John Does 1-10, Jane Does
                                                1-10, DOE Partnerships
                                                1-10, DOE Joint Ventures
                                                1-10, DOE Corporations
                                                1-10, and DOE Entities 1-10

**ATTYS FOR PLA:**                         **ATTYS FOR DEF:**
Bruce B. Kim                               Randall Y. S. Chung
Janice P. Kim

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:** 12/20/2005                      **TIME:** 9 - 9:35

                                          **ROOM:** COURTROOM 6

**COURT ACTION:** EP

Final Pretrial Conference held.
3-4 day trial.
6 person jury.
Request 35-40 jurors.
Deft's oral request to take deposition of Dr. Laudet DENIED.
10 minute voir dire.
Ms/Limine set for 1-25-06 @ 10 a.m., BMK.

Submitted by: Richlyn Young, Courtroom Manager