ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG    2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com

Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' NOTICE OF WITHDRAWAL OF JACK P. SUYDERHOUD, PhD. AS EXPERT WITNESS; CERTIFICATE OF SERVICE |

<u>DEFENDANT RACHAEL ROXXANN WILKS' NOTICE OF
WITHDRAWAL OF JACK P. SUYDERHOUD, PhD. AS EXPERT WITNESS</u>

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter "this Defendant"), by her attorneys, and, pursuant to Rule 26(e), Federal Rules of Civil Procedure), provides notice that the following witness is hereby withdrawn as an expert witness:

>   JACK P. SUYDERHOUD, Ph.D.
>   7149 Kukii Street
>   Honolulu, Hawaii 96825

Mr. Suyderhoud is hereby designated as a consultant for this Defendant, and this Defendant does not expect to call him as an expert witness at the trial in this case.

DATED: HONOLULU, HAWAII, DEC 2 1 2005

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br>　　　　Plaintiffs, <br>　vs. <br><br>RACHEL STEVENS-VANGORDER, et al., <br><br>　　　　Defendants. | ) CIVIL NO. 04 00619 BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this __21st__ day of __December__, 2005.

　　　　BRUCE B. KIM, ESQ.
　　　　Suite 206, One Kapiolani Building
　　　　600 Kapiolani Boulevard
　　　　Honolulu, HI 96813
　　　　Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, __DEC 2 1 2005__

　　　　_____
　　　　RANDALL Y.S. CHUNG
　　　　Attorney for Defendant
　　　　RACHAEL ROXXANN WILKS
　　　　(incorrectly named as
　　　　RACHEL STEVENS-VANGORDER)