ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI     5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at \_\_ o'clock and \_\_ min. \_\_M
SUE BEITIA, CLERK

Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04 00619 BMK <br><br><br> DEFENDANT RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) WITHDRAWAL OF CERTAIN DEFENSES; CERTIFICATE OF SERVICE <br><br> TRIAL: January 31, 2006 |

## DEFENDANT RACHAEL ROXXANN WILKS
(incorrectly named as RACHEL STEVENS-VANGORDER)
WITHDRAWAL OF CERTAIN DEFENSES

Comes now Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) ("this Defendant"), by her attorneys, and, subject to and without waiver of any other defense, dispute, or objection to which she is entitled, hereby withdraws the following defenses, noted in her ANSWER TO COMPLAINT, FILED ON 5/21/04, filed on October 19, 2004:

### THIRD DEFENSE - ALL COUNTS:

9.  Plaintiffs willingly, knowingly or voluntarily assumed the risk of the accident and any injuries and/or damages they may have sustained as alleged in the Complaint.

### FOURTH DEFENSE - ALL COUNTS:

10. If plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and/or damages were caused or contributed to by negligence on the part of plaintiffs.

### SIXTH DEFENSE - ALL COUNTS:

12. Plaintiffs' claims are barred by Chapter 294, Hawaii Revised Statutes, as amended, now renumbered as Chapter 431, Article 10C of the Hawaii Revised Statutes, as amended.

3

DATED: HONOLULU, HAWAII, January 10, 2006

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04 00619 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 10th day of January, 2006.

　　　　BRUCE B. KIM, ESQ.
　　　　Suite 206, One Kapiolani Building
　　　　600 Kapiolani Boulevard
　　　　Honolulu, HI 96813
　　　　Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, January 10, 2006

　　　　_____
　　　　RANDALL Y.S. CHUNG
　　　　MELANIE S. MATSUI
　　　　Attorneys for Defendant
　　　　RACHAEL ROXXANN WILKS
　　　　(incorrectly named as
　　　　RACHEL STEVENS-VANGORDER)