

ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG   2929-0
MELANIE S. MATSUI    5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04 00619 BMK <br><br><br> DEFENDANT RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) ADMISSION REGARDING THE CAUSE OF THE SUBJECT ACCIDENT; CERTIFICATE OF SERVICE <br><br> TRIAL: January 31, 2006 |

DEFENDANT RACHAEL ROXXANN WILKS
(incorrectly named as RACHEL STEVENS-VANGORDER)
<u>ADMISSION REGARDING THE CAUSE OF THE SUBJECT ACCIDENT</u>

Comes now Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) ("this Defendant"), by her attorneys, and, subject to and without waiver of any defense, dispute, or objection to which she is entitled, hereby admits that her actions were a cause of the accident between this Defendant's vehicle and the vehicle operated by Plaintiff KATHY TOOZE-AGUIRRE that occurred on or about March 26, 2003, on Kalanianaole Highway.

This admission is being made with the understanding that this Defendant will be allowed to elicit testimony, and present evidence, regarding said accident at time of trial herein, in order to dispute whether Plaintiffs' claimed injuries and/or damages were caused by said accident.

DATED: HONOLULU, HAWAII, January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) CIVIL NO. 04 00619 BMK ) ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 10th day of January, 2006.

>BRUCE B. KIM, ESQ.
>Suite 206, One Kapiolani Building
>600 Kapiolani Boulevard
>Honolulu, HI 96813
>Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, January 10, 2006

>RANDALL Y.S. CHUNG
>MELANIE S. MATSUI
>Attorneys for Defendant
>RACHAEL ROXXANN WILKS
>(incorrectly named as
>RACHEL STEVENS-VANGORDER)

3