LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE TESTIMONY OF DEFENDANT RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br><br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs' Motion In Limine #1 to Exclude Testimony of Defendant RACHEL STEVENS-VANGORDER's DME Medical Expert James F. Scoggin, III, M.D., shall duly come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>            Plaintiffs,<br><br>     vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE TESTIMONY OF DEFENDANT RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D. |

PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE
TESTIMONY OF DEFENDANT RACHEL STEVENS-VANGORDER'S
DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D.

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rules 7(b), 26(a)(2) and 37(c)(1) of the Federal Rules of Civil Procedure, and the Court's Rule 16 Scheduling Order filed on January 11, 2005, for an order barring Defendant RACHEL STEVENS-VANGORDER's DME expert, James F. Scoggin, III, M.D., from testifying at trial for failure of Defendant RACHEL STEVENS-VANGORDER's to file and serve the necessary expert disclosure required by Fed.R.Civ.P. Rule 26(a)(2).

This Motion is based upon the Memorandum In Support of Motion, the Declaration of Bruce B. Kim, the exhibit attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, _____JAN 1 0 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

---

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Plaintiffs' Motion In Limine #1 to Exclude Testimony of Defendant Rachel Stevens-Vangorder's DME Medical Expert James F. Scoggin, III, M.D.