LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 3 o'clock and 41 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK |
| | ) |
| | ) NOTICE OF MOTION; PLAINTIFFS' |
| Plaintiffs, | ) MOTION IN LIMINE #2 BARRING |
| | ) DEFENDANT STEVENS-VANGORDER'S |
| | ) DME EXPERT FROM OFFERING ANY |
| | ) OPINIONS AT TRIAL NOT PREVIOUSLY |
| vs. | ) DISCLOSED TO PLAINTIFFS PRIOR TO |
| | ) THE DISCOVERY CUTOFF; MEMORANDUM |
| | ) IN SUPPORT OF MOTION; |
| | ) DECLARATION OF BRUCE B. KIM; |
| RACHEL STEVENS-VANGORDER, JOHN | ) CERTIFICATE OF SERVICE |
| DOES 1-10, JANE DOES 1-10, DOE | ) |
| PARTNERSHIPS 1-10, DOE JOINT | ) |
| VENTURES 1-10, DOE CORPORA- | ) Date: January 25, 2005 |
| TIONS 1-10, and DOE ENTITIES | ) Time: 10:00 a.m. |
| 1-10, | ) Magistrate Judge: Barry M. |
| | ) Kurren |
| Defendants. | ) |
| | ) Trial Date: January 31, 2006 |

NOTICE OF MOTION

        NOTICE IS HEREBY GIVEN that the attached Plaintiffs'

Motion In Limine #2 Barring Defendant RACHEL STEVENS-VANGORDER's

DME Expert From Offering Any Opinions At Trial Not Previously

Disclosed to Plaintiffs Prior to the Discovery Cutoff, shall duly

come on for hearing before the Honorable Barry M. Kurren,

Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____JAN 1 0 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>               Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>               Defendants. | ) Civil No. 04-00619 BMK<br>)<br>) PLAINTIFFS' MOTION IN LIMINE #2<br>) BARRING DEFENDANT RACHEL<br>) STEVENS-VANGORDER'S DME MEDICAL<br>) EXPERT FROM OFFERING ANY<br>) OPINIONS AT TRIAL NOT PREVIOUSLY<br>) DISCLOSED TO PLAINTIFFS PRIOR TO<br>) THE DISCOVERY CUTOFF DATE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION IN LIMINE #2 BARRING
DEFENDANT STEVENS-VANGORDER'S DME MEDICAL EXPERT
FROM OFFERING ANY OPINIONS AT TRIAL NOT PREVIOUSLY
DISCLOSED TO PLAINTIFFS PRIOR TO THE DISCOVERY CUTOFF

COME NOW Plaintiffs above-named, by and through their

attorney, BRUCE B. KIM, and hereby move the Court pursuant to

Rules 7(b), 26(a)(2) and 37(c)(1) of the Federal Rules of Civil

Procedure and the Rule 16 Scheduling Order filed on January 11,

2005 for an order barring Defendant RACHEL STEVENS-VANGORDER's

DME expert, James F. Scoggin, III, M.D., from offering any new

opinions and/or opinions on new subjects at trial which were not

disclosed to Plaintiffs prior to the discovery cutoff on December

2, 2005 and/or which are based upon facts which were presented to

Dr. Scoggin after the discovery cutoff in this case.

This Motion is based upon the Memorandum, Declaration

of Bruce B. Kim and exhibits attached to and made a part hereof

and the records and files of the case.

DATED: Honolulu, Hawaii, _____JAN 1 0 2006_____.

_____

BRUCE B. KIM
Attorney for Plaintiffs