IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00619 BMK<br><br>DECLARATION OF BRUCE B. KIM |

## DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1. I am the attorney for Plaintiffs above-named.

2. That a copy of Dr. Scoggin's 88-page November 28, 2005 DME report was received in the mail by our office on December 3, 2005.

DATED: Honolulu, Hawaii, JAN 10 2006 .

_____
BRUCE B. KIM