LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK )   ) NOTICE OF MOTION; PLAINTIFFS' |
| Plaintiffs, | ) MOTION IN LIMINE #3 BARRING ) DEFENDANT RACHEL STEVENS- ) VANGORDER'S DME MEDICAL EXPERT ) FROM REFERRING TO ANY MEDICAL ) JOURNAL ARTICLES, TEXTS OR |
| vs. | ) TREATISES AT TRIAL; MEMORANDUM ) IN SUPPORT OF MOTION; ) DECLARATION OF BRUCE B. KIM; ) EXHIBIT "A"; CERTIFICATE OF |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, | ) SERVICE )   ) ) Date: January 25, 2006 ) Time: 10:00 a.m. ) Magistrate Judge: Barry M. ) Kurren |
| Defendants. | ) ) Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs'

Motion In Limine #3 Barring Defendant RACHEL STEVENS-VANGORDER's

DME Medical Expert From Referring to Any Medical Journal

Articles, Texts or Treatises At Trial, shall duly come on for

hearing before the Honorable Barry M. Kurren, Magistrate Judge of

the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, ___JAN 10 2006___.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　　　Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE #3 BARRING DEFENDANT RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT FROM REFERRING TO ANY MEDICAL JOURNAL ARTICLES, TEXTS OR TREATISES AT TRIAL |

PLAINTIFFS' MOTION IN LIMINE #3 BARRING DEFENDANT
RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT FROM REFERRING
TO ANY MEDICAL JOURNAL ARTICLES, TEXTS OR TREATISES AT TRIAL

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rules 7(b) and 26(a)(2) of the Federal Rules of Civil Procedure, and the Court's Rule 16 Scheduling Order filed on January 11, 2005, for an order barring Defendant RACHEL STEVENS-VANGORDER's DME expert, James F. Scoggin, III, M.D., from referring to any medical journal articles, texts or treatises at trial on the grounds that Defendant STEVENS-VANGORDER and her expert failed and neglected to disclose any such material to Plaintiffs prior to the discovery cutoff on December 2, 2005.

This Motion is based upon the Memorandum In Support of Motion, the Declaration of Bruce B. Kim, the exhibit attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii,  JAN 1 0 2006              .

_____
BRUCE B. KIM
Attorney for Plaintiffs