IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | ) Civil No. 04-00619 BMK<br>)<br>) DECLARATION OF BRUCE B. KIM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>DECLARATION OF BRUCE B. KIM</u>

　　　　I, BRUCE B. KIM, hereby declare under penalty of law as follows:

　　　　1.　I am the attorney for Plaintiffs above-named.

　　　　2.　That attached to and made a part of Plaintiffs' Motion In Limine #3 Barring Defendant STEVENS-VANGORDER's DME Expert From Referring to Any Medical Journal Articles, Texts or Treatises at Trial as Exhibit "A" is a true and correct copy of the Court's January 11, 2005 Rule 16 Scheduling Order.

　　　　DATED: Honolulu, Hawaii, JAN 1 0 2006　　　　　　　　.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRUCE B. KIM

-1-