CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following person at his last known address by depositing said copy, postage prepaid, in the United States mail or by hand delivery on the filing date hereof.

    RANDALL Y. S. CHUNG, ESQ.
    Matsui Chung Sumida & Tsuchiyama
    Suite 1400, Mauka Tower
    737 Bishop Street
    Honolulu, Hawaii 96813

    Attorney for Defendant
    RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii,   JAN 1 0 2006  .

                                  BRUCE B. KIM
                                  Attorney for Plaintiffs