LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM   #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #4 BARRING DEFENDANT RACHEL STEVENS-VANGORDER'S COUNSEL OR HER MEDICAL EXPERT FROM ATTRIBUTING PLAINTIFF KATHY TOOZE-AGUIRRE'S CONDITION OR SYMPTOMS IN WHOLE OR IN PART TO PSYCHOLOGICAL FACTORS SUCH AS SECONDARY GAIN; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs' Motion In Limine #4 Barring Defendant RACHEL STEVENS-VANGORDER's Counsel or Her Medical Expert From Attributing Plaintiff KATHY TOOZE-AGUIRRE's Condition or Symptoms In Whole or In Part to Psychological Factors Such as Secondary Gain, shall duly come on

for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE #4 BARRING DEFENDANT RACHEL STEVENS-VANGORDER'S COUNSEL OR HER MEDICAL EXPERT FROM ATTRIBUTING PLAINTIFF KATHY TOOZE-AGUIRRE'S CONDITION OR SYMPTOMS IN WHOLE OR IN PART TO PSYCHOLOGICAL FACTORS SUCH AS SECONDARY GAIN |

PLAINTIFFS' MOTION IN LIMINE #4 BARRING DEFENDANT RACHEL STEVENS-VANGORDER'S COUNSEL OR MEDICAL EXPERT FROM ATTRIBUTING PLAINTIFF KATHY TOOZE-AGUIRRE'S CONDITION OR SYMPTOMS IN WHOLE OR IN PART TO PSYCHOLOGICAL FACTORS SUCH AS SECONDARY GAIN

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rules 104, 402, 403 and 702 of the Federal Rules of Evidence and LR 7.2 and 16.9 of the Rules of the United States District Court for the District of Hawaii, for an order barring Defendant RACHEL STEVENS-VANGORDER's counsel or her defense medical expert, Dr. Scoggin, from attributing Plaintiff KATHY TOOZE-AGUIRRE's condition or symptoms, in whole or in part, to psychological factors, including, but not limited to, secondary gain.

This motion is made upon the Memorandum In Support of

Motion, Declaration of Bruce B. Kim, and the exhibit attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs