IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK<br>)<br>) DECLARATION OF BRUCE B. KIM |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1. I am the attorney for Plaintiffs above-named.

2. That attached to and made a part of Plaintiffs' Motion In Limine #4 Barring Defendant STEVENS-VANGORDER's Counsel or Her Medical Expert From Attributing Plaintiff KATHY's Condition or Symptoms In Whole or In Part to Psychological Factors Such as Secondary Gain as Exhibit "A" is a true and correct copy of Pages 64 and 65 of Defendant STEVENS-VANGORDER's Response to Plaintiffs' First Request for Admissions and Answers to Interrogatories to Defendant STEVENS-VANGORDER.

DATED: Honolulu, Hawaii, JAN 10 2006.

_____
BRUCE B. KIM

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Declaration of Bruce B. Kim.

-2-