

ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at 3 o'clock and 40 min  M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #5 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM INTRODUCING EVIDENCE CONCERNING PSYCHOLOGIST MICHAEL BRIDGE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE<br>Exhibits "C" and "D" filed separately under seal<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs' Motion In Limine #5 Barring Defendant RACHEL STEVENS-VANGORDER From Introducing Evidence Concerning Psychologist Michael Bridge, shall duly come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii,    JAN 10 2006      .

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00619 BMK <br><br> PLAINTIFFS' MOTION IN LIMINE #5 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM INTRODUCING EVIDENCE CONCERNING PSYCHOLOGIST MICHAEL BRIDGE |

PLAINTIFFS' MOTION IN LIMINE #5
BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM
INTRODUCING EVIDENCE CONCERNING PSYCHOLOGIST MICHAEL BRIDGE

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, LR 7.2 and 16 of the Rules of the United States District Court for the District of Hawaii and Rules 401, 402, 403, and 404 of the Federal Rules of Evidence, for an order barring Defendant RACHEL STEVENS-VANGORDER, her attorneys, her witnesses or her experts from mentioning, adducing evidence on or commenting upon the fact that Plaintiff KATHY TOOZE-AGUIRRE received therapy in 2004 and 2005 from a psychologist named Michael Bridge on the grounds that such evidence is irrelevant, unduly prejudicial, is likely to confuse or mislead the jury, wastes judicial time on collateral matters and is inadmissible character evidence.

This Motion is based upon the Memorandum, Declaration of Bruce B. Kim and exhibits attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs