IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>          Defendants. | ) Civil No. 04-00619 BMK<br>)<br>) DECLARATION OF BRUCE B. KIM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1. I am the attorney for Plaintiffs above-named.

2. That attached to and made a part of Plaintiffs' Motion In Limine #5 Barring Defendant STEVENS-VANGORDER From Introducing Evidence Concerning Psychologist Michael Bridge ("Motion") as Exhibit "A" is a true and correct copy of pages 64 and 65 of Defendant STEVENS-VANGORDER's Response to Plaintiffs' First Request For Admissions and Request for Answers to Interrogatories to Defendant STEVENS-VANGORDER.

3. That attached to and made a part of Plaintiffs' Motion as Exhibit "B" are true and correct copies of pages 19-20 of the Oral Deposition of KATHY dated May 26, 2005.

4. That attached to and made a part of Plaintiffs'

Motion as Exhibit "C" are true and correct copies of pages 88-93 of the Oral Deposition of KATHY dated May 26, 2005.

DATED: Honolulu, Hawaii, JAN 1 0 2006 .

_____
BRUCE B. KIM

---

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Declaration of Bruce B. Kim.

-2-