Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG   2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com

Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>          Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' FIRST AMENDED RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS AND ANSWERS TO INTERROGATORIES TO DEFENDANT RACHEL STEVENS-VANGORDER, DATED 11/01/05 |

EXHIBIT A

## Request for Admission No. 18

Do you admit that the description of the Subject Collision set forth in the section entitled "FACTS" on Page 2 of the Fact Sheet attached in Exhibit "D", accurately reflects information you provided to State Farm Automobile Insurance Company, its employees or its agents following the Subject Collision?

OBJECTION:

This Defendant objects to this request to the extent that it is vague and ambiguous as to the term "description".

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

Subject to the foregoing objections, this Defendant responds as follows:

Admit: _____     Deny: ____X____

If "#1" means the car I was driving, and "#2" means the car driven by Plaintiff Kathy Tooze-Aguirre, I admit that:

1. I informed State Farm of the Subject Collision after it occurred

2. I informed State Farm that I was on the highway

3. I informed State Farm that I was lost

4. I informed State Farm that I was looking, alternately, between a map and at the road

5. I was traveling approximately 40 mph before the Subject Collision

6. The vehicle I was driving bumped into the rear of the vehicle driven by Plaintiff Kathy Tooze-Aguirre

I do not make any other admissions.

If your answer to the immediately preceding request for admission is anything but an unqualified admission, state all the facts you claim support your response.

Answer:

OBJECTION:

This Defendant objects to this interrogatory to the extent that it exceeds the number of interrogatories permitted, without leave of court, by Rule 33, Federal Rules of Civil Procedure.

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)