LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>                    Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #6 BARRING REFERENCE TO PLAINTIFF KATHY TOOZE-AGUIRRE'S USE OF ALCOHOL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBITS "A" - "C"; CERTIFICATE OF SERVICE   Exhibit 'C' filed separately under seal<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br><br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs'

Motion In Limine #6 Barring Reference to Plaintiff KATHY

TOOZE-AGUIRRE's Use of Alcohol, shall duly come on for hearing

before the Honorable Barry M. Kurren, Magistrate Judge of the

above-entitled Court, in his courtroom at the U.S. Courthouse,

Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu,

Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, ___JAN 1 0 2006___.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | ) Civil No. 04-00619 BMK<br>)<br>) PLAINTIFFS' MOTION IN LIMINE #6<br>) BARRING REFERENCE TO PLAINTIFF<br>) KATHY TOOZE-AGUIRRE'S USE OF<br>) ALCOHOL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION IN LIMINE #6 BARRING REFERENCE
TO PLAINTIFF KATHY TOOZE-AGUIRRE'S USE OF ALCOHOL

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby moves the Court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401, 403 and 404 of the Federal Rules of Evidence and LR 7.2 and 16.9 of the Rules of the United States District Court for the District of Hawaii, barring Defendant RACHEL STEVENS-VANGORDER, her DME expert and/or her counsel from referring to, commenting upon, mentioning, or introducing any evidence or testimony concerning Plaintiff KATHY TOOZE-AGUIRRE's use of alcohol at any time following the collision on March 26, 2003.

The Motion is based upon the Memorandum and exhibits attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, JAN 10 2006.

BRUCE B. KIM
Attorney for Plaintiffs

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Plaintiffs' Motion In Limine #6 Barring Reference to Plaintiff Kathy Tooze-Aguirre's Use of Alcohol.