```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3   KATHY TOOZE-AGUIRRE, and      )  CIVIL NO. 04 00619 HG BMK
     DAVID A. AGUIRRE,             )
 4                                 )
                    Plaintiffs,    )         COPY
 5                                 )
           vs.                     )
 6                                 )
     RACHEL STEVENS-VANGORDER,     )
 7   JOHN DOES 1-10, JANE DOES 1-10, )
     ET AL.,                       )
 8                                 )
                    Defendants.    )
 9   _____)

10

11            DEPOSITION OF KATHY ANN TOOZE-AGUIRRE

12   Taken on behalf of the Defendant Rachael Roxxann Wilks,

13   incorrectly named as Rachel Stevens-Vangorder, at the law offices

14   of Matsui Chung Sumida & Tsuchiyama, Suite 1400, Mauka Tower, 737

15   Bishop Street, Honolulu, Hawaii, commencing at 9:33 a.m. on

16   Thursday, May 26, 2005 pursuant to Notice.

17

18

19   BEFORE:  CYNTHIA A. GARDUQUE, CSR 251
              Notary Public, State of Hawaii
20

21

22

23

24              CARNAZZO COURT-REPORTING CO., LTD.

25
```

EXHIBIT B

1   A.   25 miles an hour.

2   Q.   You had mentioned that you were coming from Hawaii Kai. Where had you left or come from? Was it from picking up your girls or from some other location?

5   A.   I had just finished a job. A cleaning job.

6   Q.   And did your daughters -- were they helping you at that location?

8   A.   No, they were swimming in the pool.

9   Q.   Was this a house or a commercial building that you had been working on?

11  A.   It was a house.

12  Q.   And how long did it take you to finish cleaning that particular house?

14  A.   A total of three and a half hours.

15  Q.   So your daughters were you with that whole time then when you were cleaning?

17  A.   Yes.

18  Q.   Had you had anything to drink prior to finishing your job and then getting into your car --

20          MR. KIM: Objection. Vague.

21  Q.   -- and drive home?

22          MR. KIM: Vague and ambiguous. What do you mean by drink?

24  Q.   (By Ms. Naitoh) You can go ahead and answer.

25       Had you had any alcoholic beverages to drink at that

1   time?

2   A.  No.

3   Q.  Can you tell me how the accident happened?

4   A.  I had just turned onto the highway and then I had -- I
5   was going maybe 15, 20 miles an hour.  And the car in front of me
6   had stopped, so I had stopped.  And then I had just heard a big
7   bang and flew up to the windshield.  The seatbelt for some reason
8   didn't lock, and I flew up towards the windshield and came back.

9   Q.  Okay.  Well, let me just kind of break that down then.

10  A.  Okay.

11  Q.  You turned onto the highway.  That would be Kalanianaole
12  Highway?

13  A.  Uh-huh.

14  Q.  Correct?

15  A.  Correct.

16  Q.  Now, when you say the car in front of you stopped, did it
17  come to a stop at a red light or for any kind of stop sign?

18  A.  I believe there is a red light stop sign, yeah.  Not stop
19  sign.  A red light.

20  Q.  And was there a red light at the time that the car in
21  front of you came to a stop?

22  A.  I believe so.

23  Q.  Other than the car in front of you, were there any more
24  vehicles ahead?

25  A.  Yes.