ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 3 o'clock and 35 min. P M
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #7 BARRING EVIDENCE OF COLLATERAL SOURCES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBIT "A"; CERTIFICATE OF SERVICE  [↳ FILED SEPARATELY UNDER SEAL]<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs' Motion In Limine #7 Barring Evidence of Collateral Sources, shall duly come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

---

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Notice of Hearing.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFFS' MOTION IN LIMINE #7 BARRING EVIDENCE OF COLLATERAL SOURCES |

PLAINTIFF'S MOTION IN LIMINE #7
BARRING EVIDENCE OF COLLATERAL SOURCES

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401, 402 and 403 of the Federal Rules of Evidence and LR 7.2 and 16.9 of the Rules of the United States District Court for the District of Hawaii for an order barring Defendant RACHEL STEVENS-VANGORDER, her witnesses and her attorneys from mentioning, adducing evidence on or commenting on the fact that Plaintiff KATHY TOOZE-AGUIRRE received no-fault benefits or any other payments from collateral sources at any time following the collision on March 26, 2003 the grounds that such evidence is inadmissible in this case for any reason under the collateral source rule.

This motion is made upon the memorandum, Declaration

and exhibits attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, _____JAN 1 0 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs