IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>       Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>       Defendants. | Civil No. 04-00619 BMK<br><br>DECLARATION OF BRUCE B. KIM |

## DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1. I am the attorney for Plaintiffs above-named.

2. That attached to and made a part of Plaintiffs' Motion In Limine #7 Barring Evidence of Collateral Sources ("Motion") as Exhibit "A" is a true and correct copy of the June 1, 2004 Application for Personal Injury Protection Hawaiian Motor Vehicle Insurance Law which is designated as Defendant STEVENS-VANGORDER's Exhibit "KK".

DATED: Honolulu, Hawaii, JAN 10 2006          .

_____
BRUCE B. KIM