LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>             Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>             Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFFS' MOTION IN LIMINE #8 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM REFERRING TO AN EPISODE OF BACK PAIN IN 1992 AS BEING UNDULY REMOTE; MEMORANDUM IN SUPPORT OF MOTION; DECLARA-TION OF BRUCE B. KIM; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE   EXHIBIT B FILED SEPARATELY UNDER SEAL<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Magistrate Judge: Barry M. Kurren<br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs' Motion In Limine #8 Barring Defendant RACHEL STEVENS-VANGORDER From Referring to An Episode of Back Pain in 1992, shall duly come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana

Boulevard, Honolulu, Hawaii, on **Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____JAN 10 2006_____.

_____
BRUCE B. KIM
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>          Defendants. | ) Civil No. 04-00619 BMK<br>)<br>) PLAINTIFFS' MOTION IN LIMINE #8<br>) BARRING DEFENDANT RACHEL<br>) STEVENS-VANGORDER FROM REFERRING<br>) TO AN EPISODE OF BACK PAIN IN<br>) 1992 AS BEING UNDULY REMOTE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION IN LIMINE #8 BARRING
DEFENDANT RACHEL STEVENS-VANGORDER FROM REFERRING
TO AN EPISODE OF BACK PAIN IN 1992 AS BEING UNDULY REMOTE

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby move the Court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Rules 401 and 403 of the Federal Rules of Evidence and LR 7.2 and 16.9 of the Rules of the United States District Court for the District of Hawaii for an order barring Defendant RACHEL STEVENS-VANGORDER, her witnesses and her attorneys from mentioning, adducing evidence on or commenting about the fact that Plaintiff KATHY TOOZE-AGUIRRE had an episode of back pain back in 1992 on the grounds that such evidence is unduly remote, and is unfairly prejudicial, capable of confusing or misleading and wastes judicial time on proof of collateral matters.

This motion is made upon the memorandum, Declaration

and exhibits attached to and made a part hereof and the records and files of the case.

DATED:  Honolulu, Hawaii, ____JAN 1 0 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs