IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>            Plaintiffs,<br><br>  vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. 04-00619 BMK<br><br>DECLARATION OF BRUCE B. KIM |

<u>DECLARATION OF BRUCE B. KIM</u>

      I, BRUCE B. KIM, hereby declare under penalty of law as follows:

      1.   I am the attorney for Plaintiffs above-named.

      2.   That attached to and made a part of Plaintiffs' Motion In Limine #4 Barring Defendant STEVENS-VANGORDER's From Referring to an Episode of Back Pain in 1992 as Being Unduly Remote ("Motion") as Exhibit "A" is a true and correct copy of Pages 64 and 65 of Defendant STEVENS-VANGORDER's Response to Plaintiffs' First Request for Admissions and Answers to Interrogatories to Defendant STEVENS-VANGORDER.

      3.   That attached to and made a part of Plaintiffs' Motion as Exhibit "B" are true and correct copies of Defendant STEVENS-VANGORDER's Exhibits "A" and "B" consisting of a Queen's Medical Center consult note dated April 21, 1992 and a Queen's

Medical Center Discharge Summary dated May 4, 1992 pertaining to the birth of her twin daughters in 1992.

DATED: Honolulu, Hawaii, _____JAN 1 0 2006_____.

_____
BRUCE B. KIM

---

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-00619 BMK, Declaration of Bruce B. Kim.