ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at 3 o'clock and 42 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK |
| | ) |
| Plaintiffs, | ) NOTICE OF MOTION; PLAINTIFFS' |
| | ) MOTION IN LIMINE #9 BARRING |
| | ) DEFENDANT RACHEL STEVENS- |
| | ) VANGORDER FROM INTRODUCING |
| | ) EVIDENCE OF POLICE REPORTS FROM |
| vs. | ) SUBSEQUENT ACCIDENTS AT TRIAL; |
| | ) MEMORANDUM IN SUPPORT OF MOTION; |
| | ) DECLARATION OF BRUCE B. KIM; |
| | ) EXHIBITS "A" AND "B"; |
| RACHEL STEVENS-VANGORDER, JOHN | ) CERTIFICATE OF SERVICE |
| DOES 1-10, JANE DOES 1-10, DOE | ) |
| PARTNERSHIPS 1-10, DOE JOINT | ) |
| VENTURES 1-10, DOE CORPORA- | ) Date: January 25, 2006 |
| TIONS 1-10, and DOE ENTITIES | ) Time: 10:00 a.m. |
| 1-10, | ) Magistrate Judge: Barry M. |
| | ) Kurren |
| Defendants. | ) |
| | ) Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiffs'

Motion In Limine #9 Barring Defendant RACHEL STEVENS-VANGORDER's

From Introducing Evidence of Police Reports From Subsequent

Accidents At Trial, shall duly come on for hearing before the

Honorable Barry M. Kurren, Magistrate Judge of the above-entitled

Court, in his courtroom at the U.S. Courthouse, Prince Kuhio

Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

**Wednesday, January 25, 2006, at 10:00 a.m.**, or as soon thereafter

as counsel can be heard.

DATED: Honolulu, Hawaii, _____ JAN 1 0 2006 _____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK |
| | ) |
| | ) PLAINTIFFS' MOTION IN LIMINE #9 |
| Plaintiffs, | ) BARRING DEFENDANT RACHEL |
| | ) STEVENS-VANGORDER FROM |
| vs. | ) INTRODUCING EVIDENCE OF POLICE |
| | ) REPORTS FROM SUBSEQUENT |
| RACHEL STEVENS-VANGORDER, JOHN | ) ACCIDENTS AT TRIAL |
| DOES 1-10, JANE DOES 1-10, DOE | ) |
| PARTNERSHIPS 1-10, DOE JOINT | ) |
| VENTURES 1-10, DOE CORPORA- | ) |
| TIONS 1-10, and DOE ENTITIES | ) |
| 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLAINTIFFS' MOTION IN LIMINE #9 BARRING DEFENDANT
RACHEL STEVENS-VANGORDER FROM INTRODUCING EVIDENCE
OF POLICE REPORTS FROM SUBSEQUENT ACCIDENTS AT TRIAL

COME NOW Plaintiffs above-named, by and through their

attorney, BRUCE B. KIM, and hereby move the Court pursuant to

Rules 7(b) of the Federal Rules of Civil Procedure and Rules 401,

403, and 802 of the Federal Rules of Evidence for an order

barring Defendant RACHEL STEVENS-VANGORDER, her witnesses and her

attorneys from mentioning, commenting upon or introducing police

reports containing opinions and conjecture of police officers or

anyone else regarding subsequent motor vehicle accidents

involving Plaintiff KATHY TOOZE-AGUIRRE.

The Motion is based upon the Memorandum, Declaration of

Bruce B. Kim and exhibits attached to and made a part hereof and

the records and files of the case.

DATED:  Honolulu, Hawaii,  JAN 1 0 2006                    .

_____
BRUCE B. KIM
Attorney for Plaintiffs

_____

Tooze-Aguirre, et al. v. Stevens-Vangorder, et al., Civil No. 04-
00619 BMK, Plaintiffs' Motion In Limine #9 Barring Defendant
RACHEL STEVENS-VANGORDER From Introducing Evidence of Police
Reports From Subsequent Accidents at Trial.

-2-