IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KATHY TOOZE-AGUIRRE, and DAVID ) Civil No. 04-00619 BMK
A. AGUIRRE,                     )
                               ) DECLARATION OF BRUCE B. KIM
            Plaintiffs,         )
                               )
    vs.                        )
                               )
RACHEL STEVENS-VANGORDER, JOHN )
DOES 1-10, JANE DOES 1-10, DOE )
PARTNERSHIPS 1-10, DOE JOINT   )
VENTURES 1-10, DOE CORPORA-    )
TIONS 1-10, and DOE ENTITIES   )
1-10,                          )
                               )
            Defendants.        )
_____)

DECLARATION OF BRUCE B. KIM

        I, BRUCE B. KIM, hereby declare under penalty of law as
follows:

        1.   I am the attorney for Plaintiffs above-named.

        2.   That attached to and made a part of Plaintiffs'
Motion In Limine #9 Barring Defendant STEVENS-VANGORDER From
Introducing Evidence of Police Reports From Subsequent Accidents
("Motion") as Exhibit "A" is a true and correct copy of the one-
page State of Hawaii Motor Accident Report #04-209290 dated May
24, 2004 which is designated as Defendant STEVENS-VANGORDER's
Exhibit "GG".

        3.   That attached to and made a part of Plaintiffs'
Motion as Exhibit "B" is a true and correct copy of the Minor
Motor Vehicle Collision Report #04-365662 dated September 7, 2004
which is designated as Defendant STEVENS-VANGORDER's Exhibit

"NN".

DATED: Honolulu, Hawaii, _____ JAN 1 0 2006 _____ .

_____
BRUCE B. KIM

_Tooze-Aguirre, et al. v. Stevens-Vangorder, et al._, Civil No. 04-00619 BMK, Declaration of Bruce B. Kim.

-2-