# STATE OF HAWAII — MOTOR VEHICLE ACCIDENT REPORT

HPD-108A (R-8/96) — PAGE 1 OF 2

| Field | Value |
|---|---|
| Sheet | 1 2 |
| Crime Code | 550 |
| County | HON |
| District | 7 |
| Beat | 3 |
| Census | 770 |
| Watch | Day |
| Report No | 04-209-290 |
| Report Type | B |
| Date/Time Occurred | 5-24-04 / 1450 |
| Day | MON |
| Date/Time Reported | 5-24-04 / 1454 |
| Reported To | M. KEMNA |
| I.D. No. | 100396 |
| Investigator(s) | M. KEMNA |
| Reported By (Name/Address) | #32 / #34 |
| Resid. Phone | #36 |
| Bus. Phone | #36 |
| Times — Sent | 1454 |
| Arrive | 1510 |
| Back | 1650 |
| Notif | 1450 |
| Arrive | 1454 |
| Name of Street or Highway | 939 Hindiuka Drive (P-Lot) |
| City or Town | Honolulu |
| Dist/Direction from Refer | 164 Feet East |
| Refer | Hindiuka Drive |

## Vehicle / Operator 1

- Unit No: 1
- Class: 03
- No. Occup: 2
- Operator's Name: **David Lee Jenson**
- Address: 940 Kului Pl. Hon. HI 96821
- Resid Phone: 373-7025
- Bus Phone: 542-1004
- Occupation: Self
- Place of Employment: #34
- Sex: M
- DOB / Age: 12-28-62 / 41
- Race: Caucasian
- Operator's License No: H02255249
- State: HI   Class: 3   Exp Yr: 06
- Owner's Name: #32
- Owner's Phone: #36
- Owner's Address: #34
- Insured By: AIG / AMM62163287
- Exp Date: 9-16-04
- License Plate No: NCE032   State: HI
- VIN: 1B7MC23W5TN596
- Year: 98   Make: Dodge   Model: Ram 2500   Body: PKUP   Color: 13
- Wgt: 5770   Sfty Exp: 11-04   Initial Impact Point: 6
- Estim Damage: <$3,000
- Removed By: #32
- Removed To: #34

## Vehicle / Operator 2

- Unit No: 2
- Class: 01
- Operator's Name: **Kathy Tooze-Aguirre**
- Address: 2123 B 10th Ave, Hon. HI 96816
- Resid Phone: 732-6995
- Bus Phone: 429-8600
- Occupation: Cleaning
- Place of Employment: Kathy's Helping Hands / #35
- Sex: F
- DOB: 3-3-59   Age: 45
- Race: Caucasian
- Operator's License No: 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
- State: HI   Class: 3   Exp Yr: 06
- Owner's Name: #35
- Owner's Phone: #37
- Owner's Address: #33
- Insured By: DTRIC / 5316561460A
- Exp Date: 5-25-04
- License Plate No: FZC321   State: HI
- VIN: JT2SV22E4L0319334
- Year: 90   Make: Toyota   Model: Camry   Body: 4DSD   Color: 03
- Wgt: 2860   Sfty Exp: 6-04   Initial Impact Point: 6
- Estim Damage: <$3,000
- Removal: Removed   Removed By: 2

## Occupants (Field 72)

| Name/Address | Unit | Pskt | Age | Sex | Erct | Sfty | Inj | Area | Cause | Care | Trans | Hosp | Cond | EMS Card No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #32 / 34 | 1 | 10 | 41 | M | 00 | 06 | 00 | NA | | | | | | |
| #33 / 35 | 2 | 10 | 45 | F | 20 | 06 | 01 | 04 | 18 | 01 | 02 | 25 | 03 | 06766 |

Report Written By: M. KEMNA   Badge No: 2876 / 100396   Date/Time: 5-24-04 / 1655
Supervisor Approved: SGT GARY KURIHARA   Badge No: 104680

EXHIBIT A

**EXHIBIT GG**