LK   SSI   4/0.                                                           04-365662

# MINOR MOTOR VEHICLE COLLISION REPORT

| 1 POLICE FACILITATOR | 2 DISTRICT | 3 BEAT | 4 WATCH | 5 REPORT NUMBER |
|---|---|---|---|---|
| R. KALAHIKI | 7 | 764 | 2 | 04-365662 |

| 6 DATE/TIME OCCURRED | 7 DATE/TIME REPORTED |
|---|---|
| 9-7-04 / 1620 | 9-7-04 / 1826 |

| 8 LOCATION |
|---|
| front 2001 10th Ave. |

| 9 NO. OF OCCUPANTS | 10 OPERATOR'S NAME | 11 M/F | 12 OPERATOR'S LICENSE NO./EXPIRATION |
|---|---|---|---|
| 1 | TOOZE-AGUIRRE, Kathy A. | F | 540 86 9020 / 06 |

| 13 ADDRESS | 14 HOME PHONE | 15 BUSINESS PHONE |
|---|---|---|
| 2123 B 10th Ave. Hono. HI. 96816 | 732 6995 | 429 8600 |

| 16 INSURED BY | 17 POLICY NUMBER | 18 EXPIRATION DATE | 19 VIN NUMBER MATCH |
|---|---|---|---|
| DTRIC | 57656 1460 A | 5-25-05 | Yes ☒ No ☐ |

| 20 YEAR | 21 MAKE | 22 MODEL | 23 BODY TYPE | 24 COLOR | 25 LIC. PLATE NO. | 26 STATE |
|---|---|---|---|---|---|---|
| 90 | Toy | Corolla | 4dsd | blue | FZC 321 | HI |

| 27 REGISTERED OWNER'S NAME | 28 SAFETY EXP. | 29 VEH. TAX EXPIRATION |
|---|---|---|
| AGUIRRE, David J. | 7-05 | 10-04 |

| 30 REGISTERED OWNER'S ADDRESS |
|---|
| 13 |

| 31 NO. OF OCCUPANTS | 32 OPERATOR'S NAME | 33 M/F | 34 OPERATOR'S LICENSE NO./EXPIRATION |
|---|---|---|---|
| 0 | PARKED VEHICLE | / | |

| 35 ADDRESS | 36 HOME PHONE | 37 BUSINESS PHONE |
|---|---|---|
| 1979 A 10th Ave. Hono. H. 96816 | 735 3589 | 291 3414 |

| 38 INSURED BY | 39 POLICY NUMBER | 40 EXPIRATION DATE | 41 VIN NUMBER MATCH |
|---|---|---|---|
| Geico | 2019 04 1066 | 9-13-04 | Yes ☒ No ☐ |

| 42 YEAR | 43 MAKE | 44 MODEL | 45 BODY TYPE | 46 COLOR | 47 LIC. PLATE NO. | 48 STATE |
|---|---|---|---|---|---|---|
| 02 | Honda | Accord | 4dsd | grn | ERW 924 | HI |

| 49 REGISTERED OWNER'S NAME | 50 SAFETY EXP. | 51 VEH. TAX EXPIRATION |
|---|---|---|
| MEYER, Iris A. PV | 6-05 | 6-05 |

| 52 REGISTERED OWNER'S ADDRESS |
|---|
| 35 |

| 53 NO. OF OCCUPANTS | 54 OPERATOR'S NAME | 55 M/F | 56 OPERATOR'S LICENSE NO./EXPIRATION |
|---|---|---|---|
| | | | |

| 57 ADDRESS | 58 HOME PHONE | 59 BUSINESS PHONE |
|---|---|---|
| | | |

| 60 INSURED BY | 61 POLICY NUMBER | 62 EXPIRATION DATE | 63 VIN NUMBER MATCH |
|---|---|---|---|
| | | | Yes ☐ No ☐ |

| 64 YEAR | 65 MAKE | 66 MODEL | 67 BODY TYPE | 68 COLOR | 69 LIC. PLATE NO. | 70 STATE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 71 REGISTERED OWNER'S NAME | 72 SAFETY EXP. | 73 VEH. TAX EXPIRATION |
|---|---|---|
| | | |

| 74 REGISTERED OWNER'S ADDRESS |
|---|
| |

| 75 OBJECT STRUCK |
|---|
| |

| 76 OWNER'S NAME/ADDRESS | 77 PHONE |
|---|---|
| | |

| 78 REPORT WRITTEN BY | 79 ID NUMBER | 80 DATE/TIME | 81 SUPERVISOR | |
|---|---|---|---|---|
| | 000660 | 9-7-04 / 1930 | | 22284 |

HPD-108D (R-6/95)

EXHIBIT B