ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI      5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00619 BMK<br><br>NOTICE OF MOTION; DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 1 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING LIABILITY INSURANCE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Judge: Barry M. Kurren<br><br>TRIAL: January 31, 2006 |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached DEFENDANT

RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 1 TO

EXCLUDE TESTIMONY OR EVIDENCE REGARDING LIABILITY

INSURANCE shall come on for hearing before the Honorable Barry M. Kurren,

Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince

Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 10:00

a.m., on Wednesday, January 25, 2006, or as soon thereafter as counsel can be

heard.

DATED: HONOLULU, HAWAII,   January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>       Plaintiffs,<br><br>  vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>       Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 1 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING LIABILITY INSURANCE |

DEFENDANT RACHAEL ROXXANN WILKS'
MOTION IN LIMINE NUMBER 1 TO EXCLUDE
TESTIMONY OR EVIDENCE REGARDING LIABILITY INSURANCE

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly

named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as

"Defendant"), by her attorneys, and subject to, and without waiver of, any defense,

dispute, or objection to which she is entitled, hereby moves this Honorable Court,

in limine, for an Order precluding Plaintiffs and their attorneys, representatives,

and lay and expert witnesses, from referring to, discussing, commenting upon,

mentioning or in any way suggesting or introducing any evidence and/or testimony

relating to any existence of liability insurance that may cover or apply to

Defendant.

This Motion is made pursuant to Rules 7 and 16 of the Federal Rules

of Civil Procedure, Rule 411, Federal Rules of Evidence, and Local Rules 7.2 and

16.9 of the Local Rules of Practice for the United States District Court for the

District of Hawaii, and is based on the attached memorandum and exhibits, and

upon the entire record and file herein.

DATED: HONOLULU, HAWAII,  January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)