IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and<br>DAVID A. AGUIRRE,<br><br>      Plaintiffs,<br>vs.<br><br>RACHEL STEVENS-VANGORDER,<br>JOHN DOES 1-10, JANE DOES 1-10,<br>DOE PARTNERSHIPS 1-10, DOE<br>JOINT VENTURES 1-10, DOE<br>CORPORATIONS 1-10, and DOE<br>ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. 04 00619 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 10th day of January, 2006.

      BRUCE B. KIM, ESQ.
      Suite 206, One Kapiolani Building
      600 Kapiolani Boulevard
      Honolulu, HI 96813
      Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, January 10, 2006

      RANDALL Y.S. CHUNG
      MELANIE S. MATSUI
      Attorneys for Defendant
      RACHAEL ROXXANN WILKS
      (incorrectly named as
      RACHEL STEVENS-VANGORDER)