

ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI    5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. 04 00619 BMK<br>)<br>) NOTICE OF MOTION; DEFENDANT<br>) RACHAEL ROXXANN WILKS'<br>) MOTION IN LIMINE NUMBER 2 TO<br>) EXCLUDE TESTIMONY OR<br>) EVIDENCE REGARDING DRIVING<br>) UNDER THE INFLUENCE OR THE<br>) SUSPENSION OR REVOCATION OF<br>) DRIVER'S LICENSE;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; CERTIFICATE OF<br>) SERVICE<br>)<br>) Date:　January 25, 2006<br>) Time:　10:00 a.m.<br>) Judge: Barry M. Kurren<br>)<br>) TRIAL: January 31, 2006 |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING DRIVING UNDER THE INFLUENCE OR THE SUSPENSION OR REVOCATION OF DRIVER'S LICENSE shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 10:00 a.m., on Wednesday, January 25, 2006, or as soon thereafter as counsel can be heard.

DATED: HONOLULU, HAWAII, January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING DRIVING UNDER THE INFLUENCE OR THE SUSPENSION OR REVOCATION OF DRIVER'S LICENSE |

DEFENDANT RACHAEL ROXXANN WILKS' MOTION
IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR
EVIDENCE REGARDING DRIVING UNDER THE INFLUENCE
OR THE SUSPENSION OR REVOCATION OF DRIVER'S LICENSE

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant"), by her attorneys, and subject to and without waiver of any defense, dispute, or objection to which it is entitled, hereby moves this Honorable Court, in limine, for an Order precluding Plaintiffs and their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, commenting upon, mentioning or in any way suggesting or introducing any evidence and/or testimony

relating to this Defendant with respect to driving under the influence, or the suspension or revocation of her driver's license, on the grounds that such evidence is irrelevant to the issue of Plaintiff's injury, and on the grounds that any probative value of such evidence is substantially outweighed by the dangers of unfair prejudice, confusion of the issues, and misleading the jury, and by considerations of undue delay and waste of time.

This Motion is made pursuant to Rule 7 and 16 of the Federal Rules of Civil Procedure, and Rules 401, 402, 403, 404 of the Federal Rules of Evidence, and Local Rules 7.2 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum and exhibits, and upon the entire record and file herein.

DATED: HONOLULU, HAWAII,   January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2