

ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI    5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00619 BMK<br><br>NOTICE OF MOTION; DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Judge: Barry M. Kurren<br><br>TRIAL: January 31, 2006 |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at 10:00 a.m., on Wednesday, January 25, 2006, or as soon thereafter as counsel can be heard.

DATED: HONOLULU, HAWAII, January 10, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, </br></br>Plaintiffs,</br></br>vs.</br></br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,</br></br>Defendants. | CIVIL NO. 04 00619 BMK</br></br>DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD |

DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN
LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE
REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant"), by her attorneys, and, subject to and without waiver of any defense, dispute, or objection to which she is entitled, hereby moves this Honorable Court, in limine, for an Order precluding Plaintiffs and their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, commenting upon, mentioning or in any way suggesting or introducing any evidence and/or testimony relating to any reports or opinions of Dr. Jack Suyderhoud, on the grounds that Dr.

Suyderhoud has not been identified as a witness by Plaintiffs, and that such reference would result in unfair prejudice to this Defendant.

This Motion is made pursuant to Rule 7 and 16 of the Federal Rules of Civil Procedure, and Rule 403 of the Federal Rules of Evidence, and Local Rules 7.2 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum and exhibits, and upon the entire record and file herein.

DATED: HONOLULU, HAWAII, January 10, 2006

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2