EXHIBITS A-C

**FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER, FILED HEREIN ON JANUARY 20, 2005**