IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br>　　　　Defendants. | CIVIL NO. 04 00619 BMK <br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 17th day of January, 2006.

　　　　BRUCE B. KIM, ESQ.
　　　　Suite 206, One Kapiolani Building
　　　　600 Kapiolani Boulevard
　　　　Honolulu, HI 96813
　　　　Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, January 17, 2006

　　　　_____
　　　　RANDALL Y.S. CHUNG
　　　　MELANIE S. MATSUI
　　　　Attorneys for Defendant
　　　　RACHAEL ROXXANN WILKS
　　　　(incorrectly named as
　　　　RACHEL STEVENS-VANGORDER)

11