ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG   2929-0
MELANIE S. MATSUI    5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at 10 o'clock and 04 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE TESTIMONY OF DEFENDANT RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D., FILED ON 01/10/06; DECLARATION OF RANDALL Y.S. CHUNG; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: January 25, 2006<br>Time: 10:00 a.m.<br>Judge: Barry M. Kurren<br>TRIAL: January 31, 2006 |

DEFENDANT RACHAEL ROXXANN WILKS'
MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION IN LIMINE #1 TO EXCLUDE TESTIMONY
OF DEFENDANT RACHEL STEVENS-VANGORDER'S DME
MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D., FILED ON 01/10/06

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "this Defendant"), by her attorneys, and hereby submits her Memorandum in Opposition to Plaintiffs' Motion in Limine #1 to Exclude the Testimony of Defendant's DME Medical Expert James F. Scoggin, III, M.D., filed January 10, 2006.

I.     STATEMENT OF FACTS

This lawsuit involves disputed issues pertaining to, among other things, causation and apportionment of damages. Prior to March 26, 2003, Plaintiff KATHY TOOZE-AGUIRRE ("Plaintiff") had pre-existing injuries. On March 26, 2003, Plaintiff was involved in a motor vehicle accident with this Defendant ("Subject Accident"). After March 23, 2003, Plaintiff was involved in three (3) motor vehicle accidents: (1) on May 24, 2004, Plaintiff was involved in an accident on or near Hind Iuka Drive in Honolulu; (2) on September 7, 2004, Plaintiff was involved in an accident on or near 10th Avenue in Honolulu; and (3) on March 27, 2005, Plaintiff was involved in an accident at the intersection of King and Isenberg Streets.

In Plaintiffs' Motion in Limine #1, Plaintiffs seek to bar this Defendant's Rule 35 medical expert, James F. Scoggin, from testifying at trial "for failure of Defendant to file and serve the necessary expert disclosure required under the federal rules." According to Plaintiffs, this Defendant failed to make her expert witness disclosure by August 31, 2005.

Attached as Exhibit "A" is a true and correct copy of Defendant's Disclosure of Expert Witnesses filed August 24, 2005.

II.   ARGUMENT:

Plaintiffs' Motion in Limine #1 is completely without merit, and should be denied.

On January 11, 2005, the Rule 16 Scheduling Order was filed. This Defendant's expert disclosure was due August 31, 2005. This Defendant filed her Disclosure of Expert Witnesses on August 24, 2005. In said Disclosure, Defendant specifically identified James F. Scoggin, III, M.D., as an expert witness. The disclosure was timely filed, and Plaintiffs' argument is totally without merit.

DATED: HONOLULU, HAWAII, January 17, 2006.

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

3