IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br>  vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04 00619 BMK<br><br>DECLARATION OF RANDALL Y.S. CHUNG |

## DECLARATION OF RANDALL Y.S. CHUNG

STATE OF HAWAII          )
                                   ) SS.
CITY AND COUNTY OF HONOLULU   )

      RANDALL Y.S. CHUNG, declares under penalty of perjury and says that:

      1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

      2.    He is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3. He has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4. That attached as Exhibit "A" is a true and correct copy of Defendant's Disclosure of Expert Witnesses filed August 24, 2005. The Disclosure included Dr. James F. Scoggin, III, M.D., as an expert witness.

DATED: HONOLULU, HAWAII         JAN 1 7 2006        .

_____
RANDALL Y.S. CHUNG