Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG    2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com

Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2005

at 9 o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' DISCLOSURE OF EXPERT WITNESSES; CERTIFICATE OF SERVICE |

EXHIBIT "A"

## DEFENDANT RACHAEL ROXXANN
## WILKS' DISCLOSURE OF EXPERT WITNESSES

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER), by her attorneys, and, pursuant to Federal Rules of Civil Procedure 26(a)(2), hereby discloses her expert witnesses as follows:

A. JAMES F. SCOGGIN, III, M.D.
   Honolulu Sports Medical Clinic Inc.
   932 Ward Avenue
   Suite 460
   Honolulu, Hawaii 96814

Dr. Scoggin is an orthopedic surgeon, and he may be called to testify regarding his review of plaintiff KATHY TOOZE-AGUIRRE's medical records, his examination of plaintiff KATHY TOOZE-AGUIRRE, and any conclusions drawn therefrom.

B. JACK P. SUYDERHOUD, Ph.D.
   7149 Kukii Street
   Honolulu, Hawaii 96825

Dr. Suyderhoud is an economist, and he may be called to testify regarding his review of plaintiff KATHY TOOZE-AGUIRRE's wage loss records and any other records pertaining to plaintiff KATHY TOOZE-AGUIRRE's claims for damages, as well as regarding his opinions and conclusions drawn therefrom.

DATED: HONOLULU, HAWAII, August 24, 2005

                                      RANDALL Y.S. CHUNG
                                      Attorney for Defendant
                                      RACHAEL ROXXANN WILKS
                                      (incorrectly named as
                                      RACHEL STEVENS-VANGORDER)