IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KATHY TOOZE-AGUIRRE, and<br>DAVID A. AGUIRRE, | )<br>)<br>) | CIVIL NO. 04 00619 BMK |
| Plaintiffs, | )<br>) | CERTIFICATE OF SERVICE |
| vs. | )<br>) | |
| RACHEL STEVENS-VANGORDER,<br>et al., | )<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 24th day of August, 2005.

BRUCE B. KIM, ESQ.
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, HI 96813
Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, August 24, 2005

RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)