

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG   2929-0
MELANIE S. MATSUI     5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>      Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' PROPOSED SPECIAL VERDICT FORM; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>TRIAL: January 31, 2006 |

DEFENDANT RACHAEL ROXXANN WILKS'
PROPOSED SPECIAL VERDICT FORM

COMES NOW Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER), by her attorneys, and subject to, and without waiver of, any defense, dispute, or objection to which she is entitled, hereby respectfully submits her proposed Special Verdict Form, attached hereto as Exhibit "A" and incorporated herein by reference, pursuant to Rule 16 and 49(a) of the Federal Rules of Civil Procedure and Local Rule 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. Defendant respectfully reserves the right to amend, modify, add and/or withdraw one or more portions of its proposed Special Verdict Form as appropriate during further proceedings in this case.

DATED: HONOLULU, HAWAII, JAN 1 7 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)