| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and<br>DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER,<br>JOHN DOES 1-10, JANE DOES 1-10,<br>DOE PARTNERSHIPS 1-10, DOE<br>JOINT VENTURES 1-10, DOE<br>CORPORATIONS 1-10, and DOE<br>ENTITIES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL NO. 04 00619 BMK

SPECIAL VERDICT FORM

## SPECIAL VERDICT FORM

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully.

Your answers must be unanimous and must reflect the conscientious judgment of each juror. You should answer each question, except where the Special Verdict form indicates otherwise.

If you do not understand any question, or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

**Question No. 1**.  Was Defendant RACHAEL ROXXANN WILKS'
(incorrectly named as RACHEL STEVENS-VANGORDER) negligence a legal
cause of injury to Plaintiff Kathy Tooze-Aguirre?  Answer "Yes" or "No" in the
space provided below.

Yes: _____      No: _____

If you answered Question No. 1 "Yes," then proceed to Questions
Nos. 2 and 3.  If you answered Question No. 1 "No," then skip the remaining
questions, and sign and date this document and call the Bailiff.

**Question No. 2**.  After reduction for apportionment of injuries due to
pre-existing conditions, or subsequent injuries, if any, what are Plaintiffs'
damages?

PLAINTIFF KATHY TOOZE-AGUIRRE:

Special Damages: . . . . . . . . . $ _____

General Damages: . . . . . . . . $ _____

PLAINTIFF DAVID A. AGUIRRE:

General Damages: . . . . . . . . $ _____

Proceed to Question No. 3.

**Question No. 3.**  Was Defendant RACHAEL ROXXANN WILKS'
(incorrectly named as RACHEL STEVENS-VANGORDER) conduct intentional

and deliberate, and did it have the character of outrage frequently associated with crime?

Yes: _____          No: _____

If you have answered Question No. 3 "Yes," then answer Question No. 4.  If you answered Question No. 3 "No," do not answer Question No. 4, but sign and date this document, and call the Bailiff.

**Question No. 4**.  What are Plaintiff KATHY TOOZE-AGUIRRE's punitive damages, if any?

Punitive Damages:  . . . . . . . . . $ _____

DATED:  HONOLULU, HAWAI`I _____.


_____
FOREPERSON

3