Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI     5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>       Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>       Defendants. | CIVIL NO. 04 00619 BMK<br><br>DEFENDANT RACHAEL ROXXANN WILKS' PROPOSED JURY INSTRUCTIONS; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br>TRIAL: January 31, 2006 |

**DEFENDANT RACHAEL ROXXANN WILKS'**
**PROPOSED JURY INSTRUCTIONS**

Comes now Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter "this Defendant"), by her attorneys, and subject to and without waiver of any defense, dispute, or objection to which it is entitled, hereby respectfully requests that the Court give the following General Federal Jury Instructions In Civil Cases:

**A. INTRODUCTORY AND CAUTIONARY INSTRUCTIONS**

  1.1:   CONSIDERATION AND APPLICATION OF INSTRUCTIONS

  1.2:   NO FAVORITISM, PASSION, PREJUDICE, OR SYMPATHY

  1.5:   REMARKS OF THE COURT

  2.1:   CONSIDER ONLY THE EVIDENCE

  2.2:   OBSERVATIONS AND EXPERIENCE

  2.3:   NO INDEPENDENT INVESTIGATION OR RESEARCH

**B. BURDEN OF PROOF**

  3.1:   BURDEN OF PROOF

  3.2:   PREPONDERANCE OF THE EVIDENCE

  3..3   BURDEN OF PROOF — CLEAR AND CONVINCING EVIDENCE

**C. EVIDENCE**

  4.3:   ANSWERS TO INTERROGATORIES

  4.4:   JUDICIAL NOTICE

2

4.5:   TYPES OF EVIDENCE — DIRECT AND CIRCUMSTANTIAL

4.6:   OBJECTIONS TO EVIDENCE

**D. WITNESSES**

5.1:   WEIGHT OF EVIDENCE AND CREDIBILITY OF WITNESSES

5.2:   DISCREDITED TESTIMONY

5.3:   FALSE WITNESS

5.4:   EXPERT WITNESSES

**E. STANDARD OF CONDUCT**

6.1:   NEGLIGENCE DEFINED

6.2:   FORESEEABILITY

**F. CAUSATION**

7.1:   LEGAL CAUSE

7.2:   SUPERSEDING CAUSE

7.3:   PRE-EXISTING INJURY OR CONDITION

7.4:   SUBSEQUENT INJURIES

7.5:   APPORTIONMENT FOR BOTH PRE-EXISTING AND SUBSEQUENT INJURIES

**G. DAMAGES -- MEASURES AND ELEMENTS OF DAMAGES**

8.1:   DAMAGE INSTRUCTIONS - FOR GUIDANCE ONLY

8.2:   SPECIAL DAMAGES DEFINED

8.3:  GENERAL DAMAGES DEFINED

8.4:  PAIN

8.5:  EMOTIONAL DISTRESS DEFINED

8.6:  LOSS OF CONSORTIUM

8.8:  ARGUMENT RE DAMAGES

8.9:  ELEMENTS OF DAMAGES

8.10: PAIN AND SUFFERING

8.11: SPECULATIVE DAMAGES

8.12: PUNITIVE DAMAGES

8.13: PUNITIVE DAMAGES (DEFINITION OF "WILLFUL")

8.14: PUNITIVE DAMAGES (DEFINITION OF "WANTON")

8.15: PUNITIVE DAMAGES (DEFINITION OF "OPPRESSIVE")

8.16: PUNITIVE DAMAGES (DEFINITION OF "MALICIOUS")

8.17: PUNITIVE DAMAGES (DEFINITION OF "GROSS NEGLIGENCE")

**H. JURY DELIBERATION**

9.1:  CONDUCT OF JURY

9.2:  EXHIBITS IN THE JURY ROOM

9.3:  VERDICT

      This Defendant also requests that Defendant's Proposed Jury Instructions, attached hereto and incorporated herein by reference, pursuant to Rule 51 of the Federal Rules of Civil Procedure and Local Rule 16.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii. This Defendant respectfully reserves the right to amend, modify, add and/or withdraw instructions as appropriate during further proceedings in this case, including, but not limited to, the Court's decision on pending motions and/or motions in limine.

DATED: HONOLULU, HAWAII,     JAN 1 7 2006

                                RANDALL Y. S. CHUNG
                                MELANIE S. MATSUI
                                Attorneys for Defendant
                                RACHAEL ROXXANN WILKS
                                (incorrectly named as
                                RACHEL STEVENS-VANGORDER)