INDEX

A.  **INTRODUCTORY AND CAUTIONARY INSTRUCTIONS**

    1.1:  CONSIDERATION AND APPLICATION OF INSTRUCTIONS

    1.2:  NO FAVORITISM, PASSION, PREJUDICE, OR SYMPATHY

    1.5:  REMARKS OF THE COURT

    2.1:  CONSIDER ONLY THE EVIDENCE

    2.2:  OBSERVATIONS AND EXPERIENCE

    2.3:  NO INDEPENDENT INVESTIGATION OR RESEARCH

B.  **BURDEN OF PROOF**

    3.1:  BURDEN OF PROOF

    3.2:  PREPONDERANCE OF THE EVIDENCE

    3.3   BURDEN OF PROOF — CLEAR AND CONVINCING EVIDENCE

C.  **EVIDENCE**

    4.3:  ANSWERS TO INTERROGATORIES

    4.4:  JUDICIAL NOTICE

    4.5:  TYPES OF EVIDENCE — DIRECT AND CIRCUMSTANTIAL

    4.6:  OBJECTIONS TO EVIDENCE

**D.   WITNESSES**

    5.1:   WEIGHT OF EVIDENCE AND CREDIBILITY OF WITNESSES

    5.2:   DISCREDITED TESTIMONY

    5.3:   FALSE WITNESS

    5.4:   EXPERT WITNESSES

**E.   STANDARD OF CONDUCT**

    6.1:   NEGLIGENCE DEFINED

    6.2:   FORESEEABILITY

**F.   CAUSATION**

    7.1:   LEGAL CAUSE

    7.2:   SUPERSEDING CAUSE

    7.3:   PRE-EXISTING INJURY OR CONDITION

    7.4:   SUBSEQUENT INJURIES

    7.5:   APPORTIONMENT FOR BOTH PRE-EXISTING AND SUBSEQUENT INJURIES

**G.   DAMAGES -- MEASURES AND ELEMENTS OF DAMAGES**

    8.1:   DAMAGE INSTRUCTIONS - FOR GUIDANCE ONLY

    8.2:   SPECIAL DAMAGES DEFINED

    8.3:   GENERAL DAMAGES DEFINED

    8.4:   PAIN

8.5:   EMOTIONAL DISTRESS DEFINED

8.6:   LOSS OF CONSORTIUM

8.8:   ARGUMENT RE DAMAGES

8.9:   ELEMENTS OF DAMAGES

8.10:  PAIN AND SUFFERING

8.11:  SPECULATIVE DAMAGES

8.12:  PUNITIVE DAMAGES

8.13:  PUNITIVE DAMAGES (DEFINITION OF "WILLFUL")

8.14:  PUNITIVE DAMAGES (DEFINITION OF "WANTON")

8.15:  PUNITIVE DAMAGES (DEFINITION OF "OPPRESSIVE")

8.16:  PUNITIVE DAMAGES (DEFINITION OF "MALICIOUS")

8.17:  PUNITIVE DAMAGES (DEFINITION OF "GROSS NEGLIGENCE")

**H.   JURY DELIBERATION**

9.1:   CONDUCT OF JURY

9.2:   EXHIBITS IN THE JURY ROOM

9.3:   VERDICT