INSTRUCTION NO. 2.1

In reaching your verdict, you may consider only the testimony and the exhibits received in evidence. *The following are not evidence and you must not consider them as evidence in deciding the facts of this case.

1.    Attorneys' statements, arguments and remarks during opening statements, closing arguments, jury selection, and other times during the trial are not evidence, but may assist you in understanding the evidence and applying the law.

2.    Attorneys' questions and objections are not evidence.

3.    Excluded or stricken testimony or exhibits are not evidence and must not be considered for any purpose.

4.    Anything seen or heard when the court was not in session is not evidence. You must decide this case solely on the evidence received at the trial.

INSTRUCTION NO. 2.2

Even though you are required to decide this case only upon the evidence presented in court, you are allowed to consider the evidence in light of your own observations, experiences, and common sense. You may use your common sense to make reasonable inferences from the facts.

INSTRUCTION NO. 2.3

You must not use any source outside the courtroom to assist you in deciding any question of fact. This means that you must not make an independent investigation of the facts or the law. For example, you must not visit the scene on your own, conduct experiments, or consult dictionaries, encyclopedias, textbooks, or other reference materials for additional information.