INSTRUCTION NO. 4.3

Evidence has been presented in the form of written answers given by a party in response to written questions from another party. The written answers were given under oath by the party. The written questions are called "interrogatories." You must consider and judge a party's answers to interrogatories in the same manner as if the party actually appeared and testified in court in this trial.

INSTRUCTION NO. 4.4

The Court may take judicial notice of certain facts. When the Court says that it takes judicial notice of some fact, the jury must accept that fact as conclusively proved.

INSTRUCTION NO. 4.5

There are two kinds of evidence from which you may decide the facts of a case: direct evidence and circumstantial evidence. Direct evidence is direct proof of a fact, for example, the testimony of an eyewitness. Circumstantial evidence is indirect proof of a fact, that is, when certain facts lead you to conclude that another fact also exists. You may consider both direct evidence and circumstantial evidence when deciding the facts of this case. You are allowed to give equal weight to both kinds of evidence. The weight to be given any kind of evidence is for you to decide.

INSTRUCTION NO. 4.6

During the trial, I have ruled on objections made by the attorneys. Objections are based on rules of law designed to protect the jury from unreliable or irrelevant evidence. It is an attorney's duty to object when he or she believes that the rules of law are not being followed. These objections relate to questions of law for me to decide and with which you need not be concerned. As to any questions to which an objection was sustained, you must not speculate as to what the answer might have been or as to the reason for the objection. You must not consider for any purpose any offer of evidence that was rejected, or any evidence that was stricken out by the court; such matter is to be treated as though you had never known of it. You must never speculate as to be true any insinuation suggested by a question asked a witness. A question is not evidence and may be considered only as it supplied meaning to the answer.