DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 1

To impose liability on a negligent party for an injury to another, there must be a causal connection between the negligent act and the injury. The mere co-existence of negligence and injury or the existence of negligence prior to the injury is not in and of itself sufficient to establish this necessary causal relationship. The injury must be the result of, or flow from, the negligent act before the negligent party is held liable.

Mitchell v. Branch and Hardy, 45 Haw. 128, 131 (1961).