DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 2

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the plaintiffs, you must determine the plaintiff's damages. The plaintiffs have the burden of proving damages by a preponderance of the evidence. Damages means the amount of money which will reasonably and fairly compensate the plaintiff for any injury you find was caused by the defendant. You should consider the following:

1. The nature and extent of the injuries;

2. The physical pain and suffering experienced, and which, with reasonable probability, will be experienced in the future;

3. The reasonable value of necessary medical care, treatment, and services received to the present time;

4. The reasonable value of necessary medical care, treatment, and services, which, with reasonable probability, will be required in the future;

5. The reasonable value of earnings lost to the present time;

6. The reasonable value of earnings, which, with reasonable probability, will be lost in the future;