DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 3

In determining the damages of plaintiff, you must fix the amounts fairly and justly, based upon the evidence.  You must not consider other facts not in evidence, such as the tax consequences of any award, as any award will not b subject to income taxes.

26 U.S.C. § 104.

1