DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 4

Defendants are only liable in damages to plaintiff for injuries legally caused by his negligence. They are not liable in damages for injuries that were not caused by their negligence.

Montalvo v. Lapez, 77 Hawai`i 282, 300, 884 P.2d 345, reh'g denied, 77 Hawai`i 489 (1994)

Gibo v. City & County of Honolulu, 51 Hawai`i 299, 459 P.2d 198 (1969).

1