DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 5

If you find that Defendant's negligence was a legal cause of injury to Plaintiff, you must determine whether any of Plaintiff's injuries and conditions were not caused by his negligence. The law does not hold him liable in damages to Plaintiff for injuries and conditions that he did not cause.

Montalvo v. Lapez, 77 Hawai`i 282, 300, 884 P.2d 345, reh'g denied, 77 Hawai`i 489 (1994)

Gibo v. City & County of Honolulu, 51 Hawai`i 299, 459 P.2d 198 (1969).