DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 6

To support an award of Plaintiff's medical bills, you must find not only that he paid for, or incurred charges for, the services. There must be medical testimony that the amounts charged were reasonable and that the work was required as a result of the injury.

Unless you find that Plaintiff's medical bills have been shown by competent medical testimony to be reasonable and necessary, you may not award any amount for such bills.

Reinhardt v. County of Maui, 23 Hawai`i 524 (1916)

Thomas v. Owens, 346 A.2d 662, 664 (Md. App. 1975)

Garafola v. Rosecliff Realty Co., 93 A.2d 608, 616 (N.J. Super. 1952)

McAllister v. George, 140 Cal. Rptr. 702, 706 (Cal. App. 1977) (plaintiff must show not only that he paid for the services but that the work was reasonably required as a result of the injury)

Calhoun v. Hildebrandt, 40 Cal. Rptr. 690, 692 (Cal. App. 1964) (where physicians not called, and no evidence that the bills were reasonable and necessary, the bills were properly excluded).