DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 7

Regarding any claim for damages for future pain and suffering, the test which is to be applied is whether or not future pain and suffering appears from the evidence to be reasonably probable. However, the mere fear of contingent injury or suffering which may never occur, and the happening of which is speculative and uncertain, is not a showing of damage.

Bachran v. Morishige, 52 Hawai`i 61 (1970).

State v. Davis, 53 Hawai'i 582 (1972).