ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KATHY TOOZE-AGUIRRE, and DAVID ) Civil No. 04-00619 BMK
A. AGUIRRE,                     )
                                ) PLAINTIFFS' STATEMENT OF NO
             Plaintiffs,        ) POSITION ON DEFENDANT RACHEL
                                ) STEVENS-VANGORDER'S MOTION IN
                                ) LIMINE NUMBER 2 TO EXCLUDE
    vs.                         ) TESTIMONY OR EVIDENCE REGARDING
                                ) DRIVING UNDER THE INFLUENCE OR
                                ) THE SUSPENSION OR REVOCATION OF
RACHEL STEVENS-VANGORDER, JOHN  ) DRIVER'S LICENSE FILED ON
DOES 1-10, JANE DOES 1-10, DOE  ) JANUARY 10, 2006; CERTIFICATE OF
PARTNERSHIPS 1-10, DOE JOINT    ) SERVICE
VENTURES 1-10, DOE CORPORA-     )
TIONS 1-10, and DOE ENTITIES    ) Date: January 25, 2006
1-10,                           ) Time: 10:00 a.m.
                                ) Magistrate Judge: Barry M.
             Defendants.        ) Kurren
                                ) Trial Date: January 31, 2006

PLAINTIFFS' STATEMENT OF NO POSITION ON
DEFENDANT RACHEL STEVENS-VANGORDER'S MOTION
IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR EVIDENCE
REGARDING DRIVING UNDER THE INFLUENCE OR THE SUSPENSION OR
REVOCATION OF DRIVER'S LICENSE FILED ON JANUARY 10, 2006

        COME NOW Plaintiffs above-named, by and through their

attorney, BRUCE B. KIM, and hereby state that they take no

position on Defendant RACHEL STEVENS-VANGORDER's Motion In Limine

Number 2 to Exclude Testimony or Evidence Regarding Driving Under

the Influence or the Suspension or Revocation of Driver's License
filed on January 10, 2006 without waiving any right to adduce
evidence at trial as to whether Defendant STEVENS-VANGORDER had
been drinking within the twenty-four hours prior to the collision
on March 26, 2003.

DATED: Honolulu, Hawaii, _____ JAN 1 7 2006 _____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following person at his last known address by depositing said copy, postage prepaid, in the United States mail or by hand delivery on the filing date hereof.

RANDALL Y. S. CHUNG, ESQ.
Matsui Chung Sumida & Tsuchiyama
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii, _____JAN 17 2006_____.


_____
BRUCE B. KIM
Attorney for Plaintiffs