LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00619 BMK <br><br> PLAINTIFFS' STATEMENT OF NO POSITION ON DEFENDANT RACHEL STEVENS-VANGORDER'S MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD FILED ON JANUARY 10, 2006; CERTIFICATE OF SERVICE <br><br> Date: January 25, 2006 <br> Time: 10:00 a.m. <br> Magistrate Judge: Barry M. Kurran <br> Trial Date: January 31, 2006 |

PLAINTIFFS' STATEMENT OF NO POSITION ON
DEFENDANT RACHEL STEVENS-VANGORDER'S MOTION IN LIMINE
NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT
AND OPINIONS OF DR. JACK SUYDERHOUD FILED ON JANUARY 10, 2006

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby state that they take no position on Defendant RACHEL STEVENS-VANGORDER's Motion In Limine Number 3 to Exclude Testimony or Evidence Regarding the Report and Opinions of Dr. Jack Suyderhoud filed on January 10, 2006; provided, however, without waiving their right to comment upon

the fact that Defendant RACHEL STEVENS-VANGORDER could have retained a trial expert to rebut Plaintiffs' economic expert, Dr. Thomas Loudat, but chose not to do so.

DATED: Honolulu, Hawaii, _____JAN 17 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following person at his last known address by depositing said copy, postage prepaid, in the United States mail or by hand delivery on the filing date hereof.

>   RANDALL Y. S. CHUNG, ESQ.
>   Matsui Chung Sumida & Tsuchiyama
>   Suite 1400, Mauka Tower
>   737 Bishop Street
>   Honolulu, Hawaii 96813
>
>   Attorney for Defendant
>   RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii, JAN 17 2006.

_____
BRUCE B. KIM
Attorney for Plaintiffs