ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006

at __1__ o'clock and __25__ min __P__ M
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>              Plaintiffs,<br><br>    vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>              Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFFS' OBJECTIONS TO DEFENDANT RACHEL STEVENS-VANGORDER'S TRIAL EXHIBITS; CERTIFICATE OF SERVICE<br><br>Trial Date: January 31, 2006 |

PLAINTIFFS' OBJECTIONS TO DEFENDANT
RACHEL STEVENS-VANGORDER'S TRIAL EXHIBITS

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby submit their objections to Defendant RACHEL STEVENS-VANGORDER's Exhibits as follows:

DATED: Honolulu, Hawaii, ___JAN 17 2006___.

_____
BRUCE B. KIM
Attorney for Plaintiffs

## PLAINTIFFS' OBJECTIONS
## TO DEFENDANT'S EXHIBITS

| EXHIBIT NO. | OBJECTION |
|---|---|
| A | Hearsay; relevance; unduly remote in time; unduly prejudicial; tend to confuse and mislead jurors by proof of collateral matters. FRE Rules 401, 402; 403 and 802. |
| B | Same objections as Exhibit "A". |
| C | Same objections as Exhibit "A". |
| D-Q | Unduly emphasizes oral testimony of Defendant's expert witness; cumulative; unduly prejudicial. FRE Rule 403. |
| R | Hearsay; relevance; unduly prejudicial; tend to confuse and mislead jurors by proof of collateral matters. FRE Rules 401, 402, 403 and 802. |
| S | Same objection as Exhibit "R". |
| T | Same objections as Exhibits "D" - "Q". |
| U | Same objections as Exhibits "D" - "Q" and "R". |
| V | Same objections as Exhibits "D" - "Q" and "R". |
| W | Relevance; unduly prejudicial; unduly emphasizes oral testimony of Defendant's expert witness; tend to confuse and mislead jurors by proof of collateral matters; cumulative. FRE Rules 401, 402; and 403. |
| X | Same objections as Exhibit "W". |
| Y | Same objections as Exhibit "W". |
| Z | Same objections as Exhibit "W". |
| AA | Same objections as Exhibit "W". |
| BB | Same objections as Exhibit "W". |
| CC | Same objections as Exhibits "D" - "Q" and "W". |
| DD | Same objections as Exhibits "D" - "Q" and "W". |
| EE | Same objections as Exhibit "W". |
| FF | Unduly emphasizes oral testimony of Defendant's expert witness; tend to confuse and mislead jurors by proof of collateral matters; cumulative. FRE Rules 401, 402; and 403. |
| GG | *See,* Plaintiffs' Motion In Limine #9; Incomplete. FRE Rule 902. |

| | |
|---|---|
| HH | Hearsay; unduly emphasizes oral testimony of Defendant's expert witness; tend to confuse and mislead jurors by proof of collateral matters; cumulative.  FRE Rules 401, 402; 403 and 802. |
| II | Same objections as Exhibits "D" - "Q"; *See, also,* Plaintiffs' Motion In Limine #7. |
| JJ | Unduly emphasizes oral testimony of Defendant's expert witness; unduly prejudicial; tend to confuse and mislead jurors by proof of collateral matters; cumulative.  FRE Rules 401, 402; 403 and 802. |
| KK | Hearsay; unduly emphasizes oral testimony of Defendant's expert witness; unduly prejudicial; tend to confuse and mislead jurors by proof of collateral matters.  FRE Rules 401, 402; 403; and 802.  *See also,* Plaintiffs' Motion In Limine #7. |
| LL | Same objections as Exhibits "D" - "Q" and "W". |
| MM | *See,* Plaintiffs' Motion In Limine #5. |
| NN | *See,* Plaintiffs' Motion In Limine #9. |
| OO | *See,* Plaintiffs' Motion In Limine #5. |
| PP | Same objections as Exhibits "D" - "Q". |
| QQ | Same objections as Exhibits "D" - "Q" and "W". |
| RR | Same objection as Exhibit "R". |
| SS | Same objection as Exhibits "D" - "Q".  *See, also,* Plaintiffs' Motion In Limine #7. |
| TT | Hearsay; unduly highlight oral testimony of Defendant's expert witness; unduly prejudicial; cumulative.  FRE Rules 403 and 802. |
| UU | Same objections as Exhibit "TT". |
| VV | Cumulative; unduly highlights testimony of Defendant's expert witness; and unduly prejudicial.  FRE Rule 403. |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following person at his last known address by depositing said copy, postage prepaid, in the United States mail or by hand delivery on the filing date hereof.

    RANDALL Y. S. CHUNG, ESQ.
    Matsui Chung Sumida & Tsuchiyama
    Suite 1400, Mauka Tower
    737 Bishop Street
    Honolulu, Hawaii 96813

    Attorney for Defendant
    RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii, JAN 17 2006.

                              BRUCE B. KIM
                              Attorney for Plaintiffs