IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK ) |
| Plaintiffs, | ) SPECIAL VERDICT FORM ) ) |
| vs. | ) ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

<u>SPECIAL VERDICT FORM</u>

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. Your answers to each of the questions must be unanimous. If you do not understand any question or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

<u>Question No. 1</u>. Was the negligence of Defendant STEVENS-VANGORDER a substantial factor in causing any of the injuries suffered by Plaintiff KATHY TOOZE-AGUIRRE? Answer "Yes" or "No" in the space provided below.

      YES _____      NO _____

If you answered "Yes" to Question No. 1, then go on to answer Question No. 2. If you answered "No" to Question No. 1, do not answer any further questions, but sign and date this form and call the Bailiff.

<u>Question No. 2</u>. After reduction for apportionment, if any, what are the total amount of Plaintiff KATHY TOOZE-AGUIRRE's damages?

    Special Damages:    $_____

    General Damages:    _____

        Total:    $_____

Please go on to answer Question No. 3.

<u>Question No. 3</u>. What is the amount of general damages you award Plaintiff DAVID A. AGUIRRE?

    General Damages:    $_____

After you have finished answering Question No. 3, please sign and date this form and call the Bailiff.

DATED: Honolulu, Hawaii, _____.

_____
FOREPERSON