ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at 10 o'clock and 56 min. A M
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00619 BMK<br><br>CERTIFICATE OF SERVICE [Re: Notice of Taking Deposition Upon Oral Examination]<br><br>[Edwin T. Muranaka, M.D.]<br><br><br><br><br><br><br><br>Trial Date: January 31, 2006 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination was duly served on the following person by mail on January 20, 2006.

　　　　RANDALL Y. S. CHUNG, ESQ.
　　　　Matsui Chung Sumida & Tsuchiyama
　　　　Suite 1400, Mauka Tower
　　　　737 Bishop Street
　　　　Honolulu, Hawaii 96813

　　　　Attorney for Defendant
　　　　RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii   JAN 2 0 2006   .

                                                        BRUCE B. KIM
                                                        Attorney for Plaintiffs

---

<u>Tooze-Aguirre v. Stevens-Vangorder, et al.</u> Civil No. 04-00619 BMK, Certificate of Service.