# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00619BMK |
| CASE NAME: | Kathy Tooze-Aguirre and David A. Aguirre v. Rachel Stevens-Vangorder |
| ATTYS FOR PLA: | Bruce B. Kim, Janice P. Kim |
| ATTYS FOR DEFT: | Randall Y.S. Chung, Melanie S. Matsui |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/25/2006 | TIME: | 10:04 - 10:40 |

COURT ACTION:  EP:

Plaintiffs' Motion in Limine #1 to Exclude Testimony of Defendant Rachel Stevens-Vangorder's DME Medical Expert James F. Scoggin, III, M.D. - DENIED. Disclosure by close of business on 1-26-06.

Plaintiffs' Motion in Limine # 2 Barring Defendant Stevens-Vangorder's DME Expert From Offering Any Opinions at Trial Not Previously Disclosed to Plaintiffs Prior to the Discovery Cutoff - GRANTED.

Plaintiffs' Motion in Limine # 3 Barring Defendant Stevens-Vangorder's DME Expert From Referring to Any Medical Journal Articles, Texts or Treatises at Trial - DENIED W/O PREJUDICE.  Disclosure by close of business on 1-26-06.

Plaintiffs' Motion in Limine #4 Barring Defendant Stevens-Vangorder's Counsel or Her Medical Expert From Attributing Plaintiff's Condition or Symptoms in Whole or in Part to Psychological Factors Such as Secondary Gain - GRANTED.

Plaintiffs' Motion in Limine #5 Barring Defendant Stevens-Vangorder From Introducing Evidence Concerning Psychologist Michael Bridge - GRANTED W/O PREJUDICE.

Plaintiffs' Motion in Limine #6 Barring Reference to Plaintiff Kathy Tooze-Aguirre's Use of Alcohol - GRANTED.

Plaintiffs' Motion in Limine #7 Barring Evidence of Collateral Sources - GRANTED W/O PREJUDICE.

Plaintiffs' Motion in Limine #8 Barring Defendant Rachel Stevens-Vangorder from Referring to an Episode of Back Pain in 1992 as Being Unduly Remote - DENIED.

Plaintiffs' Motion in Limine #9 Barring Defendant Rachel Stevens-Vangorder From Introducing Evidence of Police Reports From Subsequent Accidents at Trial - GRANTED.

Defendant Rachael Roxxann Wilks' Motion in Limine Number 1 to Exclude Testimony or Evidence Regarding Liability Insurance - GRANTED.

Defendant Rachael Roxxann Wilks' Motion in Limine Number 2 to Exclude Testimony or Evidence Regarding Driving Under the Influence or the Suspension or Revocation of Driver's License - GRANTED.

Defendant Rachael Roxxann Wilks' Motion in Limine Number 3 to Exclude Testimony or Evidence Regarding the Report and Opinion Regarding Dr. Jack Suyderhoud - GRANTED.

Court to prepare order.

Submitted by Richlyn Young, Courtroom Manager