IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al.,   )<br>                                               )<br>        Plaintiffs,   )<br>                                               )<br>vs.                                             )<br>                                             )<br>RACHEL STEVENS-          )<br>VANGORDER, et al.,      )<br>                                             )<br>       Defendants.  )<br>_____ ) | CV. NO. 04-00619 BMK |

ORDER DENYING PLAINTIFFS' MOTION IN LIMINE #1 TO
EXCLUDE TESTIMONY OF DEFENDANT RACHEL STEVENS-
VANGORDER'S DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D.

Plaintiffs' Motion In Limine #1 To Exclude Testimony Of Defendant Rachel Stevens-Vangorder's DME Medical Expert James F. Scoggin, III, M.D. was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court DENIES Plaintiffs' Motion In Limine #1 To Exclude Testimony Of Defendant Rachel Stevens-Vangorder's DME Medical Expert James F. Scoggin, III, M.D.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER DENYING PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE TESTIMONY OF DEFENDANT RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT JAMES F. SCOGGIN, III, M.D.