IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al.,   )<br>                                                      )<br>                    Plaintiffs,          )<br>                                                      )<br>           vs.                                    )<br>                                                      )<br>RACHEL STEVENS-                     )<br>VANGORDER, et al.,                  )<br>                                                      )<br>                    Defendants.       )<br>_____ ) | CV. NO. 04-00619 BMK |

ORDER GRANTING  PLAINTIFFS' MOTION IN LIMINE #2 BARRING DEFENDANT STEVENS-VANGORDER'S DME EXPERT FROM OFFERING ANY OPINIONS AT TRIAL NOT PREVIOUSLY DISCLOSED TO PLAINTIFFS PRIOR TO THE DISCOVERY CUTOFF

Plaintiffs' Motion In Limine #2 Barring Defendant Stevens-Vangorder's DME Expert From Offering Any Opinions At Trial Not Previously Disclosed To Plaintiffs Prior To The Discovery Cutoff was heard on January 25, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing.  For the reasons stated therein, the Court GRANTS Plaintiffs' Motion In Limine #2 to the extent that Dr. Scoggin's testimony shall be limited to the opinions expressed in his report.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE #2 BARRING DEFENDANT STEVENS-VANGORDER'S DME EXPERT FROM OFFERING ANY OPINIONS AT TRIAL NOT PREVIOUSLY DISCLOSED TO PLAINTIFFS PRIOR TO THE DISCOVERY CUTOFF