IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., ) | CV. NO. 04-00619 BMK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| RACHEL STEVENS- ) | |
| VANGORDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS'
MOTION IN LIMINE NUMBER 1 TO EXCLUDE TESTIMONY
OR EVIDENCE REGARDING LIABILITY

Defendant Rachael Roxxann Wilks' Motion In Limine Number 1 To

Exclude Testimony Or Evidence Regarding Liability was heard on January 25,

2006. The Court incorporates herein its opinion, orally delivered at the conclusion

of the January 25, 2006 hearing. For the reasons stated therein, the Court

GRANTS Defendant Rachael Roxxann Wilks' Motion In Limine Number 1 To

Exclude Testimony Or Evidence Regarding Liability.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.



Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER
GRANTING DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 1 TO EXCLUDE
TESTIMONY OR EVIDENCE REGARDING LIABILITY