IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., ) | CV. NO. 04-00619 BMK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| RACHEL STEVENS- ) | |
| VANGORDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS'
MOTION IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR
EVIDENCE REGARDING DRIVING UNDER THE INFLUENCE OR
THE SUSPENSION OR REVOCATION OF DRIVER'S LICENSE

Defendant Rachael Roxxann Wilks' Motion In Limine Number 2 To Exclude Testimony Or Evidence Regarding Driving Under The Influence Or The Suspension Or Revocation Of Driver's License was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court GRANTS Defendant Rachael Roxxann Wilks' Motion In Limine Number 2 To Exclude Testimony Or Evidence Regarding Driving Under The Influence Or The Suspension Or Revocation Of Driver's License.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 2 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING DRIVING UNDER THE INFLUENCE OR THE SUSPENSION OR REVOCATION OF DRIVER'S LICENSE