IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KATHY TOOZE-AGUIRRE, et al., | ) | CV. NO. 04-00619 BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RACHEL STEVENS- | ) | |
| VANGORDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING WITHOUT PREJUDICE PLAINTIFFS'
MOTION IN LIMINE #3 BARRING DEFENDANT
RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT
FROM REFERRING TO ANY MEDICAL JOURNAL ARTICLES,
<u>TEXTS OR TREATISES AT TRIAL</u>

Plaintiffs' Motion In Limine #3 Barring Defendant Stevens-

Vangorder's DME Medical Expert From Referring To Any Medical Journal

Articles, Texts Or Treatises At Trial was heard on January 25, 2006.  The Court

incorporates herein its opinion, orally delivered at the conclusion of the January

25, 2006 hearing.  For the reasons stated therein, the Court GRANTS WITHOUT

PREJUDICE Plaintiffs' Motion In Limine #3 Barring Defendant Stevens-

Vangorder's DME Medical Expert From Referring To Any Medical Journal

Articles, Texts Or Treatises At Trial.  The Court will reconsider its ruling if a party

establishes a proper foundation and relevancy of the evidence at trial.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER
GRANTING WITHOUT PREJUDICE PLAINTIFFS' MOTION IN LIMINE #3 BARRING DEFENDANT
RACHEL STEVENS-VANGORDER'S DME MEDICAL EXPERT FROM REFERRING TO ANY MEDICAL
JOURNAL ARTICLES, TEXTS OR TREATISES AT TRIAL

2