IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KATHY TOOZE-AGUIRRE, et al.,     )          CV. NO. 04-00619 BMK
                                 )
            Plaintiffs,          )
                                 )
        vs.                      )
                                 )
RACHEL STEVENS-                  )
VANGORDER, et al.,               )
                                 )
            Defendants.          )
_____  )

ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE #4 BARRING
DEFENDANT RACHEL STEVENS-VANGORDER'S COUNSEL OR HER
MEDICAL EXPERT FROM ATTRIBUTING PLAINTIFF KATHY
TOOZE-AGUIRRE'S CONDITION OR SYMPTOMS IN WHOLE OR IN
PART TO PSYCHOLOGICAL FACTORS SUCH AS SECONDARY GAIN

        Plaintiffs' Motion In Limine #4 Barring Defendant Rachel Stevens-

Vangorder's Counsel Or Her Medical Expert From Attributing Plaintiff Kathy

Tooze-Aguirre's Condition Or Symptoms In Whole Or In Part To Psychological

Factors Such As Secondary Gain was heard on January 25, 2006.  The Court

incorporates herein its opinion, orally delivered at the conclusion of the January

25, 2006 hearing.  For the reasons stated therein, the Court GRANTS Plaintiffs'

Motion In Limine #4 Barring Defendant Rachel Stevens-Vangorder's Counsel Or

Her Medical Expert From Attributing Plaintiff Kathy Tooze-Aguirre's Condition

Or Symptoms In Whole Or In Part To Psychological Factors Such As Secondary

Gain.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER
GRANTING PLAINTIFFS' MOTION IN LIMINE #4 BARRING DEFENDANT RACHEL STEVENS-
VANGORDER'S COUNSEL OR HER MEDICAL EXPERT FROM ATTRIBUTING PLAINTIFF KATHY
TOOZE-AGUIRRE'S CONDITION OR SYMPTOMS IN WHOLE OR IN PART TO PSYCHOLOGICAL
FACTORS SUCH AS SECONDARY GAIN