IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., ) | CV. NO. 04-00619 BMK |
| Plaintiffs, ) | |
| vs. ) | |
| RACHEL STEVENS-VANGORDER, et al., ) | |
| Defendants. ) | |

ORDER GRANTING WITHOUT PREJUDICE PLAINTIFFS'
MOTION IN LIMINE #5 BARRING DEFENDANT
RACHEL STEVENS-VANGORDER FROM INTRODUCING
EVIDENCE CONCERNING PSYCHOLOGIST MICHAEL BRIDGE

Plaintiffs' Motion In Limine #5 Barring Defendant Rachel Stevens-Vangorder From Introducing Evidence Concerning Psychologist Michael Bridge was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court GRANTS WITHOUT PREJUDICE Plaintiffs' Motion In Limine #5 Barring Defendant Rachel Stevens-Vangorder From Introducing Evidence Concerning Psychologist Michael Bridge. The Court will reconsider its

ruling if a party establishes a proper foundation and relevancy of the evidence at trial.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 27, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING WITHOUT PREJUDICE PLAINTIFFS' MOTION IN LIMINE #5 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM INTRODUCING EVIDENCE CONCERNING PSYCHOLOGIST MICHAEL BRIDGE.