IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., ) | CV. NO. 04-00619 BMK |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| RACHEL STEVENS- ) | |
| VANGORDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING PLAINTIFFS'
MOTION IN LIMINE #6 BARRING REFERENCE TO
PLAINTIFF KATHY TOOZE-AGUIRRE'S USE OF ALCOHOL

Plaintiffs' Motion In Limine #6 Barring Reference To Plaintiff Kathy Tooze-Aguirre's Use Of Alcohol was heard on January 25, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing.  For the reasons stated therein, the Court GRANTS Plaintiffs' Motion In Limine #6 Barring Reference To Plaintiff Kathy Tooze-Aguirre's Use Of Alcohol.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE #6 BARRING REFERENCE TO PLAINTIFF KATHY TOOZE-AGUIRRE'S USE OF ALCOHOL