IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., )<br>)<br>Plaintiffs,                   )<br>)<br>vs.                                    )<br>)<br>RACHEL STEVENS-          )<br>VANGORDER, et al.,         )<br>)<br>Defendants.            )<br>_____ ) | CV. NO. 04-00619 BMK |

ORDER GRANTING WITHOUT PREJUDICE PLAINTIFFS' MOTION
IN LIMINE #7 BARRING EVIDENCE OF COLLATERAL SOURCES

Plaintiffs' Motion In Limine #7 Barring Evidence Of Collateral Sources was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court GRANTS WITHOUT PREJUDICE Plaintiffs' Motion In Limine #7 Barring Evidence Of Collateral Sources. The Court will reconsider its ruling if a party establishes a proper foundation and relevancy of the evidence at trial.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING WITHOUT PREJUDICE PLAINTIFFS' MOTION IN LIMINE #7 BARRING EVIDENCE OF COLLATERAL SOURCES.