IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., | CV. NO. 04-00619 BMK |
| Plaintiffs, | |
| vs. | |
| RACHEL STEVENS-VANGORDER, et al., | |
| Defendants. | |

ORDER DENYING PLAINTIFFS' MOTION IN LIMINE #8 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM REFERRING TO AN EPISODE OF BACK PAIN IN 1992 AS BEING UNDULY REMOTE

Plaintiffs' Motion In Limine #8 Barring Defendant Rachel Stevens-Vangorder From Referring To An Episode Of Back Pain In 1992 As Being Unduly Remote was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court DENIES Plaintiffs' Motion In Limine #8 Barring Defendant Rachel Stevens-Vangorder From Referring To An Episode Of Back Pain In 1992 As Being Unduly Remote.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER DENYING PLAINTIFFS' MOTION IN LIMINE #8 BARRING DEFENDANT RACHEL STEVENS-VANGORDER FROM REFERRING TO AN EPISODE OF BACK PAIN IN 1992 AS BEING UNDULY REMOTE