IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KATHY TOOZE-AGUIRRE, et al.,   )     CV. NO. 04-00619 BMK
                       )
          Plaintiffs,    )
                       )
         vs.        )
                       )
RACHEL STEVENS-          )
VANGORDER, et al.,      )
                       )
        Defendants.   )
_____  )

ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE #9
BARRING DEFENDANT RACHEL STEVENS-VANGORDER
FROM INTRODUCING EVIDENCE OF POLICE REPORTS
FROM SUBSEQUENT ACCIDENTS AT TRIAL

        Plaintiffs' Motion In Limine #9 Barring Defendant Rachel Stevens-Vangorder From Introducing Evidence Of Police Reports From Subsequent Accidents At Trial was heard on January 25, 2006.  The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing.  For the reasons stated therein, the Court GRANTS Plaintiffs' Motion In Limine #9 Barring Defendant Rachel Stevens-Vangorder From Introducing Evidence Of Police Reports From Subsequent Accidents At Trial.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER
GRANTING PLAINTIFFS' MOTION IN LIMINE #9 BARRING DEFENDANT RACHEL STEVENS-
VANGORDER FROM INTRODUCING EVIDENCE OF POLICE REPORTS FROM SUBSEQUENT
ACCIDENTS AT TRIAL