IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, et al., ) | CV. NO. 04-00619 BMK |
| Plaintiffs, ) | |
| vs. ) | |
| RACHEL STEVENS-VANGORDER, et al., ) | |
| Defendants. ) | |

ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS'
MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY
OR EVIDENCE REGARDING THE REPORT AND
<u>OPINIONS OF DR. JACK SUYDERHOUD</u>

Defendant Rachael Roxxann Wilks' Motion In Limine Number 3 To Exclude Testimony Or Evidence Regarding The Report And Opinions Of Dr. Jack Suyderhoud was heard on January 25, 2006. The Court incorporates herein its opinion, orally delivered at the conclusion of the January 25, 2006 hearing. For the reasons stated therein, the Court GRANTS Defendant Rachael Roxxann Wilks' Motion In Limine Number 3 To Exclude Testimony Or Evidence Regarding The Report And Opinions Of Dr. Jack Suyderhoud.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 27, 2006.



_____
Barry M. Kurren
United States Magistrate Judge

TOOZE-AGUIRRE, ET AL. V. STEVENS-VANGORDER, ET AL.; CV. NO. 04-00619 BMK; ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS' MOTION IN LIMINE NUMBER 3 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING THE REPORT AND OPINIONS OF DR. JACK SUYDERHOUD