# MATSUI CHUNG

*Attorneys-at-Law*
*A Law Corporation*

Randall Y. S. Chung
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Milton S. Tani

January 26, 2006

**VIA FACSIMILE & U.S. MAIL**
Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

    Re:    Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
            Civil No. 04 00619 HG BMK

Dear Mr. Kim:

    Thank you for your January 26, 2006 letter in response to ours of the same date.

    Although we do not believe that the scope of Judge Kurren's order included the items noted in your letter (especially because the scope of your motion was limited to the requirements of Rule 26(a)(2)(B)), we are providing you with a copy of three letters to Dr. Scoggin, dated October 5, 2005 (unsigned copy), December 7, 2005, and January 26, 2006.

    Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

MATSUI CHUNG

By: _____
      MELANIE S. MATSUI

cc:    The Honorable Barry M. Kurren
       Ms. Judy Yokogawa
          Claim No.: 37-3370-514