ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | Civil No. 04-00619 BMK |
| Plaintiffs, | PLAINTIFFS' REVISED WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, | |
| Defendants. | Trial Date: January 31, 2006 |

PLAINTIFFS' REVISED WITNESS LIST

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and hereby submit their revised trial witness list as follows:

1. Plaintiff KATHY TOOZE-AGUIRRE

2. Plaintiff DAVID A. AGUIRRE

3. Michele Mendoza

4. Tyronne Dang, M.D.

5.   Edwin T. Muranaka, M.D.

6.   Peter E. Diamond, M.D.

7.   Thomas A. Loudat, Ph.D.

8.   Dean Yoshimoto, MPT
     Yoshimoto Physical Therapy

9.   David K. Suzuki, D.C.

10.  Janice Spencer
     Business Services Manager
     Queen's Medical Center

11.  Jose Reque
     Billing Supervisor
     Hawaii Center For Sleep Medicine

12.  Noreen Moriwake
     Lead Biller
     Yeoh & Muranaka

13.  Billing Representative
     Emergency Medical Services
     State of Hawaii

14.  Billing Representative
     Radiology Associates, Inc.

15.  Billing Representative
     Tyronne Dang, M.D.

16.  Billing Representative
     Hawaii Neurosurgery Group
     (Leon Liem, M.D.)

17.  Billing Representative
     Jordan S. Popper, M.D.

DATED: Honolulu, Hawaii, ___JAN 3 0 2006___.

                                    _____
                                    BRUCE B. KIM
                                    Attorney for Plaintiffs