# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00619BMK

CASE NAME:       Kathy Tooze-Aguirre, et al. v. Rachael Roxxann Wilks

ATTYS FOR PLA:   Bruce B. Kim, Janice P. Kim

ATTYS FOR DEFT:  Randall Y.S. Chung, Melanie S. Matsui

INTERPRETER:

JUDGE:   Barry M. Kurren              REPORTER:   Cynthia Fazio

DATE:    1/31/2006                    TIME:       9:35 - 4:20

COURT ACTION:  EP: Jury Selection/Jury Trial -
34 jurors present and sworn.
7 jurors selected and sworn.

Opening statements.

CST: Dr. Peter E. Diamond.

Exhibits admitted: 61 - 63, F, I, M, N, 12

Further trial 2-1-06 @ 9 a.m., BMK.

Settling of jury instructions.

Submitted by Richlyn Young, Courtroom Manager