# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00619BMK |
| CASE NAME: | KATHY TOOZE-AGUIRRE, ET AL. V. RACHAEL ROXXANN WILKS |
| ATTYS FOR PLA: | BRUCE B. KIM, JANICE P. KIM |
| ATTYS FOR DEFT: | RANDALL Y.S. CHUNG, MELANIE S. MATSUI |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Cynthia Fazio |
| DATE: | 2/1/2006 | TIME: | 8:53 - 4:20 |

COURT ACTION: EP: 2nd Day Jury Trial -

8:53 a.m. hearing w/o jury present.

9:08 a.m. jury present.

CST: James Scoggin, III, Michelle Mendoza, Dr. Thomas L. Loudat, Kathy Tooze-Aguirre.

Exhibits admitted: 15 (to be redacted), 18 (to be redacted), HH, II (to be redacted), RR, 58, 9A - 9F, 11,

Further trial 2-2-06 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager