ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI     5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 1 2006

at 12 o'clock and 13 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00619 BMK<br><br>STIPULATION REGARDING AUTHENTICITY OF EXHIBITS; APPROVAL AND ORDER<br><br><br><br><br><br><br><br>TRIAL: January 31, 2006 |

STIPULATION REGARDING AUTHENTICITY OF EXHIBITS

Come now Plaintiffs KATHY TOOZE-AGUIRRE and DAVID A. AGUIRRE, and Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER), by their respective attorneys, and hereby stipulate as to the authenticity of those exhibits identified in the Exhibit Lists of the respective parties. This stipulation applies only to the authenticity of said exhibits, and does not waive any defense, dispute, or objection as to the admissibility, relevance, or other evidentiary requirements of said Exhibits.

DATED: HONOLULU, HAWAII, JAN 2 6 2006

_____
BRUCE B. KIM
Attorney for Plaintiffs
KATHY TOOZE-AGUIRRE and
DAVID A. AGUIRRE

DATED: HONOLULU, HAWAII, JAN 3 0 2006

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT