# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00619BMK |
| CASE NAME: | KATHY TOOZE-AGUIRRE, ET AL. V. RACHAEL ROXXANN WILKS |
| ATTYS FOR PLA: | BRUCE B. KIM, JANICE P. KIM |
| ATTYS FOR DEFT: | RANDALL Y.S. CHUNG, MELANIE S. MATSUI, MARILYN NAITOH |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Cynthia Fazio |
| DATE: | 2/2/2006 | TIME: | 9:18 - 3:25 |

COURT ACTION:   EP: 3rd Day Jury Trial -

CST: Dr. Tyronne Dang.
Continued cross-examination of Kathy Tooze-Aguirre.
DVD of Dr. Edwin T. Muranaka played.  (This portion was not transcribed by the court reporter.

Exhibits admitted: 23, 24, 33, 13, 16, 21, 25, 27, 28, 32, 34, 30, 20, SS (redacted), VV (redacted), 38C, 40C, 40D, 41, 39, 8, 17 (redacted).

Plaintiffs rest.
Defendant rest

2:45 p.m. jury excused.

Plaintiffs' Motion for Judgment as a Matter of Law on the Matter of Legal Cause - TAKEN ON ADVISEMENT.

Plaintiffs' Motion for Judgment as a Matter of Law on the Matter of Damages - DENIED.

Defendant's Motion to Strike Dr. Edwin T. Muranaka's Testimony - DENIED.

Objections to the jury instructions placed on the record.

Further trial 2-3-06 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager