LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | Civil No. 04-00619 BMK<br><br>STIPULATION FOR WITHDRAWAL OF PUNITIVE DAMAGES CLAIM; APPROVAL AND ORDER<br><br><br><br><br><br><br><br><br><br>Trial Date: January 31, 2006 |

STIPULATION FOR WITHDRAWAL OF PUNITIVE DAMAGES CLAIM

COME NOW Plaintiffs KATHY TOOZE-AGUIRRE and DAVID A. AGUIRRE (collectively "Plaintiffs"), and Defendant RACHEL STEVENS VANGORDER, by and through their respective attorneys, and hereby stipulate that Plaintiffs' claim for punitive damages (COUNT III) is hereby withdrawn with prejudice, each party to bear their respective attorneys' fees and costs related thereto.

DATED: Honolulu, Hawaii, _____JAN 3 0 2006_____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

DATED: Honolulu, Hawaii, _____.

_____
RANDALL Y. S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHEL STEVENS VANGORDER

APPROVED AND SO ORDERED:

_____
Magistrate Judge of the above-entitled Court

---

Tooze-Aquirre, et al. v. Stevens-Vangorder, Civil No. 04-00619 BMK, Stipulation For Withdrawal of Punitive Damages Claim.

-2-