# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00619BMK |
| CASE NAME: | KATHY TOOZE-AGUIRRE, ET AL. V. RACHAEL ROXXANN WILKS |
| ATTYS FOR PLA: | BRUCE B. KIM, JANICE P. KIM |
| ATTYS FOR DEFT: | RANDALL Y.S. CHUNG, MELANIE S. MATSUI |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Debra Chun |
| DATE: | 2/3/2006 | TIME: | 9:08 - 4:00 |

COURT ACTION:  EP: 4th Day Jury Trial  -

Jury instructed.
Plaintiffs' closing.
Defendant's closing.

11:23 Bailiff Ron Lum sworn and jury retired to deliberate.

4:00 p.m. jury returned with verdict in favor of pltf.

Special Verdict Form filed.

Clerk to enter a Judgment in favor of plaintiff.


Submitted by Richlyn Young, Courtroom Manager