LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | Civil No. 04-00619 BMK<br><br>STIPULATION TO DISMISS PLAINTIFF DAVID A. AGUIRRE WITH PREJUDICE; AND ORDER<br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: January 31, 2006 |

STIPULATION TO DISMISS PLAINTIFF
DAVID A. AGUIRRE WITH PREJUDICE

　　　　COME NOW Plaintiffs KATHY TOOZE-AGUIRRE and DAVID A. AGUIRRE (collectively "Plaintiffs"), and Defendant RACHEL STEVENS VANGORDER, by and through their respective attorneys, and hereby stipulate and agree that Plaintiff DAVID A. AGUIRRE is hereby dismissed with prejudice as a party Plaintiff hereto and that all claims for loss of consortium asserted herein (COUNT II) are also dismissed with prejudice, each party to bear their

respective attorneys' fees and costs related thereto.

DATED: Honolulu, Hawaii, _____.

_____
BRUCE B. KIM
Attorney for Plaintiffs

DATED: Honolulu, Hawaii, _____.

_____
RANDALL Y. S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHEL STEVENS VANGORDER

APPROVED AND SO ORDERED:

_____
Magistrate Judge of the above-entitled Court

---

Tooze-Aguirre, et al. v. Stevens-Vangorder, Civil No. 04-00619 BMK, Stipulation to Dismiss Plaintiff David A. Aguirre With Prejudice.

-2-