ORIGINAL

Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
MELANIE S. MATSUI      5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00619 BMK<br><br>NOTICE OF MOTION; DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR APPLICATION OF THE COVERED LOSS DEDUCTIBLE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RANDALL Y. S. CHUNG; EXHIBITS "A" & "B"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Barry M. Kurren<br><br>TRIAL: January 31, 2006 |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR APPLICATION OF THE COVERED LOSS DEDUCTIBLE shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ __.m., on _____, _____, 2006, or as soon thereafter as counsel can be heard.

DATED: HONOLULU, HAWAII, FEB 0 8 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04 00619 BMK <br><br> DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR APPLICATION OF THE COVERED LOSS DEDUCTIBLE |

## DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR APPLICATION OF THE COVERED LOSS DEDUCTIBLE

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant"), by her attorneys, and, subject to and without waiver of any defense, dispute, or objection to which she is entitled, hereby moves this Honorable Court for an Order that any Judgment in the subject case reflect the covered loss deductible of $10,000.00. The basis for the instant Motion is that, pursuant to HRS § 431:10C-301.5, this Defendant is entitled to a reduction of said award by the amount of the covered loss deductible of $10,000.00.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and Hawaii Revised Statutes § 431:10C-301.5, and is based upon the attached memorandum, declaration, and exhibits, and upon the entire record and file herein.

DATED: HONOLULU, HAWAII,      FEB 0 8 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2