IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>      Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. 04 00619 BMK<br><br>DECLARATION OF RANDALL Y.S. CHUNG |

### DECLARATION OF RANDALL Y.S. CHUNG

| | |
|---|---|
| STATE OF HAWAII | )<br>) SS.<br>) |
| CITY AND COUNTY OF HONOLULU | |

      RANDALL Y.S. CHUNG, declares under penalty of perjury and says that:

      1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

      2.    He is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3. He has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4. That attached as Exhibit "A" is a true and correct copy of the Special Verdict Form, dated February 3, 2006.

5. That attached as Exhibit "B is a true and correct copy of the DTRIC PIP Recap, received from DTRIC.

DATED: HONOLULU, HAWAII _____FEB 0 8 2006_____.

_____
RANDALL Y.S. CHUNG