IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>    Plaintiffs,<br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 04 00619 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid.

    BRUCE B. KIM, ESQ.
    Suite 206, One Kapiolani Building
    600 Kapiolani Boulevard
    Honolulu, HI  96813
    Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, _____ FEB 0 8 2006

                                                   RANDALL Y.S. CHUNG
                                                   MELANIE S. MATSUI
                                                   Attorneys for Defendant
                                                   RACHAEL ROXXANN WILKS
                                                   (incorrectly named as
                                                   RACHEL STEVENS-VANGORDER)