**ORIGINAL**

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

LAW OFFICES OF
JANICE P. KIM

JANICE P. KIM #3436
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
E-Mail: kimj054@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 11 o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff KATHY TOOZE-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>           Plaintiffs,<br><br>    vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; EXHIBITS "A" - "F"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Magistrate Judge: Barry M. Kurren<br><br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiff's

Motion For Prejudgment Interest shall duly come on for hearing

before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ _____.m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, _____FEB - 8 2006_____.

_____
BRUCE B. KIM
JANICE P. KIM
Attorneys for Plaintiff
KATHY TOOZE-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>           Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST |

PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST

COMES NOW Plaintiff KATHY TOOZE-AGUIRRE, by and through her attorneys, BRUCE B. KIM and JANICE P. KIM, and hereby moves the Court pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, LR 7.2 of the Rules of the United States District Court for the District of Hawaii, and H.R.S. §§ 478-3 and 636-16, as amended, to award interest at the legal rate on the Judgment entered herein on February 7, 2006 commencing as of the date of the subject collision on March 26, 2003.

This motion is made upon the memorandum, Declaration of Bruce B. Kim and exhibits attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, FEB - 8 2006

_____
BRUCE B. KIM
JANICE P. KIM
Attorneys for Plaintiff
KATHY TOOZE-AGUIRRE

Tooze-Aguirre v. Stevens-Vangorder, Civil No. 04-00619 BMK,
Plaintiff's Motion for Prejudgment Interest.

-2-