IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00619 BMK<br><br>DECLARATION OF BRUCE B. KIM |

DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1. I am one of the attorneys for Plaintiff KATHY TOOZE-AGUIRRE.

2. That attached to and made a part of Plaintiff's Motion For Prejudgment Interest ("Motion") as Exhibit "A" is a true and correct copy of pages 64 and 65 of Defendant STEVENS-VANGORDER's First Amended Response to Plaintiffs' First Request for Admissions and Request for Answers to Interrogatories.

3. That attached to and made a part of the Motion as Exhibit "B" is a true and correct copy of the March 11, 2004 settlement demand which I sent to State Farm Insurance Company by certified mail, return receipt requested.

4. That attached to and made a part of the Motion as

Exhibit "C" is a true and correct copy of State Farm adjuster's May 11, 2004 response to the March 11, 2004 demand offering to settle all of KATHY's claims for the sum of $14,000.00.

5. That the State Farm adjuster asked for and I provided her with a copy of Dr. Tyronne Dang's medical records going back to his initial visit with KATHY in early 2000; and that I also provided her with copies of KATHY's pre-accident tax returns at her request.

6. That the State Farm adjuster declined to accept service of the Complaint on behalf of Defendant STEVENS-VANGORDER, forcing my client to incur the additional delay and expense in serving Defendant STEVENS-VANGORDER in Oregon; and that attached to and made a part of the Motion as Exhibit "D" is a true and correct copy of the State Farm adjuster's letter dated July 21, 2004.

7. That after a delay of four months spent searching for a valid address for Defendant STEVENS-VANGORDER, Defendant STEVENS-VANGORDER was finally served at her Oregon residence on September 20, 2004; and that a true and correct copy of the Affidavit of Dorothy Johnston dated October 3, 2004 is attached to and made a part of the Motion as Exhibit "E".

8. That Defendant STEVENS-VANGORDER filed her Answer to Complaint on October 19, 2004 denying that she caused the subject collision and further alleging that KATHY was responsible

for her own injuries; and that a true and correct copy of Defendant STEVENS-VANGORDER's Answer to Complaint filed on October 19, 2004 is attached to and made a part of the Motion as Exhibit "F".

  DATED: Honolulu, Hawaii,   FEB - 8 2006  .

            _____
            BRUCE B. KIM