# State Farm Insurance Companies



May 11, 2004

MILILANI SERVICE CENTER
P.O. Box 29400
Honolulu, HI 96820
(808) 627-4500
1-888-223-6028

Law Offices Of Bruce B. Kim
600 Kapiolani Blvd., Ste 206
Honolulu, HI 96813



RE:   Claim Number:   37-3370-514
      Date of Loss:   March 26, 2003
      Our Insured:    Rachael Van Gorder
      Your Client:    Kathy Tooze-Aguirre

Dear Mr. Kim:

This will confirm our telephone conversation on May 11, 2004, wherein and offer of $14,000, general damages only, was extended to settle your client's bodily injury claim.

As discussed, we are unable to consider any wage loss, due to the lack of wage verifcation/documentation provided to date. It is my understanding you will be following up with Ms. Tooze-Aguirre to see if there is any other documentation she is able to provide for consideration of her wage loss.

Thank you and I look foward to hearing from you soon.

Sincerely,

Jamie Miranda
Claim Representative
(808) 627-4682

State Farm Mutual Automobile Insurance Company

Enclosure(s):

EXHIBIT C