# State Farm Insurance Companies



MILILANI SERVICE CENTER
P.O. Box 29400
Honolulu, HI 96820
(808) 627-4500
1-888-223-6028

July 21, 2004

Law Offices Of Bruce B. Kim
600 Kapiolani Blvd., Ste 206
Honolulu, HI 96813

RE:  Claim Number:  37-3370-514
     Date of Loss:  March 26, 2003
     Our Insured:   Rachael Van Gorder
     Your Client:   Kathy Tooze-Aguirre

Dear Mr. Kim:

We are in receipt of your letter dated June 30, 2004, received in our office July 7, 2004.

Thank you for forwarding Ms. Tooze-Aguirre's 2002 tax return. As requested previously, please also forward a copy of her 2003 tax return. In addition, we are unable to provide any personal information about our insured without her authorization. However, I will attempt to contact Ms. Van Gorder to advise of the current status, and if provided with an authorization to accept service on her behalf, we may consider doing so at that time.

If you have any questions in the meantime, do not hesitate to call me. Thank you.

Sincerely,

Jamie Miranda
Claim Representative
(808) 627-4682

State Farm Mutual Automobile Insurance Company



EXHIBIT D

HOME OFFICES:  BLOOMINGTON, ILLINOIS 61710-0001