LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel. No. 538-7134

```
                              1ST CIRCUIT COURT
                              STATE OF HAWAII
                                   FILED

                              2004 OCT 12 PM 1: 53

                                   M. LIVICA
                                    CLERK
```

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | Civil No. 04-1-0941-05 (VSM) [Motor Vehicle Tort] |
| Plaintiffs, | AFFIDAVIT OF Dorothy Johnston ; EXHIBIT "A" |
| vs. | |
| RACHEL STEVENS-VANGORDER, | |
| Defendant. | |

### AFFIDAVIT OF Dorothy Johnston

STATE OF OREGON         )
                        ) SS.
COUNTY OF MULTNOMAH     )

Dorothy Johnston, being first duly sworn on oath, deposes and says:

1. I make this affidavit upon facts within my personal knowledge.

2. I am not a party to the above-entitled action; and that I am over 18 years of age.

3. I am duly authorized to serve legal process in the State of Oregon.

4. On September 30, 2004, at 7:15, p.m., I personally served Defendant RACHEL STEVENS-VANGORDER with a certified copy of the Complaint; Summons filed herein.

EXHIBIT E

5. At the time of service, Defendant RACHEL STEVENS-VANGORDER acknowledged receipt of the Complaint; Summons by signing the Acknowledgment of Service which is attached to and made a part hereof as Exhibit "A".

Further Affiant sayeth naught.

Subscribed and sworn to before me
this 4th day of October, 2004.

_____
Notary Public, State of Oregon

My commission expires: _____

OFFICIAL SEAL
LAURICE AVERILL
NOTARY PUBLIC-OREGON
COMMISSION NO. 377595
MY COMMISSION EXPIRES FEB. 19, 2008

-2-

ACKNOWLEDGMENT OF SERVICE

_____ 9-30-04   6:59
(signature of person served)     (date)    (time)

_____

_____

EXHIBIT "A"

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel. No. 538-7134



1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2004 MAY 21  AM 10: 57

R. HIGA
CLERK

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | Civil No. 04-1-0941-05 (VSM)<br>[Motor Vehicle Tort]<br><br>COMPLAINT; SUMMONS |

COMPLAINT

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and for cause of action against Defendants above-named, allege and aver as follows:

COUNT I

1. Plaintiffs KATHY TOOZE-AGUIRRE ("KATHY") and DAVID A. AGUIRRE ("DAVID")(collectively "Plaintiffs"), are and at all times relevant hereto were, residents of the City and County of Honolulu, State of Hawaii.

2. Defendant RACHEL STEVENS-VANGORDER ("STEVENS-VANGORDER"), is and at all times relevant hereto was a resident

I hereby certify that this is a full, true and
correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit