CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served upon the following person at his last known address by depositing said copy, postage prepaid, in the United States mail or by hand delivery on the filing date hereof.

> RANDALL Y. S. CHUNG, ESQ.
> Matsui Chung Sumida & Tsuchiyama
> Suite 1400, Mauka Tower
> 737 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii, FEB - 8 2006.

_____
BRUCE B. KIM
JANICE P. KIM
Attorneys for Plaintiff
KATHY TOOZE-AGUIRRE