**ORIGINAL**

Of Counsel:
MATSUI CHUNG
A Law Corporation
RANDALL Y.S. CHUNG   2929-0
MELANIE S. MATSUI    5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS (incorrectly named as
RACHEL STEVENS-VANGORDER)



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 16 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| KATHY TOOZE-AGUIRRE,<br><br>Plaintiff,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | ) CIVIL NO. 04 00619 BMK<br>)<br>) NOTICE OF MOTION; DEFENDANT<br>) RACHAEL ROXXANN WILKS'<br>) MOTION FOR REMITTITUR OR, IN<br>) THE ALTERNATIVE, FOR NEW<br>) TRIAL; DEFENDANT RACHAEL<br>) ROXXANN WILKS'<br>) MEMORANDUM IN SUPPORT OF<br>) HER MOTION FOR REMITTITUR<br>) OR, IN THE ALTERNATIVE, FOR<br>) NEW TRIAL; AFFIDAVIT OF<br>) MELANIE S. MATSUI; EXHIBITS<br>) "A" – "E" (EXHIBITS "A", "C" & "D"<br>) FILED UNDER SEAL);<br>) CERTIFICATE OF SERVICE<br>)<br>) Hearing Date: _____<br>) Time: _____ .m.<br>) Judge: The Honorable Barry M. Kurren<br>) TRIAL: January 31, 2006 |

NOTICE OF MOTION

TO: BRUCE B. KIM, ESQ.
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813

JANICE P. KIM, ESQ.
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816

Attorneys for Plaintiff

NOTICE IS HEREBY GIVEN that the attached DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR REMITTITUR, OR, IN THE ALTERNATIVE, FOR NEW TRIAL shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ __.m., on _____, _____ ___, 2006, or as soon thereafter as counsel can be heard.

DATED: HONOLULU, HAWAII, February 16, 2006

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KATHY TOOZE-AGUIRRE, | ) | CIVIL NO. 04 00619 BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANT RACHAEL |
| | ) | ROXXANN WILKS' MOTION FOR |
| vs. | ) | REMITTITUR OR, IN THE |
| | ) | ALTERNATIVE, FOR NEW TRIAL |
| RACHEL STEVENS-VANGORDER, | ) | |
| JOHN DOES 1-10, JANE DOES 1-10, | ) | |
| DOE PARTNERSHIPS 1-10, DOE | ) | |
| JOINT VENTURES 1-10, DOE | ) | |
| CORPORATIONS 1-10, and DOE | ) | |
| ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR
REMITTITUR OR, IN THE ALTERNATIVE, FOR NEW TRIAL

Comes now Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter "Defendant"), by her attorneys, and, subject to and without waiver of any defense, dispute, or objection to which she is entitled, hereby moves this Honorable Court for an Order granting a new trial, unless Plaintiff agrees to a remittitur of the jury's award of special damages in the amount of THIRTY ONE THOUSAND FOUR HUNDRED FIFTY TWO AND NO/100 DOLLARS ($31,452.00), reducing said award from $61,000.00 to $29,548.00, on the basis that the jury's award of future lost wages special damages in this case is based on the prejudicially erroneous omission of

Plaintiff's Trial Exhibit No. 58 from the jury room during the jury deliberations in this case, and/or is prejudicial and clearly not supported by the evidence and only based on speculation or guesswork.

This Motion is made pursuant to Rules 7, 50, and 59 of the Federal Rules of Civil Procedure, and Local Rules 7.2 and 16.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the attached memorandum, affidavit, and exhibits, and upon the entire record and file herein.

DATED: HONOLULU, HAWAII, February 16, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2