IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, ) | CIVIL NO. 04 00619 BMK |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF MELANIE S. |
| vs. ) | MATSUI |
| ) | |
| RACHEL STEVENS-VANGORDER, ) | |
| JOHN DOES 1-10, JANE DOES 1-10, ) | |
| DOE PARTNERSHIPS 1-10, DOE ) | |
| JOINT VENTURES 1-10, DOE ) | |
| CORPORATIONS 1-10, and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### AFFIDAVIT OF MELANIE S. MATSUI

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU)

MELANIE S. MATSUI, being first duly sworn upon oath, deposes and says:

1. She is an attorney duly licensed to practice in all courts in the State of Hawaii.

2. She is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3. She has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4. The trial in this case commenced on January 31, 2006, and lasted through February 3, 2006.

5. On February 3, 2006, after the Special Verdict was read, Plaintiff's counsel, Bruce Kim, Courtroom Manager, Richlyn Young, and I discovered that the jury did not have, during their deliberations, one of the exhibits, which was entered into evidence.

6. Upon receipt of this information, Ms. Young confirmed that the missing exhibit was not provided to the jury during their deliberations.

7. Attached hereto as Exhibit "A" is a true and correct copy of the transcript of Plaintiff's final argument, presented by Janice Kim on February 3, 2006, which is being filed under seal.

8. Attached hereto as Exhibit "B" is a true and correct copy of the Special Verdict Form, filed on February 3, 2006.

9. Attached hereto as Exhibit "C" is a true and correct copy of Thomas A. Loudat's May 9, 2005 letter and "Summary of Economic Losses to Kathy_Tooze-Aguirre", which was identified as Plaintiff's Trial Exhibit No. 59, which is being filed under seal.

10. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's composition book, which was identified as Plaintiff's Trial Exhibit No. 58, and entered into evidence during the trial, which is being filed under seal.

11.  Attached hereto as Exhibit "E" is a true and correct copy of Jury Instruction No. 17.

Further affiant sayeth naught.

_____
MELANIE S. MATSUI

Subscribed and sworn to before me this 16th day of February, 2006.

_____
Print Name: Jo-Don D. Anunay

Notary Public, State of Hawaii

My commission expires: 05/12/2008