FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FEB 0 3 2006

at _4_ o'clock and _05_ min. _P_ M
SUE BEITIA, CLERK

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, ) | CV. NO. 04-00619 BMK |
| Plaintiff, ) | SPECIAL VERDICT FORM |
| vs. ) | |
| RACHEL ROXANNE WILKS, ) | |
| Defendant. ) | |

## SPECIAL VERDICT FORM

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. You should answer each question, except where the Special Verdict form indicates otherwise.

If you do not understand any question, or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

**Question No. 1**. Was the March 26, 2003 motor vehicle accident a legal cause of an injury to Plaintiff Kathy Tooze-Aguirre? Answer "Yes" or "No" in the space provided below.

Yes: ✓        No: _____

EXHIBIT "B"

If you answered Question No. 1 "Yes," then proceed to Question No. 2. If you answered Question No. 1 "No," then skip the remaining question, and sign and date this document and call the Bailiff.

**Question No. 2**. After reduction for apportionment, what are Plaintiff's damages?

Special Damages: . . . . . . . . . . $ 61,000

General Damages: . . . . . . . . . . $ ~~21,000~~ 21,500

DATED: Honolulu, Hawaii, February 03, 2006.

_____
FOREPERSON

2