EXHIBIT "C"
TO DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR
REMITTITUR OR, IN THE ALTERNATIVE, FOR NEW TRIAL



FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE
ORDER, FILED HEREIN ON JANUARY 20, 2005