IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, ) | CIVIL NO. 04 00619 BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RACHEL STEVENS-VANGORDER, ) | |
| JOHN DOES 1-10, JANE DOES 1-10, ) | |
| DOE PARTNERSHIPS 1-10, DOE ) | |
| JOINT VENTURES 1-10, DOE ) | |
| CORPORATIONS 1-10, and DOE ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF MOTION; DEFENDANT RACHAEL ROXXANN WILKS' MOTION FOR REMITTITUR OR, IN THE ALTERNATIVE, FOR NEW TRIAL; DEFENDANT RACHAEL ROXXANN WILKS' MEMORANDUM IN SUPPORT OF HER MOTION FOR REMITTITUR OR, IN THE ALTERNATIVE, FOR NEW TRIAL; AFFIDAVIT OF MELANIE S. MATSUI; EXHIBITS "A" – "E" was duly served on the following attorneys by United States mail, postage prepaid, on this 16th day of February, 2006.

BRUCE B. KIM, ESQ.
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, HI 96813

JANICE P. KIM, ESQ.
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816

Attorneys for Plaintiff


DATED: HONOLULU, HAWAII,  February 16, 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)