ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

LAW OFFICES OF
JANICE P. KIM

JANICE P. KIM #3436
3615 Harding Avenue, Suite 206
Honolulu, Hawaii 96816
Telephone: (808) 732-0522
Facsimile: (808) 735-0459
E-Mail: kimj054@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 10 o'clock and 53 min. A M TP
SUE BEITIA, CLERK

Attorneys for Plaintiff KATHY TOOZE-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>           Plaintiffs,<br><br>    vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>           Defendants. | Civil No. 04-00619 BMK<br><br>NOTICE OF MOTION; PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRUCE B. KIM; DECLARATION OF JANICE P. KIM; EXHIBITS "A" - "I"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Magistrate Judge: Barry M. Kurren<br>Trial Date: January 31, 2006 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the attached Plaintiff's

Motion For Attorneys' Fees and Costs shall duly come on for

hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom at the U.S. Courthouse, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____, \_\_\_\_.m., or as soon thereafter as counsel can be heard.

FEB 1 6 2006

DATED: Honolulu, Hawaii, _____.



BRUCE B. KIM
JANICE P. KIM
Attorneys for Plaintiff
KATHY TOOZE-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10,<br><br>            Defendants. | Civil No. 04-00619 BMK<br><br>PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS
------

COMES NOW Plaintiff KATHY TOOZE-AGUIRRE, by and through her attorneys, BRUCE B. KIM and JANICE P. KIM, and hereby moves the Court pursuant to Rules 7(b) and 37(c)(2) of the Federal Rules of Civil Procedure and LR 7.2 of the Local Rules of Practice For the U.S. District Court For the District of Hawaii for an award of attorneys' fees and costs incurred in connection with the above-entitled matter from December 3, 2005 to the present on the grounds that Defendant RACHEL STEVENS-VANGORDER's written responses to Plaintiffs' First Request For Admissions and Answers to Interrogatories categorically denied causation and the reasonableness, necessity, and/or admissibility of a single hospital, medical or therapy bill which KATHY incurred after being hit by Defendant STEVENS-VANGORDER and which were admitted into evidence at the trial of this matter.

   This Motion is made upon the Memorandum, Declaration of Bruce B. Kim, Declaration of Janice P. Kim and Exhibits attached to and made a part hereof and the records and files of the case.

DATED: Honolulu, Hawaii, _____FEB 1 6 2006_____.

                _____
                BRUCE B. KIM
                JANICE P. KIM
                Attorneys for Plaintiff
                KATHY TOOZE-AGUIRRE