IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK )<br>) DECLARATION OF BRUCE B. KIM |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1.   I am one of the attorneys for Plaintiff KATHY TOOZE-AGUIRRE.

2.   That attached to and made a part of Plaintiff's Motion For Attorneys' Fees and Costs ("Motion") as Exhibit "A" is a true and correct copy of Plaintiffs' Request For Admissions and Request For Answers to Interrogatories to Defendant STEVENS-VANGORDER, together with pages 9-18 of the Request For Admissions and Interrogatories and Exhibits "B" and "C".

3.   That attached to and made a part of the Motion as Exhibit "B" is a true and correct copy of Defendant STEVENS-VANGORDER's First Amended Response to Plaintiffs' First Request For Admissions and Answers to Interrogatories to Defendant

STEVENS-VANGORDER, Dated 11/1/05, which was received in the mail on December 3, 2005.

    4.  That attached to and made a part of the Motion as Exhibit "C" are true and correct copies of pages 83 and 84 of James Scoggin, M.D.'s November 28, 2005 DME report.

    5.  That attached to and made a part of the Motion as Exhibit "D" is a true and correct copy of the Schedule of Attorney's Hours attributable to the proving of the medical bills incurred by my client at trial and their causal connection to the subject collision; that I prepared said Schedule in connection with the instant Motion from time records kept by my office in this matter; that the time reflected in the Schedule represents a portion of the total time I spent in preparing for and attending the trial of this matter since December 3, 2005; that I spent a total of 70.8 hours working on matters related to proving causation, the reasonableness and necessity of the medical bills incurred by my client as well as obtaining the admission of such bills at trial; and that as an attorney who has been admitted to practice before all courts in the State of Hawaii since 1978, my hourly charge for pretrial work on personal injury cases is $250.00 per hour and $300.00 per hour for trial time; and that the total attorney's fees requested is calculated as follows:

    40.3 attorney hours @ $250.00 per hour: $10,075.00
    30.5 attorney hours @ $300.00 per hour:   9,150.00

```
         HI State GE Tax @ 4.166%:                    800.91
         TOTAL:                                   $20,025.91
```

6.   That attached to and made a part of the Motion as Exhibit "E" is a true and correct copy of the January 13, 2006 Invoice from Tyronne Dang, M.D. for trial preparation and trial testimony in this case.

7.   That attached to and made a part of the Motion as Exhibit "F" is a true and correct copy of the January 26, 2006 bill from Honolulu Sports Medical Clinic for charges incurred by Dr. Diamond in preparation for and completing a meeting on January 26, 2006 with Janice P. Kim, Esq. and I in preparation for his testimony at trial.

8.   That attached to and made a part of the Motion as Exhibit "G" is a true and correct copy of an undated statement from Yeoh & Muranaka reflecting the expert witness fees incurred in connection with the oral video preservation deposition of Edwin T. Muranaka, M.D. on January 24, 2006.

9.   That attached to and made a part hereof as Exhibit "H" is a true and correct copy of the January 27, 2006 bill from Carnazzo Court Reporting Company for court reporting services incurred by my office in connection with the January 24, 2006 oral trial preservation deposition of Dr. Edwin Muranaka.

10.  That attached to and made a part hereof as Exhibit "I" are true and correct copies of the January 25, 2006 and

February 1, 2006 Invoices from Certified Legal Video for video services incurred by my office in connection with the January 24, 2006 oral trial preservation deposition of Dr. Muranaka and the subsequent editing of the DVD of said deposition for replay at trial.

DATED: Honolulu, Hawaii, FEB 15 2006 .

_____
BRUCE B. KIM