IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 04-00619 BMK<br><br>(motor vehicle tort)<br><br><br><br><br>DECLARATION OF JANICE P. KIM |

## DECLARATION OF JANICE P. KIM

JANICE P. KIM, declares as follows:

1. I am one of the attorneys for the Plaintiff in the above entitled action;

2. I am licensed to practice in all of the courts of the State of Hawaii and the Federal Court;

3. I am Board Certified in Trial Advocacy by the National Board of Trial Advocacy (NBTA). I have tried a substantial number of cases, past the qualifying examination given by the NBTA and been recommended by my peers.

4. I hold the highest attorney rating given by Martindale-Hubbell which establishes such rating through a survey of my peers.

5. I am a Bencher with the American Inns of Court, giving my time to the furthering of the legal profession.

6. I have been an Adjunct Professor at the William S. Richardson School of Law in both Pretrial Procedure and Trial Advocacy.

7. In 2002, I received the first "Mel Award" for Innovative Excellence in Trial Advocacy from the Melvin Belli Society, a national organization of trial lawyers representing Plaintiffs.

8. My hourly fee is $250.00 for preparation and $325.00 for actual time spent in trial.

9. The following is my time spent on the above mentioned case.

```
Friday, January 10, 2006, Meeting with Bruce
Kim-----------------------------------------------------------1.0

Saturday, January 11, 2006, Meeting with Kathy
Tooze-Aguirre- prep or trial and courtroom tour--------2.0

Monday, January 27, 2006, Craft Opening Statement
and Voir Dire Questions ----------------------------------6.0


Saturday, January 28, 2006, Meeting with Bruce Kim
and Kathy Tooze-Aguirre-----------------------------------4.0

Sunday, January 29, 2006, Meeting with Bruce Kim,
Review Opening--------------------------------------------3.0

Monday January 30, 2006, Meeting with Kathy Tooze-
Aguirre re: Testimony ------------------------------------4.0

Tuesday, January 31, 2006, Trial-----------------------8.0
- Review Testimony of Plaintiff-----------------------1.0
- Prep Closing ---------------------------------------3.0

Wednesday, February 1, 2006, Trial--------------------8.0
- Prep Closing----------------------------------------5.0
```

```
Thursday, February 2, 2006, Trial------------------------6.0
- Prep Closing -------------------------------------------10.0

Friday, February 3, 2006, Prep Closing-------------------4.5
and Trial------------------------------------------------5.0
```

| | | |
|---|---|---|
| Preparation: $250.00 x 43.5 hours | = | $10,875.00 |
| Trial: $325.00 x 27 hours | = | $ 8,775.00 |
| | | $19,650.00 |
| Tax | | $    818.62 |
| | | $20,468.62 |

I declare under penalty of law that the foregoing statements are true and correct.

Executed on  FEB 14 2006 .

_____
JANICE P. KIM