EXHIBIT "C"
FILED SEPARATELY UNDER SEAL