## SCHEDULE OF ATTORNEY'S HOURS

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/5/05 | Review Defendant's Response to Request For Admissions | 0.7 |
| 12/5/05 | Review James Scoggin, M.D.'s 11/28/05 Letter Report | 1.4 |
| 12/9/05 | Begin draft of Pretrial Statement | 1.6 |
| 12/10/05 | Complete draft of Pretrial Statement; Review discovery and medical records; Begin draft of Plaintiffs' Exhibits | 3.5 |
| 12/12/05 | Complete Plaintiffs' Exhibit Schedule; Review and revise draft of Pretrial Statement | 2.7 |
| 12/20/05 | Attend Pretrial Conference | 0.6 |
| 12/29/05 | Review and revise draft of Plaintiffs' Exhibit List; Prepare for meeting with Dr. Muranaka | 1.8 |
| 12/29/05 | Conference with Dr. Muranaka | 0.6 |
| 01/03/06 | Review draft of Exhibit List; Complete organization of trial exhibits originals and copies | 2.5 |
| 01/08/06 | Review and revise draft of Plaintiffs' Witness List | 0.6 |
| 01/09/06 | Review and revise draft of Plaintiffs' Witness List | 0.5 |
| 01/09/06 | Meeting with Dr. Dang in preparation for trial | 0.9 |
| 01/10/06 | Conference with R. Chung and M. Matsui regarding meet and confer on trial exhibits | 0.6 |
| 01/11/06 | Review fax letter from R. Chung regarding various objections to meet and confer and trial exhibits | 0.3 |
| 01/15/06 | Draft trial memorandum on reasonable and necessary medical expenses | 1.4 |
| 01/16/06 | Draft letter to Dr. Muranaka | 0.3 |
| 01/17/06 | Finalize documents for filing; research and draft jury instruction dealing with Defendant's reasonable certainty instruction | 2.8 |
| 01/18/06 | Draft letter to R. Chung regarding video deposition of Dr. Muranaka and their request to take Dr. Scoggin out of order | 0.4 |
| 01/19/06 | Draft Notice for Video Preservation Deposition of Dr. Muranaka | 0.3 |

EXHIBIT D

| Date | Description | Hours |
|---|---|---|
| 01/20/06 | Draft letter to Dr. Muranaka to confirm video deposition | 0.3 |
| 01/22/06 | Review and revise opening on power point; draft questions for Drs. Muranaka and Diamond | 3.6 |
| 01/23/06 | TC with Dr. Muranaka regarding his video deposition and fees | 0.2 |
| 01/23/06 | Revise direct examination for Dr. Diamond and draft direct examination for Thomas Loudat | 2.0 |
| 01/24/06 | Review Yeoh & Muranaka records; Prepare exhibits for Dr. Muranaka's deposition; Prepare for deposition of Dr. Muranaka | 1.4 |
| 01/24/06 | Conference with Dr. Muranaka; take Dr. Muranaka's oral deposition | 0.8 |
| 01/25/06 | Review Dr. Diamond's reports in preparation for meeting tomorrow | 1.3 |
| 01/26/06 | Conference with Dr. Diamond and Janice Kim in preparation for trial | 0.7 |
| 01/27/06 | TC with Dr. Jordan Popper regarding his concerns about why he has to come to court to identify and give testimony about his bill | 0.3 |
| 01/30/06 | Draft revised Witness List pursuant to e-mail from Court | 0.6 |
| 01/30/06 | Revise draft of questions for Dr. Diamond | 0.7 |
| 01/31/06 | Attend trial | 8.0 |
| 01/31/06 | Revise draft of questions for Dr. Scoggin and Dr. Loudat | 1.6 |
| 02/01/06 | Attend trial | 8.0 |
| 02/01/06 | Prepare for Dr. Dang's examination | 1.6 |
| 02/02/06 | Attend trial | 8.0 |
| 02/02/06 | Assemble documents for closing argument and create power point slides of documents | 1.7 |
| 02/03/06 | Attend trial | 6.5 |
| **TOTAL:** | | **70.8** |