<u>To</u>: **Law Office of Bruce B. Kim**

## Tyronne Dang, M.D.
1441 Kapiolani Bvld Suite#1810
Honolulu, Hi 96813
Phone#951-1511/ Fax#948-6887

# INVOICE

| DATE | DESCRIPTIONS | QTY | AMOUNT |
|---|---|---|---|
| 01/13/06 | 1/ Pre-trial meeting with Mr. B. Kim on 01/09/06 at Dr. Dang's office ($375/hr) | 40 mins | $250.00 |
|  | 2/ Pre-payment for Dr. Dang to be at Kathy Aguirre's trial on 02/02/06 (Estimated time for 2hrs of $475/hr. We will bill your office the remain cost if the amount of time exceed 2 hours on trial day) | 2 hours | $950.00 |
|  | <u>Note:</u> It is our office's policy to collect the pre-payment prior to trial day. |  |  |
|  |  | **TOTAL** | **$1200.00** |

EXHIBIT E