Tooze Aguirre  Case 1:04-cv-00619-BMK   Document 159-10   Filed 02/17/2006   Page 1 of 1

**Specialties**
Internal Medicine
Occupational Medicine
Orthopaedics
Sports Medicine

**Services**
Arthroscopic Surgery
Orthopaedic Surgery
Independent Medical Evaluations
Independent Record Reviews
Impairment Ratings
Case Merit Analysis
Expert Testimony



# HONOLULU SPORTS MEDICAL CLINIC, INC.

932 Ward Ave. Suite 460, Honolulu, Hawaii 96814
Tel (808) 521-6564  Fax (808) 521-1173

CHET NIERENBERG, M.D.
ROBERT L. SMITH, M.D.
PETER E. DIAMOND, M.D.
JAMES F. SCOGGIN III, M.D.
CLARISSA T. BURKERT, M.D.
GEORGE H. SEBERG, M.D.
JON H. SCARPINO, M.D.
STEPHEN L. DEMETER, M.D., M.P.H.

January 26, 2006

Law Offices of Bruce Kim
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813

RE: TOOZE-AGUIRRE, KATHY
Tooze-Aguirre, et al v. Stevens-Vangorder
Civil Number: 04-00619 BMK
Date of Accident: 3/26/03

| | | |
|---|---|---|
| 1/26/06 | 99199 | Medical Record Review<br>Pre-trial Attorney Conference – in person<br>Hawaii State Tax |
| | TOTAL | $833.33 |

PLEASE MAKE CHECK PAYABLE TO:

Honolulu Sports Medical Clinic, Inc.
FEDERAL ID #: 99-0223770

Peter E. Diamond, M.D.



EXHIBIT F