YEOH & MURANAKA, M.D.'S, INC.
RADIOLOGY
Edwin T. Muranaka, M.D.
Jeffrey Y. Sue, M.D.
Jeffrey K.C. Yeoh, M.D.
Vivian C. Wong, M.D.

KAHEKA PROFESSIONAL CENTER
1481 SOUTH KING STREET, SUITE 210
HONOLULU, HAWAII 96814-2692
TELEPHONE: (808) 955-6342

**Kathy Tooze-Aguirre**
BD: 03/03/1959

| Date | CPT | Description | Balance |
|---|---|---|---|
| 01/24/06 | | Video Deposition w/ Dr Muranaka | $1,200.00 |
| 01/24/06 | | Payment received | -$1,200.00 |
| 02/10/06 | | Balance | $0.00 |

EXHIBIT G