# CARNAZZO COURT REPORTING COMPANY, LTD.
## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

DATE: 01/27/2006
INVOICE: 623143
CLIENT ID: 1330
REPORTER ID: PRISCILLA GONZAGA

CIVIL NO. 04-00619 BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER

Deposition of EDWIN MURANAKA, M.D. taken on 01/24/2006 (EXPEDITE)

| | |
|---|---|
| Original & One Copy | $203.19 |
| TAX | $8.47 |
| TOTAL | $211.66 |
| Less deposit | 300.00 |
| REFUND CHK# 133635 1/31/06 | $88.34 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

EXHIBIT H