**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1111 Bishop Street, Suite 500
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 01/25/06 | 6113 |

**BILL TO**

Attn: Juanita Jefferson for Bruce Kim
Law Office of Bruce B. Kim
600 Kapiolani Blvd., Ste. 206
Honolulu, HI 96813
(808) 538-7134

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Net 30 | 02/24/06 | 04-00619 BMK | Tooze-Aguirre/Stevens-Van |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Deposition of: Edwin T. Muranaka, MD (1/24/06) | 2.5 | 100.00 | 250.00 |
| Original VHS Tape (sent to Carnazzo CR) | 1 | 20.00 | 20.00 |
| DVD Copy (sent to Bruce Kim) | 1 | 20.00 | 20.00 |
| DVD Copy (sent to Bruce Kim) * | 1 | 10.00 | 10.00 |
| SUBTOTAL | | | 300.00 |
| Hawaii General Excise Tax | | 4.166% | 12.50 |
| * Additional Copy Discount | | | |

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total** $312.50

EXHIBIT I



# Invoice

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1111 Bishop Street, Suite 500
Honolulu, HI 96813
Tel: (808) 550-CLVS  Fax: (808) 550-8860

| DATE | INVOICE NO. |
|---|---|
| 02/01/06 | 6131 |

**BILL TO**

Attn: Juanita Jefferson for Bruce Kim
Law Office of Bruce B. Kim
600 Kapiolani Blvd., Ste. 206
Honolulu, HI 96813
(808) 538-7134

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Net 30 | 03/03/06 | 04-00619 BMK | Tooze-Aguirre/Stevens-Van |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Editing: Dr. Edwin Muranaka Testimony (1/24/06) @ $75/hr. | 1.25 | 75.00 | 93.75 |
| Edited DVD Copies | 2 | 5.00 | 10.00 |
| SUBTOTAL |  |  | 103.75 |
| Hawaii General Excise Tax |  | 4.166% | 4.32 |

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total** $108.07