IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br>           Plaintiffs, <br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br>           Defendants. | ) CIVIL NO. 04 00619 BMK <br> ) <br> ) DECLARATION OF <br> ) DEBORAH HORIO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF DEBORAH HORIO

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

DEBORAH HORIO, declares under penalty of perjury and says that:

1. I am a legal secretary employed by the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

2. I have personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

3. On the afternoon of October 14, 2005, I spoke with Juanita of Bruce Kim's office.

4. Juanita advised that Plaintiff was having surgery, and indicated that Plaintiff probably could not attend the examination with Dr. Scoggin on October 19, 2005.

5. During the course of the conversation, it was agreed that the examination would be rescheduled.

Further declarant sayeth naught.

I declare under penalty of law that the foregoing is true and correct.

DATED: HONOLULU, HAWAII  Feb 17, 2006          .


_____
DEBORAH HORIO