IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04 00619 BMK <br><br> DECLARATION OF RANDALL Y.S. CHUNG |

## DECLARATION OF RANDALL Y.S. CHUNG

STATE OF HAWAII      )
                     ) SS.
CITY AND COUNTY OF HONOLULU )

      RANDALL Y.S. CHUNG, declares under penalty of perjury and says that:

      1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

      2.    He is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3. He has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4. Attached as Exhibit "A" is a true and correct copy of the Special Verdict Form filed on February 3, 2006.

5. Attached as Exhibit "B" is a true and correct copy of the Judgment entered on February 7, 2006.

6. Upon information and belief, attached as Exhibit "C" is a true and correct copy of a police report regarding the subject accident.

7. Upon information and belief, attached as Exhibit "D" is a true and correct copy of Bruce Kim's May 12, 2003 letter.

8. Upon information and belief, attached as Exhibit "E" is a true and correct copy of State Farm Insurance Companies' ("State Farm") May 14, 2003 letter, without enclosures.

9. Upon information and belief, attached as Exhibit "F" is a true and correct copy of Mr. Kim's April 27, 2004 letter, without enclosures.

10. Upon information and belief, attached as Exhibit "G" is a true and correct copy of State Farm's May 11, 2004 letter, without enclosures.

11. Upon information and belief, attached as Exhibit "H" is a true and correct copy of Mr. Kim's May 13, 2004 letter.

12. Attached as Exhibit "I" is a true and correct copy of the Complaint filed by Plaintiffs KATHY TOOZE-AGUIRRE and DAVID AGUIRRE in the Circuit Court of the First Circuit, State of Hawai'I on May 21, 2004.

13. Attached as Exhibit "J" is a true and correct copy of the Stipulation for Withdrawal of Punitive Damages Claim, filed on January 31, 2006.

14. Attached as Exhibit "K" is a true and correct copy of a Stipulation to Dismiss Plaintiff David A. Aguirre with Prejudice, filed on February 6, 2006.

15. Attached as Exhibit "L" is a true and correct copy of the Notice of Removal, filed on October 18, 2004.

16. Attached as Exhibit "M" is a true and correct copy of this Defendant's Answer to Plaintiffs' Complaint.

17. Attached as Exhibit "N" is a true and correct copy of the Certificates of Service, noting that discovery requests were served upon Plaintiff on November 10, 2004.

18. Attached as Exhibit "O" is a true and correct copy of his December 6, 2004 letter.

19. Attached as Exhibit "P" is a true and correct copy of Mr. Kim's December 8, 2004 letter, without enclosures.

20. Attached as Exhibit "Q" is a true and correct copy of his December 29, 2004 letter, without enclosures.

21. Attached as Exhibit "R" is a true and correct copy of his January 3, 2005 letter, without enclosures.

22. Attached as Exhibit "S" is a true and correct copy of Mr. Kim's January 13, 2005 letter, without enclosures.

23. Attached as Exhibit "T" is a true and correct copy of the Stipulated Qualified Protective Order entered on January 20, 2005.

24. Attached as Exhibit "U" is a true and correct copy of the Rule 16 Scheduling Order, filed on January 11, 2005.

25. The parties, through their respective counsel, agreed that the matter would proceed to trial before The Honorable Barry M. Kurren.

26. Attached as Exhibit "V" is a true and correct copy of the first page of the transcript of Plaintiff's deposition, taken on May 26, 2005.

27. Attached as Exhibit "W" is a true and correct copy of his letter dated June 22, 2005.

28. Attached as Exhibit "X" is a true and correct copy of his letter dated July 8, 2005.

29. Attached as Exhibit "Y" is a true and correct copy of his letter dated July 14, 2005.

30. Attached as Exhibit "Z" is a true and correct copy of the first page of the transcript of Dr. Peter Diamond's deposition, taken on September 8, 2005.

31. Attached as Exhibit "AA" is a true and correct copy of his October 3, 2005 letter.

32. Attached as Exhibit "BB" is a true and correct copy of Mr. Kim's October 4, 2005 letter.

33. Attached as Exhibit "CC" is a true and correct copy of his January 11, 2006 letter, without enclosures.

34. On February 2, 2006, Janice Kim advised him that Plaintiff would accept $90,000.00 to settle her case.

35. Attached as Exhibit "DD" is a true and correct copy of the DTRIC PIP Recap, received from DTRIC, filed under seal.

36. Attached as Exhibit "EE" is a true and correct copy of the transcript of Plaintiff's closing argument, filed under seal.

37. Attached as Exhibit "FF" is a true and correct copy of Mr. Kim's June 17, 2005 letter.

38. At one of the settlement conferences in this case, there was indication that Plaintiff may have been willing to "move off" of the $100,000.00

demand, but there was no formal offer by Plaintiff of any amount less than $100,000.00.

Further declarant sayeth naught.

I declare under penalty of law that the foregoing is true and correct.

DATED: HONOLULU, HAWAII     FEB 1 7 2006     .

_____
RANDALL Y.S. CHUNG

6