AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| Kathy Tooze-Aguirre, et al. | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00619BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| Rachael Roxxanne Wilks | February 7, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant pursuant to the jury verdict filed on February 3, 2006.

| February 7, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Bernie Aurio |
| | (By) Deputy Clerk |

EXHIBIT "B"