| UNIT | UNIT | | | | | | | | | | | | | | | | UNIT | UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | | SHEET OF | STATE CODE | COUNTY 550 Honolulu | DISTRICT 7 | 5 CENSUS 3 | BEAT 74 | WATCH 2 | 03-119667 | | | | | | | | 83 | |
| 3 3 | | 9 REPORT TYPE 1 Maj / Minor | 10 TOTAL INVOLVED MV 2 MC PC BC PED | 11 NO OF WIT 0 | 12 NUMBER KILLED 0 | 13 NUMBER INJURED 1 | 14 TOWAWAY No Yes | 15 RUN No Yes | 16 FIRE No Yes | 17 PHOTOS No Yes | 18 SELECT ONE 1 Bridge 2 Tunnel | | | | | | 5 | 0 |
| 1 1 | | 19 DATE/TIME OCCURRED 3-26-03/1540 | DAY Wed | DATE/TIME REPORTED 3-26-03/1549 | 20 REPORTED TO Dispatch | | I.D. NO. | 21 INVESTIGATOR(S) Yagyagian | | | | | | | | | 84 | |
| 101 | 10 | 22 REPORTED BY NAME/ADDRESS Anonymous Female | | RESID. PHONE U | BUS. PHONE U | | 23 TIMES SENT: 1550 ARRIVE: 1553 BACK: | | | | | | | | | | 1 | 0 |
| 77 | | 24 WEATHER 1 Clear 2 Cloudy 3 Rain 4 Hazy 5 Windy 6 Other | 25 LIGHT/LIGHTING 1 Daylight 2 Dawn/Dusk 3 Lit-Spot 4 Lit-Continuous 5 Dark-Lights off 6 Dark-No Lights | 26 LOCATION CLASSIFICATION 1 School 2 Business 3 Residential 4 Industrial 5 Recreation 6 Farms-Fields 7 No Dev 8 Others | | | 27 TRAFFIC LEVEL 1 Light 2 Medium 3 Heavy | E M S | NOTIF: Driver ARRIVE: 1605 | | | | | | | | 85 | |
| 4 1 | | 28 NAME OF STREET OR HIGHWAY Kalanianaole Hwy (west) | | | CITY OR TOWN Honolulu | | ROADWORK 0 No 1 Yes | NUMBER LANES 5 | TYPE 1 Divided 2 Undivided | FLOW 1 One-Way 2 Two-Way | JURIS/CLASS C | | | | | | 09 | 00 |
| 78 | | RTE NO MI POST | 29 DIST. AND DIRECTION FROM REFER 160' east of | REFER (MILE MARKER, INTERSECTION ETC.) Hawaii Kai Drive | | | | | | | JURIS/CLASS S | | | | | | 86 | |
| 1 1 | | 30 UNIT NO 01 | UNIT CLASS 04 | NO OF OCCUP | TRAILER TYPE X | TRAILER PLATE NO. X | CMV No Yes | HAZ MTRL X | 31 UNIT NO 02 | UNIT CLASS 01 | NO OF OCCUP 4 | TRAILER TYPE X | TRAILER PLATE NO. X | CMV No Yes | HAZ MTRL X | | 2 | 2 |
| 79 | | 32 OPERATOR'S/PEDESTRIAN'S NAME STEVENS-VANGORDER, Rachel | | | | | | | 33 OPERATOR'S/PEDESTRIAN'S NAME TOOZE-AGUIRRE, Kathy | | | | | | | | 87 | |
| 1 1 | | 34 ADDRESS 6630 SE 48th Ave Portland OR 97206 | | | | | | | 35 ADDRESS 2123 10th Avenue Hon 96816 | | | | | | | | 1 | 1 |
| 80 | | 36 RESID. PHONE (503)775-4500 | BUS. PHONE U | OCCUPATION U | | | | | 37 RESID. PHONE U | BUS. PHONE U | OCCUPATION U | | | | | | 88 | |
| 3 3 | | 38 PLACE OF EMPLOYMENT/ADDRESS Dr. Jack Laroy 1A | | | | | | | 39 PLACE OF EMPLOYMENT/ADDRESS U | | | | | | | | 1 | 1 |
| 3 3 | | 40 SEX 1 M 2 F | DATE OF BIRTH 9-22-72 | (age) 30 | RACE Caucasian | | CDL No Yes | | 41 SEX 1 M 2 F | DATE OF BIRTH 3-3-59 | (age) 44 | RACE Caucasian | | CDL No Yes | | | 89 | |
| 81 | | 42 OPERATOR'S LICENSE NO. 9741658 | | STATE OR | CLASS 3 | ENDRS X | EXP. YR. 04 | | 43 OPERATOR'S LICENSE NO. 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 | | STATE HI | CLASS 3 | ENDRS X | EXP. YR. 06 | | | 1 | 1 |
| 0 0 | | RESTRICT 44 0 | COMPL 0 No 1 Yes | COORD TEST | BAC TEST GIVEN 0 None 1 Refused 2 Breath 3 Blood | | RESULT X % | | RESTRICT 45 0 | COMPL 0 No 1 Yes | COORD TEST | BAC TEST GIVEN 0 None 1 Refused 2 Breath 3 Blood | | RESULT X % | | | 5 3 | 3 |
| 82 | | 46 CITATIONS—Code and Number X | | | | | | SPD LIMIT 35 | 47 CITATIONS—Code and Number X | | | | | | SPD LIMIT 35 | | 90 | |
| X | X | 48 OWNER'S NAME Dollar Rent a Car | | | OWNER'S PHONE 952-4264 | | | O W N E R | 49 OWNER'S NAME AGUIRRE, David & Kathy | | | OWNER'S PHONE U | | | | X | X | |
| | | 50 OWNER'S ADDRESS 1600 Kapiolani Blvd #825 | | | NOTIFIED 0 No 1 Yes | | | | 51 OWNER'S ADDRESS # 35 | | | NOTIFIED 0 No 1 Yes | | | | | |
| | | 52 INSURED BY Self Ins | POLICY NO. 15AH0794 1328 | | EXP. DATE 02-11-04 | | | | 53 INSURED BY DTRIC | POLICY NO. 576561460A | | EXP. DATE 5-03 | | | | | |
| | | 54 LICENSE PLATE NO. JVD927 | STATE HI | | VIN 1J4FA49S12P728904 | | | V E H I C L E | 55 LICENSE PLATE NO. GSR695 | STATE HI | | VIN JN1CA21D1VT866276 | | | | | |
| | | 56 YEAR 02 | MAKE Jeep | MODEL U | BODY TYPE Jeep | RECON 0 No 1 Yes | COLOR red | | 57 YEAR 97 | MAKE Nissan | MODEL Maxima | BODY TYPE 4DSD | RECON 0 No 1 Yes | COLOR black | | | |
| | | 58 SPECIAL USE X 1 | SFTY EXPIR 6-03 | WEIGHT 3400 | INITIAL IMPACT POINT 1 | 59 DAMAGED AREAS (diagram) | | | 60 SPECIAL USE X | SFTY EXPIR 5-03 | WEIGHT 3460 | INITIAL IMPACT POINT 5 | 61 DAMAGED AREAS (diagram) | | | | |
| | | 62 STOLEN 0 No 1 Yes | TYPE OF DAMAGE 0 None 2 Moderate 1 Light 3 Severe 4 Total | | | ESTIM. DAMAGE $ 3000— | | | 63 STOLEN 0 No 1 Yes | TYPE OF DAMAGE 0 None 2 Moderate 1 Light 3 Severe 4 Total | | | ESTIM. DAMAGE $ 3000— | | | | |
| | | 64 REMOVAL 1 Driven 2 Remained 3 Towed | | REMOVED BY #32 | | | | | 65 REMOVAL 1 Driven 2 Remained 3 Towed | | REMOVED BY Stoneridge Tow | | | | | | |
| | | 66 REMOVED TO Radisson Prince Kuhio Hotel | | | AT THE REQUEST OF 1 Owner 2 Other | | | | 67 REMOVED TO 611 Middle Street | | | AT THE REQUEST OF 1 Police 2 Other | | | | | |
| | | 68 OBJECT STRUCK/DAMAGE DESCRIPTION X | | | ESTIM. DAMAGE $ X | | | O B J | 69 OBJECT STRUCK/DAMAGE DESCRIPTION X | | | ESTIM. DAMAGE $ | | | | | |
| | | 70 OWNER'S NAME/ADDRESS X | | | PHONE X | | | | 71 OWNER'S NAME/ADDRESS X | | | PHONE X | | | | | |

| 72 NAME/ADDRESS | A UNIT | B POSIT | C AGE | D SEX | E EJECT | F SFTY | G INJ | H AREA | I CAUSE | J CARE | K TRANS | L HOSP | M COND | N EMS CARD NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #32/#34 | 01 | 10 | 30 | F | 00 | 06 | 00 | X | X | X | X | X | X | X |
| STEVENS VANGORDER, Kamron /#34 | 01 | 30 | 7 | M | 00 | 06 | 00 | X | X | X | X | X | X | X |
| #32/#35 | 02 | 10 | 44 | F | 00 | 06 | 02 | 04 | 19 | 01 | 02 | 22 | 03 | 42222 |
| AGUIRRE, Andrea /#35 | 02 | 30 | 10 | F | 00 | 06 | 00 | X | X | X | X | X | X | X |
| " Alexandra /#35 | 02 | 60 | 7 | F | 00 | 06 | 00 | X | X | X | X | X | X | X |

| 73 REPORT WRITTEN BY | BADGE NO. | DATE/TIME | 74 SUPERVISOR APPROVING | BADGE NO. |
|---|---|---|---|---|
| Ofc YAGYAGIAN | 3662 | 3-26-03/1630 | | |

EXHIBIT "C"

# Traffic Accident Report

| Field | Value |
|---|---|
| INIT/UNIT | 75 |
| 1 SHEET | 0 of 1 |
| CRIME CODE | Honolulu |
| DISTRICT | 1 |
| CENSUS | 3 |
| 6 | 774 2 |
| CATCH | 03-118667 |
| UNIT/UNIT | 83 |
| 9 REPORT TYPE | M (1 Major / 2 Minor) |
| 10 TOTAL INVOLVED | MV 2, MC X, MOP X, BC X, PED X |
| 11 NO OF WITN | 0 |
| 12 NUMBER KILLED | 0 |
| 13 NUMBER INJURED | 1 |
| 14 TOWAWAY | 1 Yes |
| 15 HIT | 1 |
| 16 FIRE | 0 No |
| 17 PHOTOS | 0 No |
| 18 SELECT ONE | 0 None |
| 19 DATE/TIME OCCURRED | 3-26-03 / 1540 |
| DAY | Wed |
| DATE/TIME REPORTED | 3-26-03 / 1549 |
| 20 REPORTED TO | Dispatch |
| I.D. NO. | |
| 21 INVESTIGATOR(S) | Yagiyagian |
| 22 REPORTED BY NAME/ADDRESS | Anonymous Female |
| RESID. PHONE | U |
| BUS. PHONE | U |
| 23 TIMES SENT | 1550 |
| ARRIVE | 1557 |
| BACK | |
| 24 WEATHER | 1 Clear |
| 25 LIGHT/LIGHTING | 1 Daylight |
| 26 LOCATION CLASSIFICATION | 8 Others |
| 27 TRAFFIC LEVEL | 2 Medium |
| EMS NOTIF | 1606 |
| EMS ARRIVE | 1605 |
| 28 NAME OF STREET OR HIGHWAY | Kalanianaole Hwy (west) |
| CITY OR TOWN | Honolulu |
| ROADWORK | 0 No |
| NUMBER LANES | 5 |
| TYPE | 1 Divided |
| FLOW | 2 Two-Way |
| JURIS/CLASS | 5 |
| 29 DIST AND DIRECTION FROM REFER | 60' east of Hawaii Kai Drive |
| JURIS/CLASS | 5 |

## Occupants

| NAME/ADDRESS | A UNIT | B POSIT | C AGE | D SEX | E EJECT | F SFTY | G INJ | H AREA | J CAUSE | K CARE | L TRANS | M HOSP | N COND | EMS CARD NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUIRRE, Sonya / #35 | 02 | 40 | W | F | 00 | 06 | 00 | X | X | X | X | X | X | |

73 REPORT WRITTEN BY: G. YAGIYAGIAN   BADGE NO. 3602   DATE/TIME 3-26-03 / 1700
74 SUPERVISOR APPROVING   BADGE NO. 4/27/781720

# MOTOR VEHICLE ACCIDENT
## Report of Injured Person(s)

Report No.: 03-118667

Accident Location: Kalanianaole Hwy    Date: 3-26-03    Time: 1540

Injured: TOOZE-AGUIRRE, Kathy    Address: 2123 10th Ave    Phone: U

| | A Unit | B Posit | C Age | D Sex | E Eject | F Sfty | G Inj | H Area | I Cause | J Care | K Trans | L Hosp | M Cond | N EMS Card No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Injured Was: | 02 | 6 | 44 | F | 06 | 06 | 02 | 04 | 09 | 01 | 02 | 22 | 03 | 42722 |

Attending Physician: N/A  MICT J. MOSES

Operator's License: HI (State)  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 (Number)   Race: Caucasian   Age: 44   DOB: 3-3-59

Occupation: U    Where Employed: U

Description of Injuries: Complain of pain to neck

Had been drinking: Yes___ No___ What?___ How Many?___ Time Last Drink?___

Where drinks consumed (Establishment): ___

Statement:

Unable to obtain statement due to party being in pain and being treated by MFD and EMS.

---

Injured: ___    Address: ___    Phone: ___

| | A Unit | B Posit | C Age | D Sex | E Eject | F Sfty | G Inj | H Area | I Cause | J Care | K Trans | L Hosp | M Cond | N EMS Card No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Injured Was: | | | | | | | | | | | | | | |

Attending Physician: ___

Operator's License: ___ (State) ___ (Number)   Race: ___   Age: ___   DOB: ___

Occupation: ___    Where Employed: ___

Description of Injuries: ___

Had been drinking: Yes___ No___ What?___ How Many?___ Time Last Drink?___

Where drinks consumed (Establishment): ___

Statement:

---

Officer's remarks:

Officer: GUYAGUYAGUYAN    I.D. No. WD693    Date/Time: 3-26-03/1710

Supervisor Approving: ___    I.D. No. 73/320    Date/Time: 03/26/03/1900

| 91. ACCIDENT LOCATION | | REPORT NO. |
|---|---|---|
| Kalanianaole Hwy./160' East of Hawaii Kai Dr. (West Bound) HON. | | 03118667 |

### 92. LOCATION OF FIRST HARMFUL EVENT

| INTERSECTION/JUNCTION | ON ROADWAY-NOT AT INT | OFF-ROADWAY | OFF-ROADWAY-OTHER |
|---|---|---|---|
| 01 Intersection Area | 10 Left or Inner Lane | 20 Left Shoulder | 30 Driveway |
| 02 Junction Area | **11 Right or Outer Lane** (circled) | 21 Right Shoulder | 31 Private Road |
| 03 Driveway Access | 12 Other Main Lane | 22 Left Roadside | 32 Parking Lot |
| 04 Alley Access | 13 Merge/Transition Lane | 23 Right Roadside | |
| | 14 Acceleration Lane | 24 Median | 40 Other (Specify) |
| Check if INTERSECTION-RELATED ☐ | 15 Deceleration Lane | 25 Median Crossover | |
| | 16 Left Turn Lane | 26 Outside ROW | |
| | 17 Right Turn Lane | | |
| | 18 Bikeway | | |
| | 19 Bus/HOV Lane | | |

### 93. HARMFUL EVENTS

| Unit | Unit or 0 | Action | | Unit | Unit or 0 | Action |
|---|---|---|---|---|---|---|
| 1 | 1 | 2  61 | | 5 | | |
| 2 | | | | 6 | | |
| 3 | | | | 7 | | |
| 4 | | 11 | | 8 | | |

### 95. DRAW OBJECTS, DIRECTIONS, ETC., ACCORDING TO CURRENT PRACTICE.

DRAW ARROW INDICATING NORTH ▼

Diagram: KALANIANAOLE HWY / WEST BOUND
U-2's Path → U1 ▷
12'  10'  10'
BUS STOP
160' East of Hawaii Kai Dr →

**NON-COLLISION** (Enter 0 in 2nd block)
01 Overturned on Roadway
02 Overturned off Roadway
03 Submersion
04 Fire/Explosion
05 Jackknife
06 Ran Off Roadway
07 Other (Specify)

**COLLISION**

OBJECT/ANIMAL (Enter 0 in 2nd block)
10 Overhead Cables
11 Guardrail
12 Culvert
13 Bridge/Overpass
14 Underpass/Bridge/Support
15 Building
16 Island/Raised Median/Curb
17 Embankment/Retaining Wall
18 Fence
19 Utility Pole
20 Traffic Signal/Sign Post
21 Impact Attenuator
22 Standing Tree/Shrub
23 Hydrant
24 Animal
25 Other (Specify)

PEDESTRIAN
30 Unknown
31 Crossing - in Crosswalk
32 Crossing - outside Crosswalk
33 Crossing - no Crosswalk
34 Darting Out
35 Walking in Roadway
36 Playing in Roadway
37 Directing Traffic
38 Pushing/Working on Vehicle
39 Getting on/off Vehicle
40 Maint./Constr. Project
41 Other (Specify)

BICYCLE/MOPED
50 Unknown
51 Riding in Bikeway
52 Riding outside Bikeway
53 Riding in Road, No Bikeway
54 Riding off Roadway
55 Crossing Roadway
56 Fell in/on Roadway
57 Other (Specify)

MOTOR VEHICLE - IN TRANSPORT
60 Head On
61 Rear End
62 Sideswipe - Same Direction
63 Sideswipe - Opposite Direction
64 Angle - Same Direction
65 Angle - Opposite Direction
66 Broadside

MOTOR VEHICLE - OTHER
70 In Other Roadway

| 96. HOW WERE THE SPEEDS ESTIMATED? | 97. HOW WAS POINT OF IMPACT ESTABLISHED? |
|---|---|
| U1 + U2 | U1 + U2 |

**98. SHOULDER TYPE** (Show on diagram if it was a factor.)
0. No Shoulder  2. Unimproved  4. Gravel/Stone  6. Concrete
1. Turf  3. Graded Earth  5. Asphalt  **7. Other** (circled)

**99.** REFERENCE POINT IS  160' (FEET)  EAST (DIRECTION)
OF  HAWAII KAI DR.  (OBJECT/LANDMARK)
ALL OBJECTS ARE MEASURED FROM POINT OF REFERENCE.

### 100. TIRE/SKID MARKS (FEET)

| Wheel | Unit | Unit | Unit | Unit |
|---|---|---|---|---|
| Lt-F | | | | |
| Rt-F | | | | |
| Lt-R | | | | |
| Rt-R | | | | |

| OBJECT | N | S | E | W |
|---|---|---|---|---|
| | | | | |

**102. ACTIONS OF UNINVOLVED**
PED | BICYC | MOPED | MC | VEH

### 101. ACCIDENT DESCRIPTION (Refer to Units by Number)

Unit 2 stopped in traffic is rear ended by Unit 1, heading west in Kalanianaole Hwy.

DAY/TIME REPRODUCED

| 103. PREPARED BY | BADGE NO. | DATE/TIME | 104. SUPERVISOR APPROVING | BADGE NO. |
|---|---|---|---|---|
| CENDOVA | 2101 | 032603/1915 | (signature) | 4/27/03 320 |