*Law Office of*
**BRUCE B. KIM**

MAY 13 2003

May 12, 2003

Ms. Jamie Miranda
State Farm Insurance Companies
P.O. Box 29400
Honolulu, Hawaii 96820

    Re: Our Clients:    Kathy Tooze-Aguirre, Sonya Aguirre
                              Alexandria Aguirre, and Andrea Aguirre
        Your Insured:   Rachel Stevens-Vangorder
        Claim No.:      37-3370-514
        D/Acc.:         March 26, 2003

Dear Ms. Miranda:

        Thank you for calling this morning. This will confirm that we were retained to represent the above-referenced individuals on their respective claims arising from the March 26, 2003 motor vehicle accident involving your insured. Kindly direct all future communications concerning our clients to our office.

        If you need any information or have any questions, please do not hesitate to contact our office.

                                        Sincerely,

                                        BRUCE B. KIM

BBK/dw

EXHIBIT "D"

00133

One Kapiolani Building • 600 Kapiolani Boulevard, Suite 206 • Honolulu, Hawaii 96813
Telephone: (808) 538-7134 • Facsimile: (808) 538-7136