# State Farm Insurance Companies®



May 14, 2003

PO Box 29400
Honolulu, HI 96820
Phone: (808) 627-4500

Law Office of Bruce B. Kim
600 Kapiolani Boulevard, Suite 206
Honolulu, HI 96813

RE:  Insured:          Rachel Van Gorder
     Claim Number:     37-3370-514
     Date of Accident: March 26, 2003
     Your Client:      Kathy Tooze-Aguirre, Sonya Aguirre, Alexandria Aguirre, Andrea Aguirre

Dear Mr. Kim:

Thank you for your letter of representation dated May 12, 2003.

Should your clients be eligible to present a bodily injury claim, please be advised that we will require their current and, possibly, prior medical records to rule out any pre-existing conditions.

Should you prefer we obtain the above documents, please have your clients sign the enclosed authorizations and return it along with a list of their family physicians.

I look forward to working with you on this claim, and should you have any questions, do not hesitate to call me. Thank you very much.

Sincerely,

Jamie Miranda
Claim Representative
(808) 627-4682
(888) 223-6028
State Farm Mutual Automobile Insurance Company

JM/036/0514001

Enclosure: Authorizations

00132



