*Law Offices of*
**BRUCE B. KIM**

MAY 1 4 2004

May 13, 2004

Ms. Jamie Miranda
State Farm Insurance Companies
P.O. Box 29400
Honolulu, Hawaii 96820

    Re: Our Client:   Kathy Tooze-Aguirre
        Your Insured:  Rachel Stevens-Van Gorder
        Claim No.:     37-3370-514
        D/Acc.:        March 26, 2003

Dear Ms. Miranda:

    I met with my client to discuss your recent offer to settle her claim for $14,000.00, general damages only. Please be advised that your offer is hereby rejected as it fails to take into consideration the significant permanent neck and back injuries our client sustained in this accident, the substantial amount of medical and other rehabilitative expenses she was forced to incur because of your insured's negligence and, finally, the significant economic loss she sustained and continues to sustain because of her injuries. As you already know, this accident has had a significant negative impact upon my client and her family. Your offer simply does not fairly and adequately compensate my client given the nature and extent of the ordeal your insured put her through.

    In light of the foregoing, you are also advised that our client's previous offer to settle this claim for the limits of your insured's BI policy is withdrawn effective today. Unfortunately, your rather harsh position on this matter leaves my client with no alternative but to incur the significant cost and expense of litigating this claim against your insured in order to secure fair and adequate compensation for her and her family.

    I understand from the police report that your insured resides in Oregon. Please let me know if you will agree to accept service of our complaint on her behalf. If I do not hear from you within five (5) days after today's date, I shall presume that you will not agree to do so and that my client has no alternative but to incur the substantial expense of personally serving your insured in Oregon.

    I am also requesting that you provide me now with written confirmation of whether your insured maintains umbrella or other excess coverage which might be applicable to this claim as well as the amount of such coverage. I believe the value of our client's claim exceeds the limits of your insured's BI coverage. Therefore, it would be helpful to know whether she has available excess coverage for this accident. As you know, we are

EXHIBIT "H"

00635

Suite 206 • One Kapiolani Building • 600 Kapiolani Boulevard • Honolulu, Hawaii 96813

MAY 1 4 2004

Ms. Jamie Miranda
May 13, 2004
Page Two

entitled to discover this information upon filing suit in this matter. Hopefully, you will voluntarily provide me this information now to avoid the cost and expense to both sides if I am forced to ascertain this relevant information through formal discovery.

      Finally, I take it that you are refusing to provide me with the witness/party statements and photographs I requested in my April 27, 2004 letter. If this is not the case, please let me know at your earliest convenience.

      Please call me if you have any questions. Thank you for your kind attention to this matter.

Sincerely,

BRUCE B. KIM

BBK/jj

cc: Mrs. Kathy Tooze-Aguirre

00036