FROM : SHAWN FOTOUHI DDS         FAX NO. : 503 614 9874         Oct. 06 2004 04:14PM P2

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel. No. 538-7134

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>   Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>   Defendants. | Civil No. 04-1-0941-05 (VSM)<br>[Motor Vehicle Tort]<br><br>COMPLAINT; SUMMONS |

## COMPLAINT

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and for cause of action against Defendants above-named, allege and aver as follows:

### COUNT I

1. Plaintiffs KATHY TOOZE-AGUIRRE ("KATHY") and DAVID A. AGUIRRE ("DAVID")(collectively "Plaintiffs"), are and at all times relevant hereto were, residents of the City and County of Honolulu, State of Hawaii.

2. Defendant RACHEL STEVENS-VANGORDER ("STEVENS-VANGORDER"), is and at all times relevant hereto was a resident

I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

EXHIBIT "I"

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:15PM P3

of the State of Oregon.

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10 are sued under fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs, except that they may be connected in some manner with the named Defendant and are agents, servants, employees, employers, representatives, co-venturers, associates, vendors, suppliers, manufacturers, subcontractors or contractors of the named Defendant and/or were in some manner not presently known to Plaintiffs engaged in the activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiffs, which negligence was a legal cause of injury or damage to Plaintiffs, and/or conducted some activity in a negligent or dangerous manner, which negligent or dangerous conduct was a legal cause of injury or damage to Plaintiffs, and/or were in some manner related to the named Defendant; and that their true names, identities, capacities, activities and/or responsibilities are presently unknown to Plaintiffs or their attorney. The names and addresses of such unknown Defendants will be supplied by amendments pursuant to H.R.C.P. Rule 17(d) as they become known to Plaintiffs.

4. On or about March 26, 2003, Plaintiff KATHY was stopped in west-bound traffic on Kalanianaole Highway, a public thoroughfare in the City and County of Honolulu, aforesaid, approximately 160 feet East of Hawaii Kai Drive, when her motor

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:15PM   P4

vehicle was hit from the rear by a motor vehicle operated by Defendant STEVENS-VANGORDER.

5.  At all times relevant hereto, Defendant STEVENS-VANGORDER operated her motor vehicle in a negligent and careless manner.

6.  As a direct and proximate result of Defendant STEVENS-VANGORDER's negligence and carelessness as aforesaid, Plaintiff KATHY suffered severe and permanent injuries to her neck and back, suffers and continues to suffer great pain of body and mind, mental anguish and loss of enjoyment of life, sustained and continues to sustain expenses for medical care and other treatment which exceeds the medical rehabilitative limit as established pursuant to Chapter 431:10C of the Hawaii Revised Statutes, as amended, or has otherwise met the requirements of said statute, and sustained and continues to sustain a loss of earnings, all in an amount as shall be proven at the time of trial hereof.

7.  By reason of the premises, Plaintiff KATHY sustained general and special damages in a sum which meets the jurisdictional limits of the Court.

## COUNT II

8.  Plaintiffs incorporate herein and make a part hereof by reference thereto, the allegations contained in Paragraphs 1-7 of the Complaint and further allege as follows:

9.  As a direct and proximate result of the negligence of Defendant STEVENS-VANGORDER as aforesaid, Plaintiff DAVID

-3-

suffered a loss of the love, care, companionship and consortium of his wife.

10. By reason of the premises, Plaintiff DAVID sustained general damages in an amount which meets the jurisdictional limits of the Court.

## COUNT III

11. Plaintiffs incorporate herein and make a part hereof by reference thereto, the allegations contained in Paragraphs 1-10 of the Complaint and further allege as follows:

12. At all times relevant hereto, Defendant STEVENS-VANGORDER acted in a wanton, reckless and grossly negligent manner in complete disregard for Plaintiff KATHY's rights and interests.

13. By reason of the premises, Plaintiff KATHY is entitled to punitive and exemplary damages against Defendant STEVENS-VANGORDER in an amount as will be shown at trial.

WHEREFORE, Plaintiffs pray for judgment against Defendants above-named, jointly and severally, as follows:

1. For general and special damages in an amount as will be shown at the time of trial hereof.

2. For punitive damages in an amount as will be proven at trial.

3. For prejudgment interest at the legal rate from the date of the accident as alleged herein.

4. For their attorney's fees and costs of suit.

5. For such other and further relief as the Court

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:16PM P6

deems just in the premises.

DATED: Honolulu, Hawaii, ___MAY 2 1 2004___.

_____
BRUCE B. KIM
Attorney for Plaintiffs

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:16PM P7

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER CIV No. |
|---|---|---|
| **PLAINTIFF** vs. KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE | | **DEFENDANT** RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10 |

**PLAINTIFF'S ATTORNEY (NAME, ADDRESS, TEL. NO.)**

Law Offices of BRUCE B. KIM
BRUCE B. KIM #2258
One Kapiolani Building
600 Kapiolani Boulevard, Suite 206
Honolulu, HI 96813
Phone: (808) 538-7134  Fax: (808) 538-7136

TO THE DEFENDANT(S):

You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is stated above, an answer to the complaint which is attached. This action must be taken within twenty days after service of this summons upon you, exclusive of the day of service.

If you fail to make your answer within the twenty day time limit, judgment by default will be taken against you for the relief demanded in the complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

| DATE ISSUED | CLERK | | |
|---|---|---|---|
| MAY 2 _ 2004 | | R. HIGA  (SEAL) | |
| I do certify that this is a full, true, and correct copy of the original on file in this office. | | CIRCUIT COURT CLERK | |

IM NO 001101 3/84

SUMMONS TO ANSWER CIVIL COMPLAINT