Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG   2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Mail@TrialLawHawaii.com

Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2004

at 10 o'clock and ___ min. __M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00619 HG BMK<br><br>NOTICE OF REMOVAL; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District Court, District of Hawaii

By _____ Deputy

EXHIBIT "L"

## NOTICE OF REMOVAL

Comes now Defendant defendant RACHAEL STEVENS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter "Removing Defendant"), by her attorneys, and, subject to and without waiver of any right, defense, or claim to which she is entitled, hereby files this Notice of Removal with this Honorable Court, pursuant to 28 U.S.C. § 1441, as amended, for the removal of this case from the Circuit Court of the First Circuit, State of Hawaii, in which it is now pending, to the United States District Court for the District of Hawaii. In support, Removing Defendant states as follows:

1.  This action was commenced in the Circuit Court of the First Circuit, State of Hawaii, as Civil No. 04-1-0941-05 (VSM), on May 21, 2004, by Plaintiffs KATHY TOOZE-AGUIRRE and DAVID A. AGUIRRE (hereinafter collectively referred to as "Plaintiffs"). Removing Defendant was served with a copy of the Complaint and Summons in person on October 1, 2004. This civil action is currently based upon that Complaint, filed in the Circuit Court of the First Circuit, State of Hawaii, and captioned "Kathy Tooze-Aguirre, and David A. Aguirre v. Rachel Stevens-Vangorder, et al." A true and accurate copy of the Complaint and Summons, filed May 21, 2004, is attached hereto as Exhibit "A". This document constitutes all of the process, pleadings, and orders served upon Removing Defendant in this action to date.

2. The pleadings attached hereto as Exhibit "A" reflect that this is a civil action of which this Court has original jurisdiction, pursuant to 28 U.S.C. § 1332, in that the amount in controversy is reasonably believed to be greater than $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between the Plaintiffs and the properly named Defendant. Removing Defendant is a resident of the State of Oregon, and Plaintiffs allege that she is a resident of the State of Oregon. The named Defendant has given her consent to this removal, and, based on Exhibit "A" attached hereto, this action was commenced less than one (1) year ago. This action is removable pursuant to 28 U.S.C. § 1441(a) and (b).

3. Attached as Exhibit "B" is a listing of the only process, pleadings, or orders which have been filed and entered in this action in the Circuit Court of the First Circuit, State of Hawaii, to date.

4. Removing Defendant is filing a copy of this Notice of Removal contemporaneously with the Clerk of the Circuit Court of the First Circuit, State of Hawaii, pursuant to 28 U.S.C. § 1446(d), as amended.

5. Contemporaneously with the filing of this Notice of Removal, a copy is being served upon all adverse parties herein.

WHEREFORE, Removing Defendant prays that the action now pending against her in the Circuit Court of the First Circuit, State of Hawaii, be removed to this Honorable Court.

DATED: HONOLULU, HAWAII, October 18, 2004

RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:14PM P2

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM  #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Tel. No. 538-7134

Attorney for Plaintiffs

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-1-0941-05 (VSM)<br>) [Motor Vehicle Tort]<br>) |
| Plaintiffs, | ) COMPLAINT; SUMMONS<br>) |
| vs. | ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## COMPLAINT

COME NOW Plaintiffs above-named, by and through their attorney, BRUCE B. KIM, and for cause of action against Defendants above-named, allege and aver as follows:

### COUNT I

1. Plaintiffs KATHY TOOZE-AGUIRRE ("KATHY") and DAVID A. AGUIRRE ("DAVID")(collectively "Plaintiffs"), are and at all times relevant hereto were, residents of the City and County of Honolulu, State of Hawaii.

2. Defendant RACHEL STEVENS-VANGORDER ("STEVENS-VANGORDER"), is and at all times relevant hereto was a resident

EXHIBIT "A"

of the State of Oregon.

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10 are sued under fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs, except that they may be connected in some manner with the named Defendant and are agents, servants, employees, employers, representatives, co-venturers, associates, vendors, suppliers, manufacturers, subcontractors or contractors of the named Defendant and/or were in some manner not presently known to Plaintiffs engaged in the activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiffs, which negligence was a legal cause of injury or damage to Plaintiffs, and/or conducted some activity in a negligent or dangerous manner, which negligent or dangerous conduct was a legal cause of injury or damage to Plaintiffs, and/or were in some manner related to the named Defendant; and that their true names, identities, capacities, activities and/or responsibilities are presently unknown to Plaintiffs or their attorney. The names and addresses of such unknown Defendants will be supplied by amendments pursuant to H.R.C.P. Rule 17(d) as they become known to Plaintiffs.

4. On or about March 26, 2003, Plaintiff KATHY was stopped in west-bound traffic on Kalanianaole Highway, a public thoroughfare in the City and County of Honolulu, aforesaid, approximately 160 feet East of Hawaii Kai Drive, when her motor

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:15PM  P4

vehicle was hit from the rear by a motor vehicle operated by Defendant STEVENS-VANGORDER.

5.  At all times relevant hereto, Defendant STEVENS-VANGORDER operated her motor vehicle in a negligent and careless manner.

6.  As a direct and proximate result of Defendant STEVENS-VANGORDER's negligence and carelessness as aforesaid, Plaintiff KATHY suffered severe and permanent injuries to her neck and back, suffers and continues to suffer great pain of body and mind, mental anguish and loss of enjoyment of life, sustained and continues to sustain expenses for medical care and other treatment which exceeds the medical rehabilitative limit as established pursuant to Chapter 431:10C of the Hawaii Revised Statutes, as amended, or has otherwise met the requirements of said statute, and sustained and continues to sustain a loss of earnings, all in an amount as shall be proven at the time of trial hereof.

7.  By reason of the premises, Plaintiff KATHY sustained general and special damages in a sum which meets the jurisdictional limits of the Court.

## COUNT II

8.  Plaintiffs incorporate herein and make a part hereof by reference thereto, the allegations contained in Paragraphs 1-7 of the Complaint and further allege as follows:

9.  As a direct and proximate result of the negligence of Defendant STEVENS-VANGORDER as aforesaid, Plaintiff DAVID

suffered a loss of the love, care, companionship and consortium of his wife.

10. By reason of the premises, Plaintiff DAVID sustained general damages in an amount which meets the jurisdictional limits of the Court.

## COUNT III

11. Plaintiffs incorporate herein and make a part hereof by reference thereto, the allegations contained in Paragraphs 1-10 of the Complaint and further allege as follows:

12. At all times relevant hereto, Defendant STEVENS-VANGORDER acted in a wanton, reckless and grossly negligent manner in complete disregard for Plaintiff KATHY's rights and interests.

13. By reason of the premises, Plaintiff KATHY is entitled to punitive and exemplary damages against Defendant STEVENS-VANGORDER in an amount as will be shown at trial.

WHEREFORE, Plaintiffs pray for judgment against Defendants above-named, jointly and severally, as follows:

1. For general and special damages in an amount as will be shown at the time of trial hereof.

2. For punitive damages in an amount as will be proven at trial.

3. For prejudgment interest at the legal rate from the date of the accident as alleged herein.

4. For their attorney's fees and costs of suit.

5. For such other and further relief as the Court

-4-

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:16PM P6

deems just in the premises.

DATED: Honolulu, Hawaii, _____MAY 2 1 2004_____.

*[signature]*
BRUCE B. KIM
Attorney for Plaintiffs

FROM : SHAWN FOTOUHI DDS          FAX NO. : 503 614 9874          Oct. 06 2004 04:16PM P7

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER CIV No. |
|---|---|---|
| **PLAINTIFF** vs. KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE | **DEFENDANT** RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10 | |

PLAINTIFF'S ATTORNEY (NAME, ADDRESS, TEL. NO.)
Law Offices of BRUCE B. KIM
BRUCE B. KIM #2258
One Kapiolani Building
600 Kapiolani Boulevard, Suite 206
Honolulu, HI 96813
Phone: (808) 538-7134  Fax: (808) 538-7136

TO THE DEFENDANT(S):

You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is stated above, an answer to the complaint which is attached. This action must be taken within twenty days after service of this summons upon you, exclusive of the day of service.

If you fail to make your answer within the twenty day time limit, judgment by default will be taken against you for the relief demanded in the complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

| ATE ISSUED MAY 2, 2004 | CLERK R. HIGA (SEAL) | |
|---|---|---|
| o certify that this is a full, true, and correct copy the original on file in this office. | CIRCUIT COURT CLERK | |

NO 001101 3/04                                                           SUMMONS TO ANSWER CIVIL COMPLAINT



Print | Help | New Se

### Non-Criminal Case Information Screen

1CC04-

**Case Title:** KATHY TOOZE-AGUIRRE ETAL VS R STEVENS-VANGORDER

| | | |
|---|---|---|
| **Initiation Date:** 05-21-2004 | **Initiation Type:** P | **Confidential Code:** N |
| **Initiator I.D.:** A2258 | **Division:** 1C03 | **Court:** C |
| **Cause of Action:** MOTOR VEH TORT | | **Nature of Action:** 02201 |
| **Section Code:** | | |
| **Trial Type:** | **Trial Judge:** | **Court Costs:** 0000000000 |
| **Consolidation Code:** | | |
| **Case Disposition:** | **Case Termination:** | **Case Termination Date:** 00-00-0000 |
| **Orig. Agency:** | | **Lower Court Case:** |
| **Taxation Dist.:** | | **Tax Appeal Source:** |
| **Gen. Ex. Tax Amt.:** 0000000000 | **Gen. Ex. Tax No.:** | **Tax Key:** |
| **Property Location:** | | |

**Comments:** RACHEL STEVENS-VANGORDER

[Party List]  [Document List]  [Court Minutes List]

EXHIBIT "B"



Print | Help | New Se

Document Detail

1CC04-

Sequence:

**Case Title:** KATHY TOOZE-AGUIRRE ETAL VS R STEVENS-VANGORDER
**Doc. ID:** CMP        **Date of Filing:** 05-21-2004        **Time of Filing:** 1057
**Doc. Name:** COMPLAINT; SUMMONS

**Filing Party Name:** KIM, BRUCE BYRO
**Volume Number:**
**Case Folder Page Number:**
**Comments:**

&lt;Previous | Next&gt;  **Page Number:** PG 0000001 OF

  



# Hawai'i State Judiciary Ho'ohiki

Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Se

Document Detail

1CC04-
Sequence:

**Case Title:** KATHY TOOZE-AGUIRRE ETAL VS R STEVENS-VANGORDER
**Doc. ID:** NPF        **Date of Filing:** 05-21-2004        **Time of Filing:** 1058
**Doc. Name:** NOTICE FOR PAYMENT OF FEES

**Filing Party Name:** FILED BY COURT,
**Volume Number:**
**Case Folder Page Number:**
**Comments:**

<Previous | Next>    Page Number: 0000002 OF

  




Print | Help | New Se

Document Detail

1CC04-
Sequence:

**Case Title:** KATHY TOOZE-AGUIRRE ETAL VS R STEVENS-VANGORDER
**Doc. ID:**         **Date of Filing:** 10-12-2004          **Time of Filing:** 1353
**Doc. Name:** AFFIDAVIT OF DOROTHY JOHNSTON; EXHIBIT A
(SRVD COMP; SUMMONS TO RACHEL STEVENS-VANGORDER

ON 9/30/04)

**Filing Party Name:** KIM, BRUCE BYRO
**Volume Number:**
**Case Folder Page Number:**
**Comments:**

<Previous | Next>   Page Number: 0000003 OF

  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | ) CIVIL NO. _____<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 18th day of October, 2004.

　　　　　　　　　BRUCE B. KIM, ESQ.
　　　　　　　　　Suite 206, One Kapiolani Building
　　　　　　　　　600 Kapiolani Boulevard
　　　　　　　　　Honolulu, HI  96813
　　　　　　　　　Attorney for Plaintiffs

5

DATED: HONOLULU, HAWAII, October 18, 2004

                                                RANDALL Y.S. CHUNG
                                                Attorney for Defendant
                                                RACHAEL STEVENS
                                                (incorrectly named as
                                                RACHEL STEVENS-VANGORDER)