Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG   2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email:  Mail@TrialLawHawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 9 2004

at ___/ o'clock and 5 5min. ___M
WALTER A.Y.H. CHINN, CLERK

Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00619 HG BMK<br><br>DEFENDANT RACHAEL STEVENS (incorrectly named as RACHEL STEVENS-VANGORDER)'S ANSWER TO COMPLAINT, FILED ON 5/21/04; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE |

EXHIBIT "M"

DEFENDANT RACHAEL STEVENS (incorrectly named as RACHEL STEVENS-VANGORDER)'S ANSWER TO COMPLAINT, FILED ON 5/21/04

Comes now defendant RACHAEL STEVENS (incorrectly named as RACHEL STEVENS-VANGORDER) ("this Defendant"), by her attorneys, and, for answer to the Complaint herein, alleges and avers as follows:

FIRST DEFENSE - ALL COUNTS:

1. The Complaint fails to state a claim against this Defendant upon which relief can be granted.

SECOND DEFENSE - COUNT I:

2. Paragraph 5 is denied.

3. Paragraph 2 is admitted.

4. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraphs 1, 3, 4, 6 and 7, except that she:

    a. admits that on or about March 26, 2003, she was operating a motor vehicle, as alleged in Paragraph 4; and

    b. specifically denies any and all allegations of negligence and/or carelessness on her part, and further specifically denies that any alleged negligence and/or carelessness on her part was the proximate cause of the accident, injuries and/or damages set forth in the Complaint.

SECOND DEFENSE - COUNT II:

5. This Defendant realleges and incorporates herein by reference her answers to Paragraphs 1 through 7, inclusive.

6. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraphs 9 and 10, except that she specifically denies any and all allegations of negligence on her part, and further specifically denies that any alleged negligence on her part was the proximate cause of the accident, injuries and/or damages set forth in the Complaint.

SECOND DEFENSE - COUNT III:

7. This Defendant realleges and incorporates herein by reference her answers to Paragraphs 1 through 10, inclusive.

8. Paragraphs 12 and 13 are denied.

THIRD DEFENSE - ALL COUNTS:

9. Plaintiffs willingly, knowingly or voluntarily assumed the risk of the accident and any injuries and/or damages they may have sustained as alleged in the Complaint.

FOURTH DEFENSE - ALL COUNTS:

10. If plaintiffs were injured and/or damaged as alleged in the Complaint, such injuries and/or damages were caused or contributed to by negligence on the part of plaintiffs.

FIFTH DEFENSE - ALL COUNTS:

11. This Defendant was not a substantial factor in causing the accident, injuries and/or damages alleged in the Complaint.

SIXTH DEFENSE - ALL COUNTS:

12. Plaintiffs' claims are barred by Chapter 294, Hawaii Revised Statutes, as amended, now renumbered as Chapter 431, Article 10C of the Hawaii Revised Statutes, as amended.

SEVENTH DEFENSE - ALL COUNTS:

13. Plaintiffs' claims are barred by the operation of the doctrine(s) of laches, waiver or estoppel.

EIGHTH DEFENSE - ALL COUNTS:

14. Plaintiffs have failed to name or join certain necessary or indispensable party or parties to this action.

NINTH DEFENSE - ALL COUNTS:

15. The allegations set forth in the Complaint do not warrant an award of prejudgment interest.

TENTH DEFENSE - ALL COUNTS:

16. Plaintiffs have failed to mitigate their damages.

ELEVENTH DEFENSE – ALL COUNTS:

17. The alleged acts, or omissions to act, on this Defendant's part, as set forth in the Complaint, do not warrant an award of punitive damages.

WHEREFORE, this Defendant prays that:

A. The Complaint herein be dismissed, and she be given her costs and attorney's fees;

B. If it be determined that this Defendant and plaintiffs were negligent with respect to the events described in the Complaint, the relative and comparative degree of fault of each party be determined in accordance with Section 663-31, Hawaii Revised Statutes, as amended, and judgment be rendered accordingly; and

C. She be given such other and further relief as to this Court seems just.

DATED: HONOLULU, HAWAII, _____October 19, 2004_____

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>  Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>  Defendants. | CIVIL NO. CV04 00619 HG BMK<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Defendant RACHAEL STEVENS (incorrectly named as RACHEL STEVENS-VANGORDER) hereby demands a trial by jury.

DATED: HONOLULU, HAWAII, October 19, 2004

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO.  CV04 00619 HG BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this ____19th____ day of October, 2004.

　　　　　　　　BRUCE B. KIM, ESQ.
　　　　　　　　Suite 206, One Kapiolani Building
　　　　　　　　600 Kapiolani Boulevard
　　　　　　　　Honolulu, HI  96813
　　　　　　　　Attorney for Plaintiffs

7

DATED: HONOLULU, HAWAII, _October 19, 2004_

_____
RANDALL Y.S. CHUNG
Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)