Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG   2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: info@triallawhawaii.com

Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2004

at 2 o'clock and 55 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>           Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>           Defendants. | CIVIL NO. CV04 00619 HG BMK<br><br>CERTFICATE RE: DEFENDANT RACHAEL STEVENS' (incorrectly named as RACHEL STEVENS-VANGORDER) FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KATHY TOOZE-AGUIRRE; CERTIFICATE OF SERVICE |

EXHIBIT "N"

## CERTIFICATE OF SERVICE RE:

I HEREBY CERTIFY that the original and one copy of DEFENDANT RACHAEL STEVENS' (incorrectly named as RACHEL STEVENS-VANGORDER) FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KATHY TOOZE-AGUIRRE were duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on the date indicated below.

        BRUCE B. KIM, ESQ.
        600 Kapiolani Boulevard, Suite 206
        Honolulu, HI 96813
        Attorney for Plaintiffs

DATED: HONOLULU, HAWAII,    NOV 1 0 2004

        _____
        RANDALL Y.S. CHUNG
        Attorney for Defendant
        RACHAEL STEVENS (incorrectly
        named as RACHEL STEVENS-
        VANGORDER)

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

RANDALL Y.S. CHUNG     2929-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: info@triallawhawaii.com

Attorney for Defendant
RACHAEL STEVENS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2004

at 2 o'clock and 55 min. P M.
WALTER A. Y. H. CHINN, CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV04 00619 HG BMK<br><br>CERTFICATE RE: DEFENDANT RACHAEL STEVENS' (incorrectly named as RACHEL STEVENS-VANGORDER) FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF KATHY TOOZE-AGUIRRE; CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE RE:

I HEREBY CERTIFY that the original and one copy of DEFENDANT RACHAEL STEVENS' (incorrectly named as RACHEL STEVENS-VANGORDER) FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF KATHY TOOZE-AGUIRRE were duly served on the following attorney(s) by hand delivering same or by placing the same in the United States mail, postage prepaid, on the date indicated below.

        BRUCE B. KIM, ESQ.
        600 Kapiolani Boulevard, Suite 206
        Honolulu, HI 96813
        Attorney for Plaintiffs

DATED: HONOLULU, HAWAII, _____NOV 1 0 2004_____

        _____
        RANDALL Y.S. CHUNG
        Attorney for Defendant
        RACHAEL STEVENS (incorrectly
        named as RACHEL STEVENS-
        VANGORDER)