*Law Offices of*
**BRUCE B. KIM**

---

December 8, 2004

**HAND DELIVERED**

Randall Y. S. Chung, Esq.
Matsui Chung Sumida & Tsuchiyama
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

   Re: Tooze-Aguirre, et al. v. Stevens-Vangorder
     Civil No. 04-00619 HG BMK

Dear Mr. Chung:

   In conjunction with our LR Rule 26.1(a) conference scheduled today at your office, I am transmitting herewith a copy of the demand packet our office mailed to Ms. Jamie Miranda of State Farm Insurance Company back on March 11, 2004, together with all attachments.

   I am also enclosing a Stipulated Qualified Protective Order which I drafted for your approval and signature. Inasmuch as you have initiated discovery in this matter ahead of our conference, I am prepared to provide you with the requested discovery material, including, but not limited to, the authorizations requested in your letter dated December 6, 2004, upon the signing and filing of the enclosed Order.

   If you have any questions regarding the enclosed documents, please call me. I look forward to working with you on this matter.

           Very truly yours,

           */s/ Bruce B. Kim*

           BRUCE B. KIM

BBK/jj

Enclosures

EXHIBIT "P"