# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

December 29, 2004

Bruce B. Kim, Esq.
One Kapiolani Building, Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re:   Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
      Civil No. 04-1-0941-05 (VSM)

Dear Mr. Kim:

Thank you for providing us with your proposed Stipulated Qualified Protective Order. We have made some revisions, and enclose a copy of the revised Stipulated Qualified Protective Order for your approval and signature. If it meets with your approval, please return the signed document to our office for further handling.

Please do not hesitate to contact our office should you have any questions.

Very truly yours,

MATSUI CHUNG

BY: _____
     RANDALL Y.S. CHUNG

Enclosure

EXHIBIT "Q"