# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

January 3, 2005

Bruce Kim, Esq.
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, HI 96813

Re: Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
Civil No. 04-1-0941-05 (VSM)

Dear Mr. Kim:

We are writing to inquire on the status of the ten <u>Authorization for Use and Disclosure of Medical Information</u> forms to release your client's records from:

1) Queen's Medical Center-Medical Records Department
2) Queen's Medical Center-Billing Department
3) David Suzuki, DC
4) Tyronne Dang, MD
5) Yoshimoto Physical Therapy, LLC
6) Hawaii Center for Sleep Medicine, Ltd
7) Yeoh & Muranaka, MD's, Inc
8) Radiology Associates, Inc.
9) The Emergency Group
10) State of Hawaii Emergency Medical Services.

We are also inquiring on the status of the <u>Authorization to Release Employment Records</u> to release your client's records from Kathy Helping Hands.

All of the authorizations were sent to you on December 6, 2004

Please have Ms. Tooze-Aguirre provide her phone number, initial, sign, date, and return the authorizations to this office as soon as possible.

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*


EXHIBIT "R"

Bruce Kim, Esq.
December 6, 2004
Page 2

Your prompt attention to this matter is greatly appreciated.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

MATSUI CHUNG

By: _____
RANDALL Y.S. CHUNG

RYSC:ak
Enclosures
cc: Ms. Judy Yokogawa
    Claim No.: 37-3370-514