*Law Offices of*
# BRUCE B. KIM

January 13, 2005

Randall Y. S. Chung, Esq.
Matsui Chung Sumida & Tsuchiyama
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

> Re: Tooze-Aguirre, et al. v. Stevens-Vangorder
> <u>Civil No. 04-00619 HG BMK</u>

Dear Mr. Chung:

     I am returning herewith the revised Stipulated Qualified Protective Order which you forwarded to me via your letter dated January 10, 2005. I am also returning herewith our client's signed Limited Authorizations For Release of Protected Health Information for the following providers:

1. Queen's Medical Center-Medical Records Department;

2. Queen's Medical Center-Billing Department;

3. David Suzuki, D.C.;

4. Tyronne Dang, M.D.;

5. Yoshimoto Physical Therapy, LLC;

6. Hawaii Center For Sleep Medicine, Ltd.;

7. Yeoh & Muranaka, MD's, Inc.;

8. Radiology Associates, Inc.;

9. The Emergency Group, Inc.; and

10. State of Hawaii Emergency Medical Services.

     As to the records regarding "Kathy [sic] Helping Hands", I think you are aware


EXHIBIT "S"

Randall Y. S. Chung, Esq.
January 13, 2005
Page Two


that Mrs. Tooze-Aguirre is self-employed. Please let me know what business records you are seeking and I will ask that she furnish them to our office.

Please let me know if there is anything else you need at this time.

Very truly yours,

BRUCE B. KIM

BBK/jj

Enclosures