1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3   KATHY TOOZE-AGUIRRE, and    )  CIVIL NO. 04 00619 HG BMK
     DAVID A. AGUIRRE,           )
 4                               )
                                 )
 5              Plaintiffs,      )
                                 )         ORIGINAL
         vs.                     )
 6                               )
     RACHEL STEVENS-VANGORDER,   )
 7   JOHN DOES 1-10, JANE DOES 1-10, )
     ET AL.,                     )
 8                               )
                Defendants.      )
 9   _____)
10
11          DEPOSITION OF KATHY ANN TOOZE-AGUIRRE
12   Taken on behalf of the Defendant Rachael Roxxann Wilks,
13   incorrectly named as Rachel Stevens-Vangorder, at the law offices
14   of Matsui Chung Sumida & Tsuchiyama, Suite 1400, Mauka Tower, 737
15   Bishop Street, Honolulu, Hawaii, commencing at 9:33 a.m. on
16   Thursday, May 26, 2005 pursuant to Notice.
17
18
19   BEFORE:  CYNTHIA A. GARDUQUE, CSR 251
              Notary Public, State of Hawaii
20
21
22
23
24           CARNAZZO COURT-REPORTING CO., LTD.
25                     EXHIBIT "V"
```