# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

June 22, 2005

Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re: Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
Civil No. 04 00619 BMK

Dear Mr. Kim:

As you are aware, we would like to have your client, Kathy Tooze-Aguirre, examined by Dr. James Scoggin, III.

Dr. Scoggin is available on the following dates:

1. Monday, August 15, 2005 at 9:00 a.m., 11:00 a.m., 1:30 p.m., and 2:30 p.m.
2. Monday, August 22, 2005 at 9:00 a.m., 11:00 a.m., 1:30 p.m., and 2:30 p.m.
3. Monday, September 19, 2005 at 9:00 a.m., 10:00 a.m., 11:00 a.m., 1:30 p.m., and 2:30 p.m.

Please let us know at your earliest convenience, the date and time your client is available, so we may schedule her appointment.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

MATSUI CHUNG

BY: _____
RANDALL Y.S. CHUNG

RYSC:csd

cc: Ms. Judy Yokogawa
    Claim No.: 37-3370-514


EXHIBIT "W"

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*