# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

July 8, 2005

Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re:  Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
     Civil No. 04 00619 BMK

Dear Mr. Kim:

This letter is in follow-up to our letter dated, June 22, 2005.

We would like schedule Ms. Kathy Tooze-Aguirre's medical examination with Dr. James Scoggin, III. As of today, Dr. Scoggin is available on the following dates and times:

1. Monday, August 22, 2005 at 9:00 a.m. and 2:30 p.m.
2. Monday, September 19, 2005 at 9:00 a.m., 10:00 a.m., and 11:00 a.m.
3. Monday, September 26, 2005 at 9:00 a.m., 10:00 a.m., 11:00 a.m., 1:30 p.m., and 2.30 p.m.

We ask that you please provide us with the date and time that Ms. Tooze-Aguirre is available, so we may schedule her appointment. If Ms. Tooze-Aguirre is available on more than one date and/or time, please let us know because Dr. Scoggin's appointments fill up quickly.

We also noted in Economist Thomas Loudat's report, dated May 9, 2005, that you provided him with Ms. Tooze-Aguirre's W-2 Earning Statements for the year 2001, as well as her pay stubs from the Honolulu Pet Clinic, dated March 2, 2005 and March 16, 2005. We kindly ask that you provide us with a copy of these documents.

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*


EXHIBIT "X"

Bruce B. Kim, Esq.
July 8, 2005
Page 2

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

                Very truly yours,

                MATSUI CHUNG

                BY: _____
                      RANDALL Y.S. CHUNG

RYSC:csd

cc:    Ms. Judy Yokogawa
       Claim No.: 37-3370-514