# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

July 14, 2005

Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re: Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
Civil No. 04 00619 HG BMK

Dear Mr. Kim:

Please be advised that Dr. James Scoggin, III is no longer available to exam Ms. Kathy Tooze-Aguirre on August 15, 2005.

As of today, Dr. Scoggin is available on the following dates and times:

1. Monday, September 19, 2005 at 9:00 a.m., 10:00 a.m., 11:00 a.m., and 2:30 p.m.
2. Monday, September 26, 2005 at 9:00 a.m., 10:00 a.m., 11:00 a.m., and 2.30 p.m.
3. Monday, October 10, 2005 at 9:00 a.m., 10:00 a.m., 11:00 a.m., and 1:30 p.m.

We ask that you please provide us with the date and time that Ms. Tooze-Aguirre is available, so we may schedule her appointment. If Ms. Tooze-Aguirre is available on more than one date and/or time, please let us know because Dr. Scoggin's appointments fill up very quickly.

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*

EXHIBIT "Y"

Bruce B. Kim, Esq.
July 14, 2005
Page 2

 

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact the undersigned.

      Very truly yours,

      MATSUI CHUNG

      BY: _____
           RANDALL Y.S. CHUNG

RYSC:csd

cc:  Ms. Judy Yokogawa
      Claim No.: 37-3370-514