***COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)***

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3                    ---|---                    COPY

4    KATHY TOOZE-AGUIRRE,          ) CIVIL NO. 04-00619 BMK
     and DAVID A. AGUIRRE,         )
5                                  )
                Plaintiffs,        )
6                                  )
          vs.                      )
7                                  ) TRIAL DATE: 01/31/2006
                                   )
8    RACHEL STEVENS-VANGORDER,     )
     JOHN DOES 1-10,               )
     JANE DOES 1-10,               )
9    DOE PARTNERSHIPS 1-10,        )
     DOE JOINT VENTURES 1-10,      )
10   DOE CORPORATIONS 1-10,        )
     and DOE ENTITIES 1-10,        )
11                                 )
                Defendants.        )
12   _____)

13

14        DEPOSITION OF PETER E. DIAMOND, M.D.

15   Taken on behalf of the Defendant Rachael Roxxann Wilks

16   (incorrectly named as Rachel Stevens-Vangorder), at the

17   _____ _____ _____cts Medical Clinic, Inc., Honolulu

18   Club Building ___ ___ Avenue, Suite 460, Honolulu,

19   Hawai`i 96814 commencing at 1:26 p.m., on Thursday,

20   September 8, 2005, pursuant to Notice.

21

22   BEFORE:

23              Valerie Mariano Swiderski, CSR No. 353
                Notary Public, State of Hawai`i

24

25
                      EXHIBIT "2"