# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Lance S. Au
Randall Y. S. Chung
Daniel C. H. Fong
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Kevin P.H. Sumida
Milton S. Tani
Thomas Tsuchiyama
Anthony L. Wong

October 3, 2005

Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re: Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
Civil No. 04 00619 HG BMK

Dear Mr. Kim:

We would like to schedule a medical examination of your client, Kathy Tooze-Aguirre, with James F. Scoggin, III, M.D. on October 19, 2005 at 2:00pm.

Please advise us if this date and time would be convenient for Ms. Tooze-Aguirre to attend a medical examination. The date has not been reserved, so your response as soon as possible would be appreciated.

Thank you for your continuing cooperation in this matter.

Very truly yours,

MATSUI CHUNG

BY: _____
RANDALL Y.S. CHUNG

RYSC:ak
cc: Ms. Judy Yokogawa
    Claim No.: 37-3370-514