## Law Offices of
## BRUCE B. KIM

October 4, 2005

**VIA FACSIMILE & REGULAR MAIL**

Randall Y. S. Chung, Esq.
Matsui Chung Sumida & Tsuchiyama
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

      Re: Tooze-Aguirre, et al. v. Stevens-Vangorder
           Civil No. 04-00619 BMK

Dear Mr. Chung:

    At your request, we have confirmed that our client will be available for the Rule 35 defense medical examination with James F. Scoggins, III, M.D. on October 19, 1005, at 2:00 p.m.

    Please let me know if you need anything further at this time.

                    Very truly yours,

                    BRUCE B. KIM

BBK/jj