# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Randall Y. S. Chung
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Milton S. Tani

January 11, 2006

Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawai'i 96813

Re:   Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
      Civil No. 04 00619 HG BMK

Dear Mr. Kim:

This follows our meeting on January 10, 2006.

As we mentioned, we are willing to stipulate as to the authenticity of the proposed exhibits. You stated that you would confer with your client regarding this, and let us know.

If you are in agreement, enclosed for your consideration and execution is the original Stipulation Regarding Authenticity of Exhibits. If any revisions are necessary, please let us know. Otherwise, please execute the stipulation and return it to our office for further handling.

We also await your response as to the proposed Special Verdict Form, which we revised as discussed. A copy is enclosed for your reference.

We also await your response as to the proposed jury instructions.

As discussed, we will each provide the Court with our own set of proposed exhibits, since we were unable to come to an agreement regarding a joint set. We understand, however, that you will withdraw Plaintiff's proposed Exhibits 6 and 7, and will agree to redact references to State Farm in Plaintiff's proposed Exhibit 8.

Should you have any questions, please do not hesitate to contact our office.

---

*Suite 1400 Mauka Tower • Pacific Guardian Center • 737 Bishop Street • Honolulu, Hawaii 96813*
*Telephone Number (808) 536-3711 • Facsimile Number (808) 599-2979*

EXHIBIT "CC"

Bruce B. Kim, Esq.
January 11, 2006
Page 2

Thank you for your attention to this matter.

Very truly yours,

MATSUI CHUNG

By: _____
RANDALL Y.S. CHUNG

RYSC:mel
Enclosures
cc:  Ms. Judy Yokogawa
     Claim No.: 37-3370-514