EXHIBIT "EE"
TO DEFENDANT RACHAEL ROXXANN WILKS' MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST,
FILED ON FEBRUARY 9, 2006

FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE
ORDER, FILED HEREIN ON JANUARY 20, 2005