*Law Offices of*
## BRUCE B. KIM



June 17, 2005

Randall Y. S. Chung, Esq.
Matsui Chung Sumida & Tsuchiyama
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

       Re: Tooze-Aguirre, et al. v. Stevens-Vangorder
          Civil No. 04-00619 HG BMK

Dear Mr. Chung:

       Pursuant to your office's request at the conclusion of our client's oral deposition on May 26, 2005, as subsequently memorialized in Ms. Naitoh's letter of May 26, 2005, and as confirmed in a telephone conversation between our secretaries yesterday, I am delivering the following original documents to Island Printing Center for copying:

       1.  1 black Composition Book which contains various handwritten entries for income received during the years 2001-2004;

       2.  1 maroon Mead Grad Recycled notebook containing handwritten notes for various dates from March 26, 2003 through April 14, 2003; and

       3.  State of Hawaii, Dept. of Taxation Form G-49s for the years 2001-2004.

       Your office has confirmed that it will arrange to pick-up the copies from Island Printing and will pay them directly for any copying charges incurred.

       Please call me if you need any further information concerning our client's claim.

       Very truly yours,

       BRUCE B. KIM

BBK/ct

EXHIBIT "FF"