IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04 00619 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid, on this 17th day of February, 2006.

　　　　　　　　　　BRUCE B. KIM, ESQ.
　　　　　　　　　　Suite 206, One Kapiolani Building
　　　　　　　　　　600 Kapiolani Boulevard
　　　　　　　　　　Honolulu, HI  96813

　　　　　　　　　　JANICE P. KIM, ESQ.
　　　　　　　　　　3615 Harding Avenue, Suite 206
　　　　　　　　　　Honolulu, HI  96816

　　　　　　　　　　Attorneys for Plaintiff

2

DATED: HONOLULU, HAWAII,  February 17, 2006.

*[signature]*
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-
VANGORDER)

2