IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) Civil No. 04-00619 BMK |
| | ) |
| | ) DECLARATION OF BRUCE B. KIM |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA- TIONS 1-10, and DOE ENTITIES 1-10, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF BRUCE B. KIM

I, BRUCE B. KIM, hereby declare under penalty of law as follows:

1.    I am one of the attorneys for Plaintiff KATHY TOOZE-AGUIRRE.

2.    That attached to and made a part of Plaintiff's Reply Memorandum In Support of Plaintiff's Motion For Prejudgment Interest Filed on February 9, 2006 ("Memorandum") as Exhibit "A" is a true and correct copy of Page 2 of the State Farm Estimator Fact Sheet dated April 9, 2003

3.    That attached to and made a part of the Memorandum as Exhibit "B" is a true and correct copy of the letter I sent to Jamie Miranda at State Farm on March 17, 2004.

4.    That attached to and made a part of the Memroranda as Exhibit "C" is a true and correct copy of the letter I sent to

Jamie Miranda at State Farm on June 30, 2004.

DATED: Honolulu, Hawaii, _____ FEB 2 7 2006 _____.

_____

BRUCE B. KIM