```
                                       RB1AA491
                                    date: 04-09-03                        page:    2
AUTO
claim number
37-3370-514
```

| | |
|---|---|
| primary claim rep: Pigsley, James | |
| phone: 503-794-5038  primary unit: 19  owning office: Milwauki | |
| reporting agent: SPENCE   st & agt: 37-940B  phone: 503-761-1444 | |

insured
  name: VAN GORDER, RACHAEL
         VAN GORDER, PAUL
  street: 4326 SE WOODSTOCK BLVD PMB 404
  city: PORTLAND       state/prov: OR       zip/postal: 97206-6270
  phone: home: 503-775-4522                 work: 503-659-1337
  contact:                                  contact:
         cell: 503-312-3423

| insured vehicle | year | make | model | body style | |
|---|---|---|---|---|---|
| 01 | 1998 | DODGE | RAM 1500 | PICKUP | |
| vehicle identification number | license number | prior damage | | | driveable |
| 1B7HF16Z6WS700230 | | | | | |
| principle damage: | | | | | |
| vehicle location: | | | | | |

### POLICY INFORMATION

vehicle: 1998 DODGE              RAM 1500          PICKUP
vehicle identification number: 1B7HF16Z6WS700230     prior damage: N
coverage in force                                    policy source: PMR
A 100/300/100,P1 10,000,D50,G500,H,R1 80%/1500,U1 100/300/10

lienholder or leasing company
  PORTLAND TEACHERS CREDIT UNION

claim history
  claim number      dol      type      claim number      dol      type

| her vehicle | year | make | model | body style | |
|---|---|---|---|---|---|
| 1 | 2002 | JEEP | WRANGLER | CONV | |
| vehicle identification number: | | | license number: JVD927 | | driveable: Y |
| principle damage: NONE, LICENSE PLATE BENT SLIGHTLY | | | | | |
| vehicle location: HAWAII | | | | | |
| insurance: | | | | | |

owner
  name: DOLLAR RENT A CAR,
  street: HAWAII INTL AIRPORT
  city: HONOLULU       state/prov: HI       zip/postal: 96814
  phone:
  contact:

| other vehicle | year | make | model | body style | |
|---|---|---|---|---|---|
| 02 | 1997 | NISSAN | MAXIMA | | |
| vehicle identification number: | | | license number: | | driveable: N |
| principle damage: REAR, TOTALLED, ACV $7800 | | | | | |
| vehicle location: | | | | | |
| insurance: | | | | | |

owner & driver
  name: AGUIRRE, KATHY
  street: 2123 10TH AVE
  city: HONOLULU       state/prov: HI       zip/postal: 96816
  phone: home: 808-732-6995                 work: 808-527-5400
  contact:                                  contact: david
         cell: 808-386-8602
  contact: david

### FACTS
#1 ON HWY 1, WAS LOST AND LOOKING UP & DOWN AT A MAP TRAVELLING APPROX 40 MPH
WITH TRAFFIC, #2 STPPED & WAS REARENDED BY #1

date and time of loss: 03-26-03 03:30 PM
  location of loss: HWY 1 & HWY 72
         city: WAIKIKI       state/prov: HI       zip/postal: