*Law Offices of*
## BRUCE B. KIM

---

March 17, 2004

Ms. Jamie Miranda
State Farm Insurance Companies
P.O. Box 29400
Honolulu, Hawaii 96820

        Re: Our Clients:    Kathy Tooze-Aguirre
           Your Insured:    Rachel Stevens-Vangorder
           Claim No.:       37-3370-514
           D/Acc.:          March 26, 2003

Dear Ms. Miranda:

        Pursuant to your recent request, I am enclosing herewith copies of the following:

        1. Letter from DTRIC dated January 30, 2004 reflecting that our client has exhausted her PIP wage loss benefits, together with DTRIC's wage loss payment recap sheet.

        2. Our client's 2001 U.S. Income tax return reflecting total earnings from her house cleaning business of $10,700.00 on Schedule C.

        Ms. Tooze-Aguirre began her house cleaning business in April 2001. Therefore, the $10,700.00 reflects income earned from the business for nine months. Her average monthly earnings were therefore calculated at $1,188.89, which is the figure paid out by DTRIC.

        As we discussed, the returns for 2002 and 2003 are not yet available due to circumstances beyond my client's control.

        **The enclosed 2001 U.S. Income tax return is being provided to you for the limited purpose of reviewing our settlement demand and for no other purpose. You are not authorized to release the enclosed return or any information contained therein to any other person or entity without my client's express written consent.**

        If you need any information or have any questions, please do not hesitate to contact our office.

                                        Sincerely,

                                        BRUCE B. KIM

BBK/dw
Enclosures

Suite 206 • One Kapiolani Building • 600 Kapiolani Boulevard • Honolulu, Hawaii 96813
Telephone (808) 538-7134 • Facsimile (808) 538-7136