*Law Offices of*
## BRUCE B. KIM

---

June 30, 2004

Ms. Jamie Miranda
State Farm Insurance Companies
P.O. Box 29400
Honolulu, Hawaii 96820

        Re: Our Client:    Kathy Tooze-Aguirre
            Your Insured:  Rachel Stevens-Van Gorder
            Claim No.:      37-3370-514
            D/Acc.:         March 26, 2003

Dear Ms. Miranda:

      I am forwarding a copy of my client's 2002 Federal Income Tax return pursuant to your request. You will note on Schedule C that she grossed a total of $15,311.00 from her cleaning business in 2002. This should satisfy your concern as to whether my client was working prior to being hit by your insured. As you can see, her business' gross income grew by 1/3 in 2002. According to the enclosed return, my client's gross average monthly earnings at the time your insured hit her increased to $1,276.00 in 2002. Unfortunately, as you already know, the injuries she sustained in the accident prevented her from returning full-time to her business for most of 2003. This caused a significant financial hardship on her family.

      On another matter, I am requesting your cooperation in providing me with your insured's current residence address and telephone number. Apparently, the address your insured gave the police officer on the day of the accident was not accurate. In the event you refuse to provide me with a current address for your insured, you leave me no alternative but to effect service against your insured by publication. In that event, please be advised that I will take all necessary steps to obtain a default against her and reduce my client's claim to a judgment.

      As previously noted, the enclosed tax information is being provided to you for the limited purpose of evaluating this case for settlement and for no other purpose. You are not authorized to share this information with any other person or entity without my client's express written permission. You are requested to return the enclosed tax return and any copies you may generate to my office at the conclusion of this matter.

Ms. Jamie Miranda
June 30, 2004
Page Two

       Please call me if you have any questions. Thank you for your kind attention to this matter.

                 Sincerely,

                 BRUCE B. KIM

BBK/jj
Enclosure