Of Counsel:
MATSUI CHUNG
A Law Corporation
RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI     5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email: Info@TrialLawHawaii.com
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) CIVIL NO. 04 00619 BMK <br> ) <br> ) DEFENDANT RACHAEL ROXXANN <br> ) WILKS' <u>EX PARTE</u> MOTION TO <br> ) WITHDRAW, AND RE-FILE, UNDER <br> ) SEAL, EXHIBIT "B" TO HER <br> ) MOTION FOR APPLICATION OF <br> ) THE COVERED LOSS DEDUCTIBLE <br> ) FILED ON FEBRUARY 8, 2006; <br> ) DECLARATION OF RANDALL Y.S. <br> ) CHUNG; ORDER GRANTING <br> ) DEFENDANT RACHAEL ROXXANN <br> ) WILKS' <u>EX PARTE</u> MOTION TO <br> ) WITHDRAW, AND RE-FILE, UNDER <br> ) SEAL, EXHIBIT "B" TO HER <br> ) MOTION FOR APPLICATION OF <br> ) THE COVERED LOSS DEDUCTIBLE <br> ) FILED ON FEBRUARY 8, 2006; <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) TRIAL: January 31, 2006 |
| Plaintiffs, | |
| vs. | |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | |
| Defendants. | |

DEFENDANT RACHAEL ROXXANN WILKS'
EX PARTE MOTION TO WITHDRAW, AND RE-FILE,
UNDER SEAL, EXHIBIT "B" TO HER MOTION FOR APPLICATION
OF THE COVERED LOSS DEDUCTIBLE, FILED ON FEBRUARY 8, 2006

Comes now defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant"), by her attorneys, and, subject to and without waiver of any defense, dispute, or objection to which she is entitled, hereby moves this Honorable Court, ex parte, for an Order that Exhibit "B" to her Motion for Application of the Covered Loss Deductible, filed on February 8, 2006 be withdrawn, and re-filed under seal.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the Declaration of counsel, and on the record and files herein.

DATED: HONOLULU, HAWAII, FEB 1 6 2006

RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04 00619 BMK<br><br>DECLARATION OF RANDALL Y.S. CHUNG |

## DECLARATION OF RANDALL Y.S. CHUNG

STATE OF HAWAII      )
                                ) SS.
CITY AND COUNTY OF HONOLULU  )

        RANDALL Y.S. CHUNG, declares under penalty of perjury and says that:

        1.    He is an attorney duly licensed to practice in all courts in the State of Hawaii.

        2.    He is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3.    He has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4.    Exhibit "B" attached to Defendant's Motion for Application of the Covered Loss Deductible, filed on February 8, 2006, was a true and correct copy of the DTRIC PIP Recap, received from DTRIC, which was inadvertently not filed under seal.

5.    The purpose of this this ex parte Motion is to administratively withdraw said Exhibit and to re-file it under seal, pursuant to the Stipulated Qualified Protective Order dated January 20, 2005.

Further declarant sayeth naught.

I declare under penalty of law that the foregoing is true and correct.

DATED: HONOLULU, HAWAII     FEB 1 6 2006

_____
RANDALL Y.S. CHUNG

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>　　　　Defendants. | ) CIVIL NO. 04 00619 BMK<br>)<br>) ORDER GRANTING DEFENDANT<br>) RACHAEL ROXXANN WILKS' EX<br>) PARTE MOTION TO WITHDRAW,<br>) AND RE-FILE, UNDER SEAL,<br>) EXHIBIT "B" TO HER MOTION FOR<br>) APPLICATION OF THE COVERED<br>) LOSS DEDUCTIBLE, FILED ON<br>) FEBRUARY 8, 2006<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING
DEFENDANT RACHAEL ROXXANN WILKS'
EX PARTE MOTION TO WITHDRAW, AND RE-FILE,
UNDER SEAL, EXHIBIT "B" TO HER MOTION FOR APPLICATION
OF THE COVERED LOSS DEDUCTIBLE, FILED ON FEBRUARY 8, 2006

After reviewing Defendant RACHAEL ROXXANN WILKS' (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant"), Ex Parte Motion to Withdraw, and Re-File, Under Seal, Exhibit "B" to her Motion for the Application of the Covered Loss Deductible, Filed on February 8, 2006, and the declaration of counsel attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said ex parte Motion is GRANTED.

DATED: HONOLULU, HAWAII, 2-27-2004

_____
Judge of the Above-Entitled Court

---

ORDER GRANTING DEFENDANT RACHAEL ROXXANN WILKS' EX PARTE MOTION TO WITHDRAW, AND RE-FILE, UNDER SEAL, EXHIBIT "B" TO HER MOTION FOR APPLICATION OF THE COVERED LOSS DEDUCTIBLE, FILED ON FEBRUARY 8, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>      Plaintiffs,<br><br>vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. 04 00619 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was duly served on the following attorney(s) by placing the same in the United States mail, postage prepaid.

      BRUCE B. KIM, ESQ.
      Suite 206, One Kapiolani Building
      600 Kapiolani Boulevard
      Honolulu, HI  96813

JANICE P. KIM, ESQ.
3615 Harding Avenue, Suite 206
Honolulu, HI 96816

Attorneys for Plaintiff

DATED: HONOLULU, HAWAII, _____FEB 1 6 2006_____

_____
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

2