ORIGINAL

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

SUE BEITIA, CLERK

KATHY TOOZE-AGUIRRE and DAVID A. AGUI

**BILL OF COSTS**

v.

RACHEL STEVENS-VANGORDER

Case Number: 04-00619 BMK

Judgment having been entered in the above entitled action on | 2/7/2006 | against | Defendant Rachel Stevens-V, |

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 275.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 152.40 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,657.37 |
| Fees and disbursements for printing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,008.42 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 256.90 |
| TOTAL     $ | 4,359.09 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:  RANDALL Y. S. CHUNG, ESQ.    .

Signature of Attorney: _____

Name of Attorney:  BRUCE B. KIM

For:  Plaintiff KATHY TOOZE-AGUIRRE    Date:  MAR - 6 2006

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court                    By: _____                    
                                      Deputy Clerk                                Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Michele Mendoza | 1 | 4.50 | 1 | | | | $4.50 |
| Custodian of Records Dollar Rent-A-Car | 1 | 4.50 | 1 | | | | $4.50 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $9.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

**Schedule of**
**Fees for the Clerk**

| Description | Amount |
|---|---|
| First Circuit Court Filing Fee (Govt Realization, Surcharge & Civil Admin Costs) | 275.00 |
| | |
| | |
| **Total** | **275.00** |

THE JUDICIARY
CIRCUIT COURT OF THE FIRST CIRCUIT
FISCAL
RECEIPT                    NO: CR  547146

CASE NO: FI-GV-0000-0-000002-0000                    05/24/2004  09:17 A.M.
RECEIVED FROM:
  FI-CC-0004-1-000941-0000
  BRUCE B. KIM

THE SUM OF:          200.00

CREDIT TO:
  CIVIL                              GOVT REALIZATION

DESCRIPTION:    COMP/TOOZE-AGUIRRE VS STEVENS-VANGORDER

[ ] CASH            [X] CHECK FHB 966 5/19/04            [ ] TRANSFER

    T/R GOVT REAL                                            200.00

                                    TOTAL                    200.00
                          ------------------------------
                                    CLERK - 07


GENERAL LEDGER INFO

CASE NO: FI-GV-0000-0-000002-0000                    05/24/2004  09:17 A.M.

DEBIT                                                AMOUNT
1320 FIRST HAWN BK CHK                               200.00


CREDIT                                               AMOUNT
9814 T/R GOVT REAL                                   200.00

THE JUDICIARY
CIRCUIT COURT OF THE FIRST CIRCUIT
FISCAL
RECEIPT                NO: CR  547151

CASE NO: FI-T9-0000-0-000002-0000                    05/24/2004  09:21 A.M.
RECEIVED FROM:
  FI-CC-0004-1-000941-0000
  BRUCE B. KIM

THE SUM OF:          25.00

CREDIT TO:
  INDIGENT SERVICES                      SURCHARGE

DESCRIPTION:  SURCHG/TOOZE-AGUIRRE VS STEVENS-VANGORDE

[ ] CASH              [X] CHECK FHB 966 5/19/04          [ ] TRANSFER

      T/R MISCELLANEOUS                                      25.00


                                            TOTAL                25.00
                              --------------------------------
                                    CLERK - 07



                        GENERAL LEDGER INFO

CASE NO: FI-T9-0000-0-000002-0000              05/24/2004  09:21 A.M.

DEBIT                                                   AMOUNT
1320 FIRST HAWN BK CHK                                   25.00


CREDIT                                                  AMOUNT
9813 T/R MISC TRS ACCT                                   25.00

THE JUDICIARY
CIRCUIT COURT OF THE FIRST CIRCUIT
FISCAL
RECEIPT                NO: CR  547152

CASE NO: FI-T9-0000-0-000016-0000                    05/24/2004  09:24 A.M.
RECEIVED FROM:
  FI-CC-0004-1-000941-0000
  BURCE B. KIM

THE SUM OF:          50.00

CREDIT TO:
  COMPUTER FUND                     CIVIL ADMIN COSTS

DESCRIPTION:  CIV AD/TOOZE-AGUIRRE VS STEVENS-VANGORDE

[ ] CASH           [X] CHECK FHB 966 5/19/04           [ ] TRANSFER

    T/R MISCELLANEOUS                                        50.00


                              TOTAL                          50.00
                              - - - - - - - - - - - - - - - - - -
                              CLERK - 07



                    GENERAL LEDGER INFO

CASE NO: FI-T9-0000-0-000016-0000                    05/24/2004  09:24 A.M.

DEBIT                                                     AMOUNT
1320 FIRST HAWN BK CHK                                     50.00


CREDIT                                                    AMOUNT
9813 T/R MISC TRS ACCT                                     50.00

**Schedule of**
**Fees for service of summons & subpoena**

| Description | Amount |
|---|---|
| Transerv  (Oregon) | 36.80 |
| Transerv  (Oregon) | 26.50 |
| Transerv  (Oregon) | 37.10 |
| Mr. Thomas Mau | 17.00 |
| Mr. Remi Taum | 35.00 |
| | |
| | |
| **Total** | **152.40** |

Processed: 6/15/04

TLP Number : 270190.00

Date Received : 5/25/04

Service Report From:
TRANSERV LEGAL PROCESS SERVICE
310 S.W. Fourth Ave., Suite 200
Portland, Oregon 97204
(503) 241-0484

Account Number : 850999

PENDING

| | |
|---|---|
| Individual to Serve : Rachel Stevens-VanGorder | Documents To Be Serve: |
| Entity to Serve : | Summons and Complaint. |
| Address : 6838 SE 48th Ave | |
| City, State : Portland, OR 97206 | |

Refernce:

Court File #: 04-1-0941-05 (VSM)

Type of Service :        No Service

Attorney/Sec          :
Firm Name     : Law Offices of Bruce B. Kim
Address       : 600 Kapiolani Blvd, Suite 206
City, State   : Honolulu, HI 96813

Report : Atmpt 5/28 at 12:10pm,no asr. Atmpt 5/29 at 11:30am,no asr,veh ZUA 346. Atmpt 6/3 at 6:25pm,cauc female (40's) states
Rachel has not lived here over a year,this is her ex-husbands house. Pls adv. Placed in Pending for 30 days awaiting
instructions.
Service Result:NOT Found
on
at 6838 SE 48th Ave, Portland, OR 97206
on            at            by Scott Averill

****THIS IS NOT AN INVOICE****
Amount to be Billed $   36.80

Service Report From:
TRANSERV LEGAL PROCESS SERVICE
310 S.W. Fourth Ave., Suite 200
Portland, Oregon 97204
(503) 241-0484

Processed: 10/04/04
TLP Number : 272627.40

OCT 07 2004

Date Received : 8/30/04

Account Number : 850999

Individual to Serve : Rachel Stevens-VanGorder
Entity to Serve :
Address : 19879 SW Alexander
City, State : Beaverton, OR

Documents To Be Serve:
Summons and Complaint

Attorney/Sec :
Firm Name : Juanita Jefferson
Address : Bruce B. Kim
City, State : 600 Kapiolani Blvd, Suite 206
          : Honolulu, HI 96813

Reference:

Court File #: 04-1-0941-05 (JSM)

Type of Service :            Service

Report :

Service Result:Personal
on Rachel Stevens-VanGorder
at 19879 SW Alexander, Beaverton, OR
on 9/30/04 at 07:15PM by Dorothy L. Johnston

RECEIVED

OCT 11 2004

Law Offices of BRUCE B. KIM

THIS IS NOT AN INVOICE
Amount to be Billed $  26.60

Service Report From:
TRANSERV LEGAL PROCESS SERVICE
310 S.W. Fourth Ave., Suite 200
Portland, Oregon 97204
(503) 241-0484

Processed: 9/14/04

TLP Number : 272627.00

Date Received : 9/20/04

Account Number : B50999

Individual to Serve : Rachel Stevens-VanGorder
Entity to Serve :
Address : 11371 SE Stevens Road
City, State : Portland, OR 97266

Documents To Be Served:
Summons and Complaint

Attorney/Sec : Juanita Jefferson
Firm Name : Bruce B. Kim
Address : 600 Kapiolani Blvd, Suite 206
City, State : Honolulu, HI 96813

Reference:

Court File #: 04-1-0941 05 (1GW)

Type of Service :        No Service

Report : Atmpt 8/31@7:50pm, female (white, 5'6", 150lbs, 30s) said they moved in in Dec previous occupants moved out in Nov. to
Center Heights Apts 503-652-1770 office was closed. Please advise. Papers placed in pending for 30 days awaiting furth
instructions.

Service Result:NOT Found
on
at 11371 SE Stevens Road, Portland, OR 97266
on        at        by Scott Averill)

**PENDING**

THIS IS NOT AN INVOICE
Amount to be Billed $ 37.10

LAW OFFICES OF BRUCE B. KIM

1190

Mr. Thomas Mau
Client Advances                    Thomas Mau                    2/10/2005

5.00

¯HB General Ac    Service Fee & Mileage - Tooze-Agui                    5.00

POSTED

2004 08 (11/03)

LAW OFFICES OF BRUCE B. KIM

1186

Mr. Thomas Mau                                2/7/2005
Client Advances            Thomas Mau                        12.00

FHB General Ac    Service Fee & Mileage - Tooze-Agui              12.00



200409 (11/03)

LAW OFFICES OF BRUCE B. KIM

1456

Remi Taum

1/30/2006

Client Advances

35.00

PAYMENT RECORD

FHB General Ac    Service Fee & Mileage - Tooze-Agui

POSTED
10/9

35.00



524807 (8/02)

**Schedule of**
**Fees of the court reporter & transcripts**

| Description | Amount |
|---|---:|
| **Carnazzo Court Reporting** | |
| Deposition upon written questions:<br>Honolulu Police Department | 53.38 |
| Deposition upon written questions:<br>The Queen's Medical Center | 263.12 |
| Deposition upon written questions:<br>Dollar Rent-A-Car | 84.58 |
| Oral Deposition of Kathy Tooze-Aguirre | 367.18 |
| Oral Deposition of Edwin Muranaka, M.D. | 211.66 |
| Oral Deposition of Peter Diamond, M.D. | 256.88 |
| | |
| **Certified Legal Video Services** | |
| Video Deposition of Edwin Muranaka, M.D. | 420.57 |
| | |
| | |
| **Total** | **1,657.37** |

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM, ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 06/06/2005 |
| INVOICE: | 517437 |
| CLIENT ID: | 1330 |

CIVIL NO. 04-00619 HG BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER
DATE NOTICED:    04/05/2005
REGARDING:  KATHY TOOZE-AGUIRRE

Deposition upon written questions:

HONOLULU POLICE DEPARTMENT    taken on 04/01/2005

| | |
|---|---|
| One Copy | $51.50 |
| TAX | $1.88 |
| TOTAL | $53.38 |

We now accept VISA and MASTERCARD
Please return one copy for proper credit.  THANK YOU
Federal Tax ID: 99-0145704

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM, ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 06/06/2005 |
| INVOICE: | 517436 |
| CLIENT ID: | 1330 |

CIVIL NO. 04-00619 HG BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER
DATE NOTICED:    03/11/2005
REGARDING:  KATHY TOOZE-AGUIRRE

Deposition upon written questions:

THE QUEEN'S MEDICAL CENTER    taken on 03/21/2005

| | |
|---|---|
| One Copy | $252.60 |
| TAX | $10.52 |
| TOTAL | $263.12 |

We now accept VISA and MASTERCARD
Please return one copy for proper credit. THANK YOU
Federal Tax ID: 99-0145704

# CARNAZZO COURT REPORTING COMPANY, LTD.

### 888 MILILANI STREET, SUITE 705
### HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM, ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

|  |  |
|---|---|
| DATE: | 03/17/2005 |
| INVOICE: | 516905 |
| CLIENT ID: | 1330 |

CIVIL NO. 04-00619 HG BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER
DATE NOTICED:    02/22/2005
REGARDING:  KATHY TOOZE-AGUIRRE and RACHEL STEVEN-VANGORDER, aka

Deposition upon written questions:

DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.  (Dollar Rent-A-Car Systems, Inc.)
taken on 02/25/2005

|  |  |
|---|---|
| **Original & One Copy** | **$81.20** |
| **TAX** | **$3.38** |
| **TOTAL** | **$84.58** |

We now accept VISA and MASTERCARD
Please return one copy for proper credit.  THANK YOU
Federal Tax ID: 99-0145704

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM, ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 06/06/2005 |
| INVOICE: | 621492 |
| CLIENT ID: | 1330 |
| REPORTER ID: | CYNTHIA GARDUQUE |

CIVIL NO. 04-00619 HG BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER

Deposition of  KATHY ANN TOOZE-AGUIRRE taken on  05/26/2005

| | |
|---|---|
| **One Copy** | **$352.50** |
| **TAX** | **$14.68** |
| **TOTAL** | **$367.18** |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE B. KIM ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 01/27/2006 |
| INVOICE: | 623143 |
| CLIENT ID: | 1330 |
| REPORTER ID: | PRISCILLA GONZAGA |

CIVIL NO. 04-00619 BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER

Deposition of EDWIN MURANAKA, M.D. taken on 01/24/2006 (EXPEDITE)

| | |
|---|---|
| Original & One Copy | $203.19 |
| TAX | $8.47 |
| TOTAL | $211.66 |
| Less deposit | 300.00 |
| REFUND CHK# 133635 1/31/06 | $88.34 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

BRUCE B. KIM, AAL
BRUCE KIM, ESQ.
600 KAPIOLANI BLVD.
ONE KAPIOLANI BLDG., SUITE 206
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 09/15/2005 |
| INVOICE: | 622176 |
| CLIENT ID: | 1330 |
| REPORTER ID: | VALERIE J. M. |

CIVIL NO. 04-00619 BMK
TOOZE-AGUIRRE v STEVENS-VANGORDER

Deposition of PETER E. DIAMOND, M.D. taken on 09/08/2005

| | |
|---|---|
| One Copy | $246.60 |
| TAX | $10.28 |
| TOTAL | $256.88 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

**CERTIFIED LEGAL VIDEO SERVICES**
**A Division of Media Solutions, Inc.**
**1111 Bishop Street, Suite 500**
**Honolulu, HI 96813**
**Tel: (808) 550-CLVS   Fax: (808) 550-8860**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 01/25/06 | 6113 |

| **BILL TO** |
|---|
| Attn:  Juanita Jefferson for Bruce Kim<br>Law Office of Bruce B. Kim<br>600 Kapiolani Blvd., Ste. 206<br>Honolulu, HI  96813<br>(808) 538-7134 |

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Net 30 | 02/24/06 | 04-00619 BMK | Tooze-Aguirre/Stevens-Van |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Deposition of: Edwin T. Muranaka, MD (1/24/06) | 2.5 | 100.00 | 250.00 |
| Original VHS Tape (sent to Carnazzo CR) | 1 | 20.00 | 20.00 |
| DVD Copy (sent to Bruce Kim) | 1 | 20.00 | 20.00 |
| DVD Copy (sent to Bruce Kim) * | 1 | 10.00 | 10.00 |
|  |  |  |  |
| SUBTOTAL |  |  | 300.00 |
| Hawaii General Excise Tax |  | 4.166% | 12.50 |
|  |  |  |  |
| * Additional Copy Discount |  |  |  |

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

| **Total** | $312.50 |
|---|---|



**CERTIFIED LEGAL VIDEO SERVICES**
**A Division of Media Solutions, Inc.**
**1111 Bishop Street, Suite 500**
**Honolulu, HI 96813**
**Tel: (808) 550-CLVS   Fax: (808) 550-8860**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 02/01/06 | 6131 |

| BILL TO |
|---------|
| Attn:  Juanita Jefferson for Bruce Kim<br>Law Office of Bruce B. Kim<br>600 Kapiolani Blvd., Ste. 206<br>Honolulu, HI  96813<br>(808) 538-7134 |

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|------------|-------|----------|----------|-----------|
|  | Net 30 | 03/03/06 | 04-00619 BMK | Tooze-Aguirre/Stevens-Van |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|-------------|------------|------|--------|
| Video Editing: Dr. Edwin Muranaka Testimony (1/24/06) @ $75/hr. | 1.25 | 75.00 | 93.75 |
|   Edited DVD Copies | 2 | 5.00 | 10.00 |
| SUBTOTAL |  |  | 103.75 |
| Hawaii General Excise Tax |  | 4.166% | 4.32 |

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

# Total

$108.07

**Schedule of**
**Fees and Disbursements for Printing**

| Description | Amount |
|---|---:|
| **Medical Records** | |
| The Queen's Medical Center | 15.00 |
| Thomas McNorton, M.D. | 40.00 |
| Tyronne Dang, M.D. | 104.00 |
| David A. Suzuki, D.C. | 37.00 |
| IntegBusiness Services, Inc. | 78.86 |
| Information Management Partners, Inc. | 40.06 |
| | |
| **Trial Preparation** | |
| Honblue, Inc. | 352.34 |
| Clerk U.S. District Court (Jury Cards) | 50.00 |
| | |
| **Miscellaneous Copies** | |
| City Director of Finance (Emergency Medical Services) | 5.00 |
| City and County of Honolulu (Honolulu Fire Department) | 1.75 |
| Accucopy | 69.67 |
| Matsui Chung | 22.49 |
| State Farm | 84.01 |
| FedEx Kinko's | 369.94 |
| | |
| **Office Copies** | |
| 4922 copies @ .15/ea. | 738.30 |
| | |
| **Total** | **2,008.42** |



# THE QUEEN'S MEDICAL CENTER

1301 Punchbowl Street • Honolulu, Hawaii 96813 • Phone (808) 538-9011 • FAX (808) 547-4646 • www.queens.org

Date: 7/22/03

Law Offices of Bruce B. Kim
One Kapiolani Building, Ste 206
600 Kapiolani Blvd.
Honolulu, HI 96813

RE:     Subject:      Prepayment for Itemized Billings
        Patient:      Kathy Tooze Aguirre
        Account(s):   31997755,  44905493

Total Number of Accounts:  2          Total Number of Pages:  2
Prepay Amount:  $15.00

Dear Sir,
This is to acknowledge receipt of your request for itemized statements for __Kathy__.
Processing time is generally 5 to 10 business days from the date the request is received. The Business Office does not have access to Medical Records or Radiology Films. All requests for itemized statements must be accompanied with an Authorization for Use and Disclosure of Medical Information which must be in compliance with federal privacy regulations under the Health Insurance Portability and Accountability Act (HIPAA) of 1996 which was effective April 14, 2003.

CHARGES:  Effective July 01, 2003: There is a standard charge $15.00 non-refundable research and processing fee for all requests. A copying fee of $10.00 for over 10 accounts under a patient's medical records number plus $1.00 per page for any account > 20 pages.

Note:  We will contact you by phone and/ or a pre-payment letter will be faxed to your office. Upon receipt of payment, we will process your request. Please remit check payable to: The Queen's Medical Center in the amount of $ 15.00.
            Attention: Business Services - Gail
            P O Box 861
            Honolulu, HI 96808-0861

If you have questions regarding this invoice, please contact Business Services at 808-547-4973 ext 1 during regular business hours.  Thank you for your cooperation and prompt attention to this matter.

Gail L.
Business Services Department

Founded in 1859 by Queen Emma and King Kamehameha IV

Thomas McNorton, M.D.

Neurology

Clinical Neurophysiology and Sleep Disorder Medicine

Diplomate    American Board of Psychiatry and Neurology
• American Board of Clinic Neurophysiology
• American Board of Sleep Medicine

DATE:    January 29, 2004

TO:    Law Offices of Bruce Kim
ATTENTION:    Daisy Williams
ADDRESS:    One Kapiolani Bldg., Suite 206
            600 Kapiolani Blvd.
            Honolulu, HI 96813





ACCOUNT:    Kathy Tooze-Aguire
ACCOUNT #:    14777-NF

| DETAILS | CHARGES | PAYMENTS | BALANCE |
|---------|---------|----------|---------|
| Medical Records | $40.00 | | $40.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

- - - - - - - - - - - - - - - PLEASE RETURN THIS PORTION - - - - - - - - - - - - - - -

TO:  THOMAS McNORTON, M.D.                    DATE: _____

ATTENTION:  BILLING DEPARTMENT

ADDRESS:  98-1238 Kaahumanu St., Suite 300
          Pearl City, HI 96782

FROM: _____          ACCT:    Kathy Tooze-Aguire
      _____          ACCT #:  14777-NF
      _____          Total Due:  $40.00

*Please make check payable to:  Hawaii Center for Sleep Medicine, Ltd.

Hawaii Center for Sleep Medicine, Ltd.
98-1238 Kaahumanu St., Suite 300 • Pearl City, HI 96782
Phone: (808) 487-1235 • Physician's Exchange: (808) 524-2575 • Fax: (808) 487-1236
Outer Island Phone: (800) 840-4814 • Fax: (800) 773-0893

To : **Law Offices of**
     **Bruce Kim**

# Tyronne Dang,M.D.



1907 S. Beretania st, 5th floor
Honolulu, Hi 96826
Phone#944-9053/ Fax#948-6887

# INVOICE

| DATE | DESCRIPTIONS | QTY | AMOUNT |
|---|---|---|---|
| 02/04/04 | Medical records copies for patient:<br>Aguirre, Kathy | | $52.00 |
| | | | |
| | | **TOTAL** | **$52.00** |



LAW OFFICES OF BRUCE B. KIM

Tyrone Dang, M.D.                                              6/30/2003                    0629

                                                                                            52.00



FHB General Acco   Duplication - Aguirre, Kathy                                   52.00

191345 (5/03)

LAW OFFICES OF BRUCE B. KIM

Tyrone Dang, M.D.                                        2/5/2004                    0877

                                                                                    52.00

PAYMENT RECORD

FHB General Ac    Duplication - Aguirre, Kathy                                      52.00


206409 (11/03)

**IntegBusiness Services, Inc./Queens Medical Center**
1301 Punchbowl Street
Honolulu, HI 96813

LAW OFFICES OF BRUCE B. KIM
ONE KAPIOLANI BUILDING, SUITE 206
600 KAPIOLANI BOULEVARD
HONOLULU, HI 96813

phone: (808)538-7134
fax: (808)538-7136

New Invoice

Request Date: May 27, 2003          Invoice Date:   June 4, 2003
Invoice #:     13100

---------------------------------------------------------------------------------------------

For copying records on:    Kathy Toozeaguirre

MRI : CERVICAL 05/02/03,  LUMBAR 3/26/03

| | | | |
|---|---|---|---|
| Number of pages copied· | 3 | Total page charge: | 3.00 |
| Retrieval I | | | 15.00 |
| Postage/H | | | 3.07 |
| | | Custom Charges: | 18.07 |
| | | Sales Tax: | 0.12 |
| | | **Total Charges:** | **21.19** |
| | | Initial Payment: | 0.00 |
| | | Final Payment: | 0.00 |
| | | Adjustments/Credits: | 0.00 |
| | | **Balance Due:** | **21.19** |

Please return lower portion with payment payable to:
---------------------------------------------------------------------------------------------

**IntegBusiness Services, Inc.**
1050 Bishop Street #500
Honolulu, HI 96813
p: (808) 599-4998  f: (808) 585-0599

Requester:        LAW OFFICES OF BRUCE B. KIM
Patient:          Kathy Toozeaguirre
Invoice # :       13100
Invoice Date:     June 4, 2003
**Balance Due:**      **21.19**          Amount Paid: $_____

Laani @ Queens
Medical Records
547-4400

**IntegBusiness Services, Inc./Queens Medical Center**
1301 Punchbowl Street
Honolulu, HI 96813

LAW OFFICES OF BRUCE B. KIM
ONE KAPIOLANI BUILDING, SUITE 206
600 KAPIOLANI BOULEVARD
HONOLULU, HI 96813

phone: (808)538-7134
fax: (808)538-7136

Request Date: May 27, 2003          Invoice Date:     June 4, 2003
Invoice #:       13100

------------------------------------------------------------------------

For copying records on:     Kathy Toozeaguirre

MRI : 05/02/03

Number of pages copied:              1          Total page charge:          1.00

Retrieval Fee                                                         15.00
Postage/Handling                                                      3.07


                                     Total Custom Charges:           18.07
------------------------------------------------------------------------
                                               Sales Tax:             0.04
                                         **Total Charges:**          **19.11**

                                       Initial Payment:              0.00
                                         Final Payment:              0.00
                                     Adjustments/Credits:            0.00
------------------------------------------------------------------------

                                           **Balance Due:**          **19.11**

Please return lower portion with payment payable to:
------------------------------------------------------------------------
                    **IntegBusiness Services, Inc.**
                       1050 Bishop Street #500
                         Honolulu, HI 96813
               p: (808) 599-4998  f: (808) 585-0599

Requester:          LAW OFFICES OF BRUCE B. KIM
Patient:            Kathy Toozeaguirre
Invoice # :         13100
Invoice Date:       June 4, 2003
**Balance Due:**    **19.11**          Amount Paid: $ _____

# IntegBusiness Services, Inc./Queens Medical Center
## 1301 Punchbowl Street
## Honolulu, HI 96813

LAW OFFICES OF BRUCE B. KIM
ONE KAPIOLANI BUILDING, SUITE 206
600 KAPIOLANI BOULEVARD
HONOLULU, HI 96813

phone: (808)538-7134
fax: (808)538-7136

Request Date: May 27, 2003          Invoice Date:  June 4, 2003
Invoice #:     13100

For copying records on:    Kathy Toozeaguirre

MRI : LUMBAR 11/22/02

| | | | |
|---|---|---|---|
| Number of pages copied: | 2 | Total page charge: | 2.00 |
| Retrieval Fee | | | 15.00 |
| Postage/Handling | | | 3.14 |
| | | Total Custom Charges: | 18.14 |
| | | Sales Tax: | 0.08 |
| | | **Total Charges:** | **20.22** |
| | | Initial Payment: | 0.00 |
| | | Final Payment: | 0.00 |
| | | Adjustments/Credits: | 0.00 |
| | | **Balance Due:** | **20.22** |

Please return lower portion with payment payable to:

-----------------------------------------------------------------------------

**IntegBusiness Services, Inc.**
1050 Bishop Street #500
Honolulu, HI 96813
p: (808) 599-4998  f: (808) 585-0599

Requester:          LAW OFFICES OF BRUCE B. KIM
Patient:            Kathy Toozeaguirre
Invoice # :         13100
Invoice Date:       June 4, 2003
Balance Due:        20.22          Amount Paid: $_____

DAVID K. SUZUKI, D.C.
1221 KAPIOLANI BLVD. STE. 6A-1
HONOLULU HI 96814
(808) 591-8852

BILLING CHARGES FOR KATHY TOOZE-AGUIRRE FILE

37pp
$1.00/pg
total copy charges due: $37.00

Please make payment to: David Suzuki, D.C.

Thank you.



RECEIVED
FEB - 6    4
Law Offices of BRUCE B. KIM

THE QUEEN'S   DICAL CENTER — INTEGBUSIN  3 SERVICES, INC.
FEDERAL ID# 99-0339093
1050 BISHOP STREET, #500
(808) 599-4998

- - - - - - - - - - - - - - - - I N V O I C E - - - - - - - - - - - - -

Date: 04/23/2003                          Invoice No: 0000126597
Request No: T98294                        Balance Due:      $39.53


TO: LAW OFFICE OF BRUCE KIM
    600 KAPIOLANI BLVD
    SUITE 206                                    POSTED ✓
    HONOLULU HI 96813-

_____

PATIENT INFORMATION

Regarding : KATHY TOOZE-AGUIRRE            Date Received: 04/09/2003
Account No:139412                       Date Sent: 04/24/2003

_____

MEDICAL RECORDS SENT

Materials Sent:
| 03/26/2003   Emergency Room Records


_____

CHARGE DESCRIPTION

Photocopy Pages:     20        $20.00
Microfilm Pages:      0          0.00          ***IMPORTANT NOTICE***
    RETRIEVAL:                  15.00          Send payments to:
    SHIP/HANDL:                  3.07          IntegBusiness Services, Inc.
          :          0.00                      1050 Bishop St. #500
          :          0.00                      Honolulu, HI 96813
    Sales Tax:                   1.46          PLEASE RETURN A COPY OF
=========================================      THIS INVOICE FOR PROPER CREDIT.
    Total Charges:             $39.53
    Amount Paid:                $0.00
=========================================
    Balance Due:               $39.53

            * * * * * *

_____

The use of the information may be protected by Public Law 93-225, Section
408; Public Law 93-282, Section 333; or Federal Regulation 42CFR, Part 2.
This report is strictly confidential and is for the information only of
the person to whom it is addressed.  No responsibility can be accepted if
it is made available to other persons.

                                    RECEIVED

                                    2 6 2003

**Information Management Partners, Inc.**
**P.O. Box 3116**
**Honolulu, HI 96802-3116**

Attn: JUANITA JEFFERSON
LAW OFFICES OF BRUCE B. KIM
ONE KAPIOLANI BUILDING, SUITE 206
600 KAPIOLANI BOULEVARD
HONOLULU, HI 96813

AUG 2 4 2005

phone:  (808)538-7134
fax:    (808)538-7136

Request Date:  August 18, 2005      Invoice Date:    August 24, 2005
Invoice #:     146690               Policy #  Unknown

For copying medical records from **Queens Medical Center** on:
**Kathy Toozeaguirre**

EMERGENCY DEPT RECORDS : 3/27/05

| | | | |
|---|---|---|---|
| Number of pages copied: | 22 | Total page charge: | 22.00 |
| Retrieval Fee | | | 15.00 |
| Postage/Handling | | | 1.52 |
| | | Total Custom Charges: | 16.52 |
| | | Tax: | 1.54 |
| | | **Total Charges:** | **40.06** |
| | | Initial Payment: | 0.00 |
| | | Final Payment: | 0.00 |
| | | Adjustments/Credits: | 0.00 |
| | | **Balance Due:** | **40.06** |

**Please return lower portion with payment payable to:**

----------------------------------------------------------------------

**Information Management Partners, Inc.**
Federal ID# 99-0320506
P.O. Box 3116
Honolulu, HI 96802-3116
For billing or status questions, please call (808) 547-4400. For credit card payments, please call (808) 524-3998.
Fax: (808) 524-4574

Requester:    LAW OFFICES OF BRUCE B. KIM
Patient:      Kathy Toozeaguirre
Invoice # :   146690
Invoice Date: August 24, 2005
**Balance Due:**    40.06            Amount Paid:    $ _____
                    **Due Upon Receipt**

**A $25.00 service fee will be charged on all NSF checks.**

POSTED

# HON3LUE

**the COLOR**

501 Sumner Street #3 B1 • 1001 Bishop Street
Honolulu, Hawaii 96817 • Honolulu, Hawaii 96813
Telephone **531.4611** • fax **528.1248**
Website **www.honblue.com**
FEDERAL ID TAX NO. 99-0117143

# INVOICE

**INVOICE NUMBER**  767221
**DATE**  01/03/06

**BILL TO**
FRN001
CASH CUSTOMER FRONT OFFICE

**SHIP TO**
BRUCE B. KIM, ATTORNEY AT LAW
ONE KAPIOLANI BUILDING
600 KAPIOLANI BLVD., STE. 206
HONOLULU, HI 96813

**ORDERED BY**  BRUCE KIM
**PHONE**  538-7134
**WORKORDER NO.**  TMA0111F

| JOB NUMBER / JOB DESCRIPTION | ORIG. | COPIES | SIZE | TOTAL SQ. FT./IN. | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| PRINTS | | | | | | |
| 9240A DRUM SCAN TO 20 MB | 7 | | | | 35.000 EA | 245.00 |
| 9411C 11 X 17 COLOR OUTPUT | 7 | 1 | | | 3.000 EA | 21.00 |
| 3560 CD TRANSFER SETUP W/CD | 1 | 1 | | | 25.000 EA | 25.00 |
| 8141 3/16" FOAM-COR MOUNT | 7 | 1 | 11X17 | 10.50 | 4.500 SF | 47.25 |

POSTED 1/5

PLEASE CHECK YOUR WORK CAREFULLY
RETURNS MUST BE MADE WITHIN 3 DAYS OF DELIVERY

| | |
|---|---|
| SUBTOTAL | |
| GENERAL EXCISE TAX | |
| POSTAGE / UPS / FUEL SURCHARGE | |
| **INVOICE TOTAL** | |

**TERMS:** NET 30 – 1.5% (MIN $11)/MO. ON ALL PAST DUE ACCOUNTS

WHITE•ORIGINAL   YELLOW•CUSTOMER   PINK•ACCOUNTING



# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | **233613** |
| Trans | 137890 |

Received From:   **BRUCE B. KIM**

Case Number:

Reference Number:   **COPIES**

|  | |
|---|---|
| Check | **50.00** |
| Total | **50.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| COPY FEE | 322350 | 100 | 50.00 |
|  | **Total** | | **50.00** |
|  | Tend | | 50.00 |
|  | Due | | 0.00 |



01/27/2006 09:50:23 AM          Deputy Clerk: jp/DT

**LAW OFFICES OF BRUCE B. KIM**

City Director of Finance                                    4/9/2003           0545
                                                                               5.00

FHB General Acco   Duplication - Tooze-Aguirre, Kathy                          5.00



181175 (8/02)

RECEIPT                    DATE _4/5/04_          NO.   9182

RECEIVED FROM __Bruce Kim__

ADDRESS _____

FOR __Report # 9276__                          $ 1.75

HONOLULU FIRE DEPARTMENT

TOPS FORM 4680B ®

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | 1.75 | |
| BALANCE DUE | | | MONEY ORDER | | |

√# 0914

BY _Curt SPacht_

_Aquine v. Stevens- VanGarder_

# ACCUCOPY

Invoice No.    08040003

## Re: TOOZE-AGUIRRE

## *INVOICE* ═

| Customer | | Date | 6/19/2005 |
|---|---|---|---|
| Name | Bruce B. Kim, Esq. | Order No. | 1 |
| Address | Law Office of Bruce B. Kim | | |
| | 600 Kapiolani Blvd, Suite 206 | Rep | Mark |
| City | Honolulu   State HI   ZIP 96813 | FOB | |
| Phone | 538-7134 | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 704 (regular copying) | $66.88 | $66.88 |

| | |
|---|---|
| SubTotal | $66.88 |
| Shipping & Handling | $0.00 |
| Taxes   4.166% | $2.79 |
| Payments | |
| **TOTAL** | $69.67 |

### Payment Details

○ Cash
◉ Check
○ Credit Card

Name
CC #
Expires

Received By:

*Payment is due upon receipt of this invoice. Should you have any questions regarding your payment, please call (808) 589-1628. Please make checks payable to:* **Accucopy Consulting Group, 220 South King Street, Suite 1475, Honolulu, Hawaii 96813.**



Rose Aguirre v. Stevens Vangorden

RECEIVED JUL 1 9 2005

SF Stevens-Van gorder Rachel

## Island PRINTING Centers

737 Bishop Street, Suite 149 • Honolulu, Hawaii 96813 • (808) 523-0902 • Fax (808) 533-6927

INVOICE NO. **6** 112398

P.O. NO. _____

DATE 07/19/05

**CUSTOMER**

Matsui #20343

Cristina

Re: SF. Stevens - Vangorden, Rachel

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 216 | (copies) (.1500) | | 21 60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SUB-TOTAL | 21 60 |
| | | TAX | 89 |
| | | TOTAL | 22 49 |

CUSTOMER'S SIGNATURE _____

THIS IS YOUR INVOICE. NO OTHER WILL BE SENT.
1 1/2% INTEREST PER MONTH WILL BE CHARGED ON OVERDUE ACCOUNTS

POSTED

*Aguiar v. Stevens-Van Gorder* ✓

Kinko's                    (808) 528-7171
590 QUEEN STREET
HONOLULU,        HI 96813

QTY/LIST    DISC    PRICE    AMOUNT
270    FS B&W S/S WHITE STD
       0.08    0.01    0.07    18.90
4      FS COLOR S/S LTR, LGL,
       0.89    0.00    0.89    3.56
26     COLLATING HAND
       0.10    0.00    0.10    2.60
3      BIND COMB CLEAR STANDARD
       3.99    0.00    3.99    11.97

SUB    37.03    TX    1.54    TOT    38.57
                        MasterCard    38.57
                              CHG    0.00
       CUSTOMER ID   LAW OFFICES OF BRUCE
XXXXXXXXXXXX1390        000126
I agree to pay the above amount
according to the card issuer agreement.
Sign Here: X_____

       TOTAL DISCOUNT:     $2.70

CW 333 TR    996622 RG 3  03/12/04 09:10
       Visit us @ http://www.kinkos.com

---

*Blue ps card* ✓
*Aguiar v.*
*Stevens-Van Gorder*

Kinko's                    (808) 528-7171
590 QUEEN STREET
HONOLULU,        HI 96813

QTY/LIST    DISC    PRICE    AMOUNT
2      FS COLOR S/S LTR, LGL
       0.89    0.00    0.89    1.78

SUB    1.78    TX    0.07    TOT    1.85
                             CASH    2.00
                              CHG    0.15

CW8577 TR    995998 RG 2A 03/08/04 13:08
       Visit us @ http://www.kinkos.com

*Toōtl Aguirre v. Stevens Vangorden*

**FedEx Kinko's**
Office and Print Center



July 25, 2005 14:28                                      Page: 1
Receipt #: 181174
MasterCard #: XXXXXXXXXXX1390
005/07/25 14:20

| Qty | Description | Amount |
|-----|-------------|--------|
| 216 | ES B&W S/S White 8.5 x11 | 17.28 |

|  | SubTotal: | 17.28 |
|  | Taxes: | 0.72 |
|  | Total: | 18.00 |

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.

590 QUEEN STREET    (808) 528-7171
HONOLULU, HI  96813
www.fedex____os.com
Office and Print Center



*Toōtl Aguirre v. Stevens-Vangorden*

**FedEx Kinko's**
Office and Print Center



August 01, 2005 07:49                                    Page: 1
Receipt #: 369246
MasterCard #: XXXXXXXXXXX1390
2005/08/01 07:41

| Qty | Description | Amount |
|-----|-------------|--------|
| 251 | ES B&W S/S White 8.5 x11 | 20.08 |

|  | SubTotal: | 20.08 |
|  | Taxes: | 0.84 |
|  | Total: | 20.92 |

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder

2575 S. KING STREET    (808) 943-0005
HONOLULU, HI  96826
www.fedexkinkos.com
Please recycle this receipt.



**Fed**Ex **Kinko's**
Office and Print Center

March 21, 2005 12:35                          Page: 1
Receipt #: 157083
MasterCard #: XXXXXXXXXXXX1794
2005/03/21 12:33

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | ES Color S/S LTR | 1.78 |

SubTotal:          1.78
Taxes:             0.07
Total:             1.85

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.



590 QUEEN STREET      (808) 528-7171
HONCLULU, HI  96813
www.fedexkinkos.com
Office and Print Center

*Toore-Ogumer Stevens*



**Fed**Ex **Kinko's**
Office and Print Center

December 23, 2005 09:11                        Page: 1
Receipt #: 208959
MasterCard #: XXXXXXXXXXXX1390
2005/12/23 09:07

| Qty | Description | Amount |
|-----|-------------|--------|
| 176 | ES B&W S/S White 8.5 x11 | 14.08 |

SubTotal:         14.08
Taxes:             0.56
Total:            14.64

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.



590 QUEEN STREET      (808) 528-7171
HONOLULU, HI  96813
www.fedexkinkos.com
Office and Print Center

*Floore-Ogumer v. Stevens-Vang*



# FedEx Kinko's

```
              FedEx Kinko's
              590 Queen St
           Honolulu, HI 96813-5014
              (808) 528-7171

12/28/2005                    9:04:59 AM HST
Trans.: 2296                  Branch: 2803
Register: 002                 Till:0465642
Team Member: Jeremiah H.
Customer: Bruce Kim


                    SALE


        *  2 8 0 3 0 0 2 2 2 9 6 *

Color Prints                       21.36
                   1 @ 21.3600

   FS C SS 8.5x11/14                21.36 T
   0173          24.00 @ 0.8900

Transparencies                     47.76
                   1 @ 47.7600

   FS C 8.5x11 Transprc             47.76 T
   0209          24.00 @ 1.9900


Sub-Total                          69.12
Deposit                             0.00
 Tax                                2.76
Total                              71.88
   Master Card (S)                 71.88
   Account: 1390
   Exp:    11/2006
   Auth: 056571 (A)
Total Tender                       71.88
Change Due                          0.00
```

 

```
          Thank you for visiting

             FedEx Kinko's
      Make It. Print It. Pack It. Ship It.
           www.fedexkinkos.com

               Customer Copy
```



FedEx Kinko's
590 Queen St
Honolulu, HI 96813-5014
(808) 528-7171

1/3/2006                         9:56:30 AM HST
Trans.: 2628                     Branch: 2803
Register: 002                      Till:048159
Team Member: Brian C.
Customer: Bruce Kim

SALE



*2 8 0 3 0 0 2 2 6 2 8 *

                                        147.84
                         4 @ 49.2800

FS BW SS Standard                 147.84 T
0001        2,464.00 @ 0.0800
Item Discount Amt.     0.0200
Price                  0.0600


Total Discount                      49.26
Sub-Total                          147.84
Deposit                              0.00
Tax                                  5.91
Total                              153.75
   Check  (M)                      153.75
Total Tender                       153.75
Change Due                           0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

*Toore - Lquiene v. Steven - Vongose* (handwritten)



**FedEx Kinko's.**
Office and Print Center

January 04, 2006 10:48                                    Page: 1
Receipt #: 210575
MasterCard #: XXXXXXXXXXXX1390
2006/01/04 10:44

| Qty | Description | Amount |
|---|---|---|
| 6 | ES Color S/S LTR | 5.34 |

SubTotal:      5.34
Taxes:         0.21
Total:         5.55

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.



590 QUEEN STREET     (808) 528-7171
HONOLULU, HI  96813
www.fedexkinkos.com
Office and Print Center

*Toore - Lquiene v. Steven -
Vongose* (handwritten)



**FedEx Kinko's.**
Office and Print Center

February 15, 2006 17:22                                   Page: 1
Receipt #: 442799
MasterCard #: XXXXXXXXXXXX1390
2006/02/15 17:03

| Qty | Description | Amount |
|---|---|---|
| 516 | ES B&W S/S White 8.5 x11 | 41.28 |

SubTotal:      41.28
Taxes:          1.65
Total:         42.93

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.



2575 S. KING STREET     (808) 943-0005
HONOLULU, HI  96826
www.fedexkinkos.com
Please recycle this receipt.

**Schedule of**
**Fees for Other Expenses**

| Description | Amount |
|---|---|
| Facsimile | 144.50 |
| Postage | 110.38 |
| Long Distance Charges | 2.02 |
| | |
| | |
| **Total** | **256.90** |