IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00619 BMK<br><br>AFFIDAVIT OF BRUCE B. KIM<br><br><br><br><br><br><br><br><br><br><br><br>Trial Date: January 31, 2006 |

<u>AFFIDAVIT OF BRUCE B. KIM</u>

| | |
|---|---|
| STATE OF HAWAII | )<br>) SS.<br>) |
| CITY AND COUNTY OF HONOLULU | |

      BRUCE B. KIM, being first duly sworn on oath, deposes and says:

      1.  That I am one of the attorneys for Plaintiff KATHY TOOZE-AGUIRRE, and that I make this Affidavit based upon my own personal knowledge.

      2.  That Plaintiff KATHY TOOZE-AGUIRRE was the prevailing party under the Judgment entered herein on February 7, 2006.

      3.  That pursuant to Fed. R. Civ. P. Rule 54(d), LR 54.2 and 28 U.S.C. § 1924, I have personally reviewed Plaintiff KATHY TOOZE-AGUIRRE's Bill of Costs and the respective Schedules

of Taxable Costs attached to and made a part thereof and hereby state that the costs claimed therein correctly and accurately reflect charges incurred by my office on behalf of Plaintiff KATHY TOOZE-AGUIRRE during the case; that the invoices, statements and other documents attached to the supporting Schedules are true and correct copies of the documents they purport to be; that the costs stated on the Bill of Costs were necessarily incurred by Plaintiff KATHY TOOZE-AGUIRRE in the course of litigating this matter; and that such costs are properly taxable against Defendant RACHEL STEVENS-VANGORDER under Rule 54(d), LR 54.2 and 28 U.S.C. § 1920.

4. That on March 1, 2006, I e-mailed counsel for Defendant RACHEL STEVENS-VANGORDER and transmitted a copy of Plaintiff KATHY TOOZE-AGUIRRE's Bill of Costs and attached Schedules for his review and comment as provided by LR 54.2; and that I further advised him that if I did not hear from him by the close of business Friday, March 3, 2006, I would presume that he had general objections to the Bill of Costs and would proceed to file the Bill of Costs and attached Schedules with the Court.

5. That on March 3, 2006, I received a letter from Melanie Matsui, Esq. listing generally outlining their objections to the costs claimed in the Bill of Costs.

6. That on March 6, 2006, I personally spoke with Ms. Matsui to discuss the objections raised in her letter; and that

she confirmed that they do not object to the filing fees and service fees stated in the in the Bill of Costs.

Further Affiant sayeth naught.

                                             _____
                                             BRUCE B. KIM

Subscribed and sworn to before me this _6th_ day of March, 2006.

_____
Name: Juanita K. A. Jefferson
Notary Public, State of Hawaii

My commission expires: 2/13/09