ORIGINAL

LAW OFFICES OF
BRUCE B. KIM

BRUCE B. KIM   #2258
Suite 206, One Kapiolani Building
600 Kapiolani Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 538-7134
Facsimile: (808) 538-7136
E-Mail: kimlaw@pixi.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, <br><br> Plaintiffs, <br><br> vs. <br><br> RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORA-TIONS 1-10, and DOE ENTITIES 1-10, <br><br> Defendants. | Civil No. 04-00619 BMK <br><br> CERTIFICATE OF SERVICE [Re: Bill of Costs; Affidavit of Bruce B. Kim] <br><br><br><br><br><br><br><br> Trial Date: January 31, 2006 |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Bill of Costs; Affidavit of Bruce B. Kim was duly served on the following person at his last known address by depositing said copy, postage prepaid, in the United States mail on the filing date hereof.

> RANDALL Y. S. CHUNG, ESQ.
> Matsui Chung Sumida & Tsuchiyama
> Suite 1400, Mauka Tower
> 737 Bishop Street
> Honolulu, Hawaii 96813

Attorney for Defendant
RACHEL STEVENS-VANGORDER

DATED: Honolulu, Hawaii   MAR - 6 2006       .

_____
BRUCE B. KIM
Attorney for Plaintiffs

---

Tooze-Aguirre v. Stevens-Vangorder, et al. Civil No. 04-00619 BMK, Certificate of Service.