# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/10/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:       CV 04-00619BMK

CASE NAME:         Kathy Tooze-Aguirre v. Rachael Roxxann Wilks

ATTYS FOR PLA:     Bruce K. Kim

ATTYS FOR DEFT:    Melanie S. Matsui

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     3/10/06                  TIME:       2:07 - 2:19

COURT ACTION:   EP: Defendant Rachael Roxxann Wilks' Motion for Application of the Covered Loss Deductible - ruling deferred till after the upcoming settlement conference.  Court pronounced its inclination.

Plaintiff's Motion for Prejudgment Interest - ruling deferred till after the upcoming settlement conference.  Court pronounced its inclination.

Submitted by Richlyn Young, courtroom manager