IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | CIVIL NO. 04 00619 BMK |
| Plaintiffs, | DECLARATION OF MELANIE S. MATSUI |
| vs. | |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | |
| Defendants. | |

## DECLARATION OF MELANIE S. MATSUI

MELANIE S. MATSUI, declares under penalty of perjury and says that:

1. She is an attorney duly licensed to practice in all courts in the State of Hawaii and the United States District Court for the District of Hawaii.

2. She is one of the attorneys for Defendant RACHAEL ROXXANN WILKS (incorrectly named as RACHEL STEVENS-VANGORDER) (hereinafter referred to as "Defendant") in the above-entitled case.

3. She has personal knowledge of the matters set forth herein, except and unless stated to be upon information and belief.

4.  Attached hereto as Exhibit "A" is a true and correct copy of her letter dated March 3, 2006 to Bruce Kim.

5.  Attached hereto as Exhibit "B" is a true and correct copy of the Order Granting Plaintiffs' Motion in Limine #9 Barring Defendant Rachel Stevens-Vangorder from Introducing Evidence of Police Reports from Subsequent Accidents at Trial, filed on January 27, 2006.

6.  At the hearing on said Motion In Limine, the Court also orally ruled that all police reports, including that prepared in connection with the subject accident, would be excluded at trial.

Further Declarant Sayeth Naught.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: HONOLULU, HAWAII ___March 17, 2006___ .

_____
MELANIE S. MATSUI