# MATSUI CHUNG
*Attorneys-at-Law*
*A Law Corporation*

Randall Y. S. Chung
Ward F. N. Fujimoto
Paul K. Hoshino
Archie T. Ikehara
Clyde Wm. Matsui

Melanie S. Matsui
James H. Monma
Marilyn S.H. Naitoh
Milton S. Tani

March 3, 2006

**VIA FACSIMILE & U.S. MAIL**
Bruce B. Kim, Esq.
One Kapiolani Building
Suite 206
600 Kapiolani Boulevard
Honolulu, Hawaii 96813

Janice Kim, Esq.
3615 Harding Avenue, Suite
Honolululu, Hawaii 96816

    Re:    Kathy Tooze-Aguirre, et al. v. Rachel Stevens-Vangorder, et al.
             Civil No. 04 00619 HG BMK

Dear Mr. Kim and Ms. Kim:

In response to your e-mail dated March 1, 2006, attaching your Bill of Costs, and, although we reserve the right to identify additional objections, we note the following as initial objections:

1. Fees and Disbursements for Printing

   Any and all copy charges in excess of 0.15 per page are excessive. For example, the "retrieval" and "administrative" charges in the attached invoices are not taxable costs. In addition, in house copying is not within the scope of costs contemplated by 28 U.S.C. § 1920 and the 4,922 copies noted as "office copies" were not itemized. To the extent that the copying of medical records is duplicative of the depositions upon written questions, they are not taxable.

2. Costs such as facsimile, postage, and long distance are overhead, and not taxable as costs.

Bruce B. Kim, Esq.
Janice P. Kim, Esq.
March 3, 2006
Page 2

3. Costs for the transcript of Dr. Muranaka's deposition and the video services are duplicative of that requested in Plaintiff's Motion for Attorney's Fees and Costs. In addition, the deposition costs are not taxable where they were not actually used by Plaintiff during the trial.

4. Cost items alleging only a "payment" are not recoverable in the absence of a corresponding invoices and an explanation of the reasonableness and necessity of the charge(s).

5. Any costs requested that are not specifically identified as taxable costs by 28 U.S.C. § 1920, are not recoverable.

6. We reserve the right to assert additional objections, based on further review.

Please contact our office to schedule a meet and confer, at your earliest convenience.

Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

MATSUI CHUNG

By: _____
MELANIE S. MATSUI

cc: Ms. Judy Yokogawa (w/enclosures – Bill of Costs and Documentation)
     Claim No.: 37-3370-514