# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00619BMK |
| CASE NAME: | Kathy Tooze-Aguirre, et al. v. Rachael Roxxann Wilks |
| ATTYS FOR PLA: | Bruce B. Kim |
| ATTYS FOR DEFT: | Randall Y.S. Chung |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/22/2006 | TIME: | 10:30 - 11 |

COURT ACTION:  EP: Settlement Conference held. Case settled. Parties to submit a Stipulation for Dismissal. Court will prepare an Order Vacating the Judgment after the Stipulation for Dismissal is submitted.

The following motions are withdrawn at the agreement of the parties:
- Defendant Rachael Roxxann Wilks' Motion for Application of the Covered Loss Deductible
- Plaintiff's Motion for Prejudgment Interest
- Plaintiff's Motion for Attorneys' Fees and Costs
- Defendant Rachael Roxxann Wilks' Motion for Remittitur or, in the Alternative, for New Trial
- Plaintiffs' Bill of Costs

Submitted by Richlyn Young, Courtroom Manager