Of Counsel:
MATSUI CHUNG
A Law Corporation

RANDALL Y.S. CHUNG    2929-0
MELANIE S. MATSUI      5851-0
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Fax No.: (808) 599-2979
Email:  Info@TrialLawHawaii.com

Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE, | ) ) ) | CIVIL NO. 04 00619 BMK |
| Plaintiffs, | ) ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | ) ) | |
| RACHEL STEVENS-VANGORDER, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURES 1-10, DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) | Trial Date: January 31, 2006 Judge:     Barry M. Kurren |
| Defendants. | ) ) | |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein be dismissed with prejudice, each party to bear her own costs and attorney's fees.

On February 6, 2006, a "Stipulation to Dismiss Plaintiff David A. Aguirre With Prejudice; and Order" was filed.

This stipulation now dismisses with prejudice all remaining claims. Consequently, there are no remaining parties and/or issues.

This stipulation is signed by or on behalf of all appearing parties hereunder described.  No Doe defendants were identified or represented in this case.

Trial commenced on January 31, 2006 before the Honorable Barry M. Kurren.

DATED: HONOLULU, HAWAII,  April 3, 2006

/s/ Randall Y.S. Chung
RANDALL Y.S. CHUNG
MELANIE S. MATSUI
Attorneys for Defendant
RACHAEL ROXXANN WILKS
(incorrectly named as
RACHEL STEVENS-VANGORDER)

DATED: HONOLULU, HAWAII,  March 31, 2006

/s/ Bruce B. Kim
BRUCE B. KIM
Attorney for Plaintiff
KATHY TOOZE-AGUIRRE

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 4, 2006

KATHY TOOZE-AGUIRRE, and DAVID A. AGUIRRE v. RACHEL STEVENS-VANGORDER, et al., CIVIL NO. 04 00619 BMK, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES